**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

---

STEPHEN ELLIOTT,

                Plaintiff,

v.

MOIRA DONEGAN, and JANE DOES (1-30)

                Defendants.

NO. 1:18-cv-5680-LDH

---

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

    Please enter my appearance as counsel in this case for Defendant Moira Donegan.

I certify that I am admitted to practice in this Court.

Dated: New York, New York
       October 16, 2018

                              *s/ Roberta A. Kaplan*
                              Roberta A. Kaplan
                              KAPLAN HECKER & FINK LLP
                              350 Fifth Avenue, Suite 7110
                              New York, New York 10118
                              Telephone: (212) 763-0883
                              Facsimile: (212) 564-0883
                              rkaplan@kaplanhecker.com

                              *Counsel for Defendant Moira Donegan.*