UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEPHEN ELLIOTT,<br><br>                              Plaintiff,<br>v.<br><br>MOIRA DONEGAN, and JANE DOES (1-30)<br><br>                              Defendants. | NO. 1:18-cv-5680-LDH |

**NOTICE OF APPEARANCE**

To the Clerk of this Court and all parties of record:

      Please enter my appearance as counsel in this case for Defendant Moira Donegan.

I certify that I am admitted to practice in this Court.

Dated: New York, New York
       October 16, 2018

                                       *s/ Julie E. Fink*
                                       Julie E. Fink
                                       KAPLAN HECKER & FINK LLP
                                       350 Fifth Avenue, Suite 7110
                                       New York, New York 10118
                                       Telephone: (212) 763-0883
                                       Facsimile:  (212) 564-0883
                                       jfink@kaplanhecker.com

                                       *Counsel for Defendant Moira Donegan.*