UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

STEPHEN ELLIOTT,
           Plaintiff,

v.

MOIRA DONEGAN, and JANE DOES (1-30)
           Defendants.

AFFIDAVIT OF Martha Fitzgerald
IN SUPPORT OF MOTION TO
ADMIT COUNSEL *PRO HAC VICE*
NO. 1:18-cv-5680-LDH

-----------------------------------------------------------X

I, Martha Fitzgerald, being duly sworn, hereby deposes and says as follows:

1. I am an associate with the law firm of Kaplan Hecker & Fink LLP.

2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above captioned matter.

3. As shown in the Certificate(s) of Good Standing annexed hereto I am a member in good standing of the Bar of the State(s) of New York.

4. There are no pending disciplinary proceedings against me in any State or Federal Court.

5. I [circle one] **have** or **have not** been convicted of a felony. [If you circled "have," please describe facts and circumstances.]

    (have not circled)

6. I [circle one] **have** or **have not** been censured, suspended, disbarred or denied admission or readmission by any court. [If you circled "have," please describe facts and circumstances.]

    (have not circled)

1

7. Wherefore your affiant respectfully submits that s/he be permitted to appear as counsel and advocate *pro hac vice* in this one case for Plaintiff/Defendant Moira Donegan.

Dated: October 17, 2018

Signature of Movant
Firm Name Kaplan Hecker & Fink LLP
Address 350 Fifth Ave
New York, NY 10118
Email mfitzgerald@kaplanhecker.com
Phone (212)763-0883

LINDSEY BECKELMAN
Notary Public, State of New York
No. 01BE6328883
Qualified in New York County
Commission Expires Aug. 10, 2019

NOTARIZED October 17, 2018

2