UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

STEPHEN ELLIOTT,

                      Plaintiff,

v.

MOIRA DONEGAN, and JANE DOES (1-30)

                      Defendants.

NO. 1:18-cv-5680-LDH

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

        Please enter my appearance as counsel in this case for Defendant Moira Donegan.

I certify that I am admitted to practice in this Court.

Dated: New York, New York
       October 18, 2018

                                             *s/ Martha E. Fitzgerald*
                                             Martha E. Fitzgerald
                                             KAPLAN HECKER & FINK LLP
                                             350 Fifth Avenue, Suite 7110
                                             New York, New York 10118
                                             Telephone: (212) 763-0883
                                             Facsimile: (212) 564-0883
                                             mfitzgerald@kaplanhecker.com

                                             *Counsel for Defendant Moira Donegan.*