UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

STEPHEN ELLIOTT,
        Plaintiff,

v.

MOIRA DONEGAN, and JANE DOES (1-30)
        Defendants.

-----------------------------------------------------------X

NOTICE OF MOTION
TO ADMIT COUNSEL
PRO HAC VICE

NO. 1:18-cv-5680-LDH

TO:   Opposing Counsel
       Andrew T. Miltenberg
       Nesenoff & Miltenberg, LLP
       363 Seventh Avenue, 5th Floor
       New York, NY 10001

PLEASE TAKE NOTICE that upon the annexed affidavit of movant in support of this motion and the Certificate(s) of Good Standing annexed thereto, we will move this Court pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York for an Order allowing the admission of movant, a member of the firm of Kaplan Hecker & Fink LLP and a member in good standing of the bar(s) of the State(s) of New York and the District of Columbia, as attorney pro hac vice to argue or try this case in whole or in part as counsel for Plaintiff/Defendant Moira Donegan. There are no pending disciplinary proceedings against me in any State or Federal court. (If there are any disciplinary proceedings, describe them.)

Respectfully submitted,

Dated: October 19, 2018

_____
Signature of Movant
Firm Name Kaplan Hecker & Fink LLP
Address 350 Fifth Ave, Suite 7110
        New York, NY 10118
Email jmatz@kaplanhecker.com
Phone (212) 763-0883