UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
STEPHEN ELLIOTT,
        Plaintiff,

v.

MOIRA DONEGAN, and JANE DOES (1-30)
        Defendants.

-----------------------------------------------------------X

AFFIDAVIT OF Joshua Matz
IN SUPPORT OF MOTION TO
ADMIT COUNSEL *PRO HAC VICE*
NO. 1:18-cv-5680-LDH

I, Joshua Matz, being duly sworn, hereby deposes and says as follows:

1. I am an associate with the law firm of Kaplan Hecker & Fink LLP.

2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above captioned matter.

3. As shown in the Certificate(s) of Good Standing annexed hereto I am a member in good standing of the Bar of the State(s) of New York and the District of Columbia.

4. There are no pending disciplinary proceedings against me in any State or Federal Court.

5. I [circle one] **have** or **(have not)** been convicted of a felony. [If you circled "have," please describe facts and circumstances.]

6. I [circle one] **have** or **have not** been censured, suspended, disbarred or denied admission or readmission by ~~any court~~. [If you circled "have," please describe facts and circumstances.]

1

7. Wherefore your affiant respectfully submits that s/he be permitted to appear as counsel and advocate *pro hac vice* in this one case for Plaintiff/Defendant   Moira Donegan   .

Dated:  October 17, 2018

Signature of Movant
Firm Name  Kaplan Hecker & Fink LLP
Address  350 Fifth Ave, Suite 7110
         New York, NY, 10118
Email  jmatz@kaplanhecker.com
Phone  (212) 763-0883

District of Columbia: SS
Subscribed and Sworn to before me,

this __17th__ day of __October__, 2018

NOTARIZED

Chang Ho Choi, Notary Public, D.C.
My commission expires

CHANG HO CHOI
My Commission Expires June 14, 2019

2