**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

---

STEPHEN ELLIOTT,

                Plaintiff,

v.

MOIRA DONEGAN, and JANE DOES (1-30)

                Defendants.

NO. 1:18-cv-5680-LDH

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

        Please enter my appearance as counsel in this case for Defendant Moira Donegan.

I certify that I am admitted to practice in this Court.

Dated: New York, New York
       October 22, 2018

                                      *s/ Joshua Matz*
                                      Joshua Matz
                                      KAPLAN HECKER & FINK LLP
                                      350 Fifth Avenue, Suite 7110
                                      New York, New York 10118
                                      Telephone: (212) 763-0883
                                      Facsimile: (212) 564-0883
                                      jmatz@kaplanhecker.com

                                      *Counsel for Defendant Moira Donegan.*