**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------x
**STEPHEN ELLIOT,**

                  **Plaintiff,**

  -against-

**MOIRA DONEGAN, and JANE DOES (1-30),**

                  **Defendants.**
-------------------------------------------------------------------x

Case No.: 18-cv-5680

**NOTICE OF APPEARANCE**

**PLEASE TAKE NOTICE**, that the undersigned, Nesenoff & Miltenberg, LLP, hereby appears on behalf of Plaintiff Stephen Elliott ("Plaintiff") in the within action, and that we demand that you serve all papers upon us, and contact us with all information regarding the within action, at the address and telephone number set forth below.

**Dated:** New York, New York
       October 23, 2018

                                 **NESENOFF & MILTENBERG, LLP**
                                 *Attorneys for Plaintiff*

                         **By:** *Nicholas E. Lewis*
                                 **Nicholas E. Lewis, Esq. (NL7493)**
                                 **363 Seventh Avenue – 5th Floor**
                                 **New York, New York 10001**
                                 **Tel: 212.736.4500**