

| Ira S. Nesenoff | Barbara H. Trapasso | Philip A. Byler |
| Andrew T. Miltenberg | Ariya M. Waxman | *Senior Litigation Counsel* |
| ——————— | Tara J. Davis | Megan S. Goddard |
| Stuart Bernstein | Diana R. Warshow | *Counsel* |
| | Gabrielle M. Vinci | Rebecca C. Nunberg |
| | Kara L. Gorycki | *Counsel* |
| | Cindy A. Singh | Jeffrey S. Berkowitz |
| | Nicholas E. Lewis | *Counsel* |
| | Adrienne D. Levy | Marybeth Sydor |
| | | *Title IX Consultant* |

ATTORNEYS AT LAW
nmllplaw.com

November 21, 2018

**VIA ELECTRONIC FILING**
The Chambers of the Honorable Judge Sanket J. Bulsara
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    <u>Elliot v. Donegan, et al., Civil Case No. 1: 18-cv-05680-LDH-SJB</u>

Dear Judge Bulsara,

    We represent Stephen Elliot ("Plaintiff") in the above-referenced matter, and write on his behalf. I write regarding Defendant's request for an adjournment of our initial conference currently scheduled for December 10, 2018 (ECF Doc #14). Please be advised we have had recent communications with counsel for Defendant, namely I had a phone conversation with Joshua Matz, Esq., on November 19, 2018, and informed him we do not oppose Defendant's request for the adjournment.

    To date, Plaintiff has not formally served the summons and complaint. As we notified Defendant's counsel, we will certainly serve the summons and complaint within the ninety (90) day time period required by Federal Rule of Civil Procedure 4(m). Additionally, we will provide a Rule 4(d) form to Defendant's counsel and agree to serve the summons and complaint on Ms. Kaplan's office in lieu of personally serving Ms. Donegan.

    We will certainly contact Defendant's counsel to discuss all discovery-related matters in advance of the initial conference.

    The undersigned remains available should Your Honor have any questions or concerns. Thank you for your attention to this matter.

                                          Very truly yours,
                                          NESENOFF & MILTENBERG, LLP

                                          By: */s/Nicholas Lewis*
                                          **Andrew Miltenberg, Esq.**
                                          **Nicholas Lewis, Esq.**

CC: All Counsel (Via ECF)