**NESENOFF & MILTENBERG** LLP
ATTORNEYS AT LAW
nmllplaw.com

Ira S. Nesenoff
Andrew T. Miltenberg
———
Stuart Bernstein

Barbara H. Trapasso
Ariya M. Waxman
Tara J. Davis
Diana R. Warshow
Gabrielle M. Vinci
Kara L. Gorycki
Cindy A. Singh
Nicholas E. Lewis
Adrienne D. Levy

Philip A. Byler
*Senior Litigation Counsel*
Megan S. Goddard
*Counsel*
Rebecca C. Nunberg
*Counsel*
Jeffrey S. Berkowitz
*Counsel*
Marybeth Sydor
*Title IX Consultant*

March 22, 2019

**VIA ELECTRONIC FILING**
The Honorable Sanket J. Bulsara
Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:  <u>Elliott v. Donegan, et al., Civil Case No. 1: 18-cv-05680-LDH-SJB</u>

Dear Magistrate Judge Bulsara,

We represent Stephen Elliott ("Plaintiff") in the above-referenced matter, and respectfully submit this letter as per the Court's March 15, 2019, directive to narrow the scope of Plaintiff's proposed subpoena to serve on Google commensurate with the scope of the amended complaint. The narrowed, proposed subpoena is attached and filed with this letter. We thank the Court and welcome the opportunity to be heard.

The undersigned further requests, if the Court is amenable, a brief adjournment of the March 26, 2019 Discovery Hearing to Friday, March 29, 2019, in the afternoon. The undersigned had a phone conversation with Ms. Roberta Kaplan, Esq., counsel for Defendant Donegan, and she has informed me that she does not oppose this request. If that date is unavailable, the parties can also appear Wednesday, March 27, 2019, after 4:00 p.m. as well.

Thank you for your courtesy and consideration.

Very truly yours,
NESENOFF & MILTENBERG, LLP

By: */s/ Nicholas E. Lewis*
Andrew T. Miltenberg, Esq.
Nicholas E. Lewis, Esq.

CC: All Counsel (Via ECF)