# KAPLAN HECKER & FINK LLP

350 Fifth Avenue
Suite 7110
New York, NY 10118
(212) 763-0883
www.kaplanhecker.com

**Direct Dial: 212-763-0884**
**Direct Email: rkaplan@kaplanhecker.com**

March 27, 2019

**By CM/ECF**

The Chambers of the Honorable Judge Sanket J. Bulsara
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: *Elliott v. Donegan, et al.*, No. 1:18-civ-05680-LDH-SJB

Dear Judge Bulsara

    I write on behalf of Moira Donegan, a Defendant in the above-referenced matter. Your Honor granted opposing counsel's request to adjourn our upcoming discovery hearing and rescheduled it for April 1, 2019. Unfortunately, I will be traveling out of town on April 1 and unable to attend. I write to request an adjournment to the morning or late afternoon of April 3 or, if necessary, in the late afternoon on April 2. Opposing counsel will also be available at those times, and consents to this request.

Respectfully Submitted,

/s/ Roberta A. Kaplan

Roberta A. Kaplan, Esq.
Kaplan Hecker & Fink LLP