KAPLAN HECKER & FINK LLP

Direct Dial: 212-763-0884
Direct Email: rkaplan@kaplanhecker.com

350 Fifth Avenue
Suite 7110
New York, NY 10118
(212) 763-0883
www.kaplanhecker.com

April 2, 2019

**By CM/ECF**

The Chambers of the Honorable Judge Sanket J. Bulsara
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: *Elliott v. Donegan, et al.*, No. 1:18-civ-05680-LDH-SJB

Dear Judge Bulsara:

Further to my letter filed yesterday (ECF 27), Plaintiff's counsel have informed us that they have no objection to the initial conference currently scheduled for April 5, 2019 being adjourned so that it can be held concurrently with the discovery hearing scheduled for April 12, 2019.

Respectfully Submitted,

/s/ Roberta A. Kaplan

Roberta A. Kaplan, Esq.
Kaplan Hecker & Fink LLP