UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------
STEPHEN ELLIOTT
         Plaintiff,

  -against-

MOIRA DONEGAN, and JANE DOES (1-30)
         Defendant.
-------------------------------------------------

Case No. 1:18-cv-5680-LDH

NOTICE OF CHANGE OF ADDRESS

TO: ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[X] I have cases pending          [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

          Joshua Adam Matz
        _____

My EDNY Bar Number is:___JM1985_____   My State Bar Number is ____5388962____

I am,
[X] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:  FIRM NAME:____Gupta Wessler PLLC_____
      FIRM ADDRESS:____1900 L Street NW, Ste 312_____
      FIRM TELEPHONE NUMBER:___845-893-9402_____
      FIRM FAX NUMBER:_____

NEW FIRM:
      FIRM NAME:____Kaplan Hecker & Fink LLP_____
      FIRM ADDRESS:___350 Fifth Avenue, Suite 7110, New York, NY 10118
      FIRM TELEPHONE NUMBER:___(212) 763-0883_____
      FIRM FAX NUMBER:_____(212) 564-0883_____

[X]  I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ]  I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance
   was entered on _____ by Judge_____.

Dated:  May 7, 2019                  /s/ Joshua Adam Matz