**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| STEPHEN ELLIOTT,<br><br>      Plaintiff,<br>  v.<br><br>MOIRA DONEGAN, and JANE DOES (1-30)<br><br>      Defendants. | NO. 1:18-cv-5680-LDH-SJB |

**NOTICE OF APPEARANCE**

To the Clerk of this Court and all parties of record:

  Please enter my appearance as counsel in this case for Defendant Moira Donegan.

I certify that I am admitted to practice in this Court.

Dated: New York, New York
   May 8, 2019

                  */s/ Thomas A. Rawlinson*
                  Thomas A. Rawlinson
                  KAPLAN HECKER & FINK LLP
                  350 Fifth Avenue, Suite 7110
                  New York, New York 10118
                  Telephone: (212) 763-0883
                  Facsimile:  (212) 564-0883
                  trawlinson@kaplanhecker.com

                  *Counsel for Defendant Moira Donegan*