UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEPHEN ELLIOTT,<br><br>                 *Plaintiff*,<br><br>- against -<br><br>MOIRA DONEGAN, and JANE DOES (1–30),<br>                 *Defendants*. | **Oral Argument Requested**<br><br>No. 1:18-cv-05680-LDH-SJB |

## DECLARATION OF MARTHA E. FITZGERALD

MARTHA E. FITZGERALD declares as follows:

1. I am an associate at the law firm of Kaplan Hecker & Fink LLP and am counsel for Defendant Moira Donegan in this action.

2. I respectfully submit this declaration in support of Ms. Donegan's Motion to Dismiss the Second Amended Complaint.

3. Attached hereto as Exhibit A is a true and correct copy of Moira Donegan, *I Started the Media Men List*, THE CUT (Jan. 10, 2018).

4. In accordance with 28 U.S.C. § 1746, I hereby declare under penalty of perjury that the foregoing is true and correct.


Executed at:   New York, New York
                May 8, 2019

                                                                _____
                                                                Martha E. Fitzgerald