UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

STEPHEN ELLIOTT,

                *Plaintiff*,

- against -

MOIRA DONEGAN, and JANE DOES (1–30),

                *Defendants*.

No. 1:18-cv-05680-LDH-SJB

**[PROPOSED] ORDER**

It is ORDERED that the parties shall appear before the Court for oral argument on Defendant Moira Donegan's Motion to Dismiss the Second Amended Complaint at \_\_\_\_\_ am/pm on _____, at the United States Courthouse, 225 Cadman Plaza East, Brooklyn, New York 11201.

Dated: _____

                                                  LaShann DeArcy Hall
                                                  UNITED STATES DISTRICT JUDGE