UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEPHEN ELLIOTT,<br><br>       *Plaintiff*,<br><br>- against -<br><br>MOIRA DONEGAN, and JANE DOES (1–30),<br><br>       *Defendants*. | **Oral Argument Requested**<br><br>No. 1:18-cv-05680-LDH-SJB |

**CERTIFICATE OF SERVICE**

  I hereby certify that on May 8, 2019, the Notice of Defendant Moira Donegan's Motion to Dismiss the Second Amended Complaint, the Memorandum of Law in Support of Defendant Moira Donegan's Motion to Dismiss the Second Amended Complaint, the Declaration of Martha E. Fitzgerald and its accompanying exhibit, and the Proposed Order, all dated May 8, 2019, were served on counsel for Plaintiff Stephen Elliott by email, pursuant to the parties' written agreement.

Dated: June 20, 2019

                Respectfully submitted,

                */s/ Roberta A. Kaplan*
                Roberta A. Kaplan
                Joshua Matz *(Pro Hac Vice)*
                Martha E. Fitzgerald *(Pro Hac Vice)*
                Thomas A. Rawlinson
                KAPLAN HECKER & FINK LLP
                350 Fifth Avenue, Suite 7110
                New York, New York 10118
                (212) 763-0883
                rkaplan@kaplanhecker.com
                jmatz@kaplanhecker.com
                mfitzgerald@kaplanhecker.com
                trawlinson@kaplanhecker.com

                *Attorneys for Defendant Moira Donegan*