UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

STEPHEN ELLIOTT,

          *Plaintiff*,

- against -

MOIRA DONEGAN, and JANE DOES (1–30),

          *Defendants*.

**Oral Argument Requested**

No. 1:18-cv-05680-LDH-SJB

## CERTIFICATE OF SERVICE

    I hereby certify that on June 20, 2019, the Reply Memorandum of Law in Further Support of Defendant Moira Donegan's Motion to Dismiss the Second Amended Complaint and the Second Declaration of Martha E. Fitzgerald and its accompanying exhibits, both dated June 20, 2019, were served on counsel for Plaintiff Stephen Elliott by email, pursuant to the parties' written agreement.

Dated: June 20, 2019

          Respectfully submitted,

          */s/ Roberta A. Kaplan*
          Roberta A. Kaplan
          Joshua Matz *(Pro Hac Vice)*
          Martha E. Fitzgerald *(Pro Hac Vice)*
          Thomas A. Rawlinson
          KAPLAN HECKER & FINK LLP
          350 Fifth Avenue, Suite 7110
          New York, New York 10118
          (212) 763-0883
          rkaplan@kaplanhecker.com
          jmatz@kaplanhecker.com
          mfitzgerald@kaplanhecker.com
          trawlinson@kaplanhecker.com

          *Attorneys for Defendant Moira Donegan*