UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEPHEN ELLIOTT<br><br>                          *Plaintiff*,<br><br>- against -<br><br>MOIRA DONEGAN, and JANE DOES (1–30),<br><br>                          *Defendants*. | NOTICE OF MOTION TO WITHDRAW APPEARANCE<br><br>No. 1:18-cv-05680 |

**NOTICE OF MOTION TO WITHDRAW APPEARANCE**

PLEASE TAKE NOTICE that, upon the accompanying declaration of Joshua Matz, dated October 15, 2019, and pursuant to Local Civil Rule 1.4, Defendant Moira Donegan respectfully requests the withdrawal of the appearance of Joshua Matz as counsel on her behalf. Defendant further requests, pursuant to Section 2.5 of the Electronic Case Filing Rules and Instructions, that the email address jmatz@kaplanhecker.com be removed from the ECF service notification list for this case.

Defendant Moira Donegan shall continue to be represented by remaining counsel of record from Kaplan Hecker & Fink LLP.

Dated: October 15, 2019                              Respectfully submitted,

                                                                           /s/ Joshua Matz
                                                                           Joshua Matz