**KAPLAN HECKER & FINK LLP**

350 Fifth Avenue
Suite 7110
New York, NY 10118
(212) 763-0883
www.kaplanhecker.com

Direct Dial:  212-763-0884
Direct Email:  rkaplan@kaplanhecker.com

October 28, 2019

**By CM/ECF**

The Chambers of the Honorable Judge Sanket J. Bulsara
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:  *Elliott v. Donegan, et al.*, No. 1:18-civ-05680-LDH-SJB

Dear Judge Bulsara:

I write on behalf of Defendant Moira Donegan. The parties are currently scheduled to appear before Your Honor at 10 am this Wednesday, November 30, at Plaintiff's request to address some discovery matters in this case. However, I learned only yesterday that I am required to be in Los Angeles this week to argue a temporary restraining order on behalf of a client in another matter, and I will not be able to return to New York in time to attend our Wednesday conference.

I therefore respectfully request that we adjourn the conference until next week. Plaintiff consents to this request, and both parties can be available at any of the following times: November 4 between 12 and 2 pm, November 5 between 9 and 11 am, or November 6 between 3 and 5 pm.

I apologize for the short notice for this request.

Respectfully Submitted,

/s/ Roberta A. Kaplan

Roberta A. Kaplan, Esq.
Kaplan Hecker & Fink LLP