UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
STEPHEN ELLIOTT,

                **Plaintiff,**

-against-   Case No.: 18-cv-5680

MOIRA DONEGAN, and JANE DOES (1-30),

                **Defendants.**
------------------------------------------------------------------X

## CERTIFICATE OF SERVICE

I hereby certify that on February 4, 2020, *Plaintiff's Sur-Reply Memorandum of Law in Further Opposition to Defendant Donegan's Motion to Dismiss* was served via CM/ECF and Electronic Mail upon the following parties:

    Roberta A. Kaplan, Esq.
    Martha E. Fitzgerald, Esq.
    Thomas A. Rawlinson, Esq.
    KAPLAN HECKER & FINK LLP
    350 Fifth Avenue, Suite 7110
    New York, NY 10118
    E-mail: rkaplan@kaplanhecker.com
    E-mail: mfitzgerald@kaplanhecker.com
    E-mail: trawlinson@kaplanhecker.com

    *Attorneys for Defendant Moira Donegan*

Dated: February 4, 2020

                **Respectfully submitted,**

                */s/ Andrew T. Miltenberg*
                Andrew Miltenberg, Esq.
                Nicholas E. Lewis, Esq.
                NESENOFF & MILTENBERG, LLP
                363 Seventh Avenue, 5th Floor
                New York, New York 10001
                Tel.: (212) 736-4500
                E-mail: amiltenberg@nmllplaw.com
                E-mail: nlewis@nmllplaw.com