UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEPHEN ELLIOTT<br><br>　　　　　　　　　　*Plaintiff*,<br><br>- against -<br><br>MOIRA DONEGAN, and JANE DOES (1–30),<br><br>　　　　　　　　　　*Defendants*. | NOTICE OF MOTION TO WITHDRAW APPEARANCE<br><br>No. 1:18-cv-05680 |

**NOTICE OF MOTION TO WITHDRAW APPEARANCE**

PLEASE TAKE NOTICE that, upon the accompanying declaration of Thomas A. Rawlinson, dated April 3, 2020, and pursuant to Local Civil Rule 1.4, Defendant Moira Donegan respectfully requests the withdrawal of the appearance of Thomas A. Rawlinson as counsel on her behalf.  Defendant further requests, pursuant to Section 2.5 of the Electronic Case Filing Rules and Instructions, that the email address trawlinson@kaplanhecker.com be removed from the ECF service notification list for this case.

Defendant Moira Donegan shall continue to be represented by remaining counsel of record from Kaplan Hecker & Fink LLP.


Dated: April 3, 2020　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　/s/ Thomas A. Rawlinson
　　　　　　　　　　　　　　　　　　　　　　　Thomas A. Rawlinson