UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEPHEN ELLIOTT<br><br>*Plaintiff*,<br><br>- against -<br><br>MOIRA DONEGAN, and JANE DOES (1–30),<br><br>*Defendants*. | DECLARATION IN SUPPORT OF NOTICE OF WITHDRAWAL<br><br>No. 1:18-cv-05680 |

## DECLARATION IN SUPPORT OF NOTICE OF WITHDRAWAL

I, Thomas A. Rawlinson, declare and state as follows:

1. On May 8, 2019 I filed a Notice of Appearance (ECF 39) on behalf of Moira Donegan.

2. As of April 3, 2020, I will no longer be affiliated with Kaplan Hecker & Fink LLP. Therefore, and pursuant to Local Civil Rule 1.4, I respectfully request the Court withdraw my individual appearance as counsel for Defendant Moira Donegan.

3. Defendant Moira Donegan shall continue to be represented by remaining counsel of record from Kaplan Hecker & Fink LLP. This withdrawal will not affect this action in any way, nor will this withdrawal prejudice Plaintiff.

Dated: April 3, 2020

Respectfully submitted,

/s/ Thomas A. Rawlinson
Thomas A. Rawlinson