UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

STEPHEN ELLIOTT,

                Plaintiff,

v.

MOIRA DONEGAN, and JANE DOES (1-30)

                Defendants.

NO. 1:18-cv-5680-LDH-SJB

**NOTICE OF APPEARANCE**

To the Clerk of this Court and all parties of record:

        Please enter my appearance as counsel in this case for Defendant Moira Donegan.

I certify that I am admitted to practice in this Court.

Dated: New York, New York
       March 22, 2021

                                    */s/ Joshua Matz*
                                    Joshua Matz
                                    KAPLAN HECKER & FINK LLP
                                    350 Fifth Avenue, Suite 7110
                                    New York, New York 10118
                                    Telephone: (212) 763-0883
                                    Facsimile:  (212) 564-0883
                                    jmatz@kaplanhecker.com

                                    *Counsel for Defendant Moira Donegan*