UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------X
STEPHEN ELLIOTT,

      Plaintiff,

   -against-

MOIRA DONEGAN, and JANE DOES (1-30),

      Defendants.
---------------------------------------------------------------X

Case No.:
1:18-cv-05680-LDH-SJB

[PROPOSED] SCHEDULING ORDER

LASHANN DEARCY HALL, United States District Judge:

  Plaintiff Stephen Elliott's request for an extension of the deadline to oppose Defendant Moira Donegan's motion for summary judgment on the issue of CDA immunity is granted. The parties shall adhere to the following briefing schedule with respect to the Defendant's motion for summary judgment:

1. Plaintiff's opposition brief accompanied by a 56.1 statement and exhibits shall be served by May 7, 2021.

2. Any reply shall be served by May 21, 2021.

3. As a courtesy, unless objected to by the parties, the Court asks that the parties file the motion only once it is fully briefed. Defendant shall provide the Court with a courtesy copy of the filed, stamped, fully briefed motion, within two business days of filing. Memoranda of law and courtesy copies shall comply with this Court's Individual Practices.

SO ORDERED.

Dated: _____, 2021
   Brooklyn, New York

                _____
                LASHANN DEARCY HALL
                United States District Judge