Memorandum of Law in Support of Defendant Moira Donegan's Motion for Targeted Summary Judgment Based on Immunity Under the Communications Decency Act, 47 U.S.C. § 230

Sealed Version Filed Pursuant to Confidentiality Order.