# DECLARATION OF JOSHUA MATZ

Sealed Version Filed Pursuant to Confidentiality Order.