# EXHIBIT A

Sealed Version Filed Pursuant to Confidentiality Order.