MEMORANDUM OF LAW IN OPPOSITION TO
DEFENDANT MOIRA DONEGAN'S MOTION
FOR TARGETED SUMMARY JUDGMENT
BASED ON IMMUNITY UNDER THE
COMMUNICATIONS DECENCY ACT, 47 U.S.C.
§ 230

Sealed Version Filed Pursuant to Confidentiality Order.