# DECLARATION OF NICHOLAS LEWIS

Sealed Version Filed Pursuant to Confidentiality Order.