# EXHIBIT 1

Sealed Version Filed Pursuant to Confidentiality Order.