# EXHIBIT 8

Sealed Version Filed Pursuant to Confidentiality Order.