# REPLY MEMORANDUM OF LAW IN SUPPORT OF DEFENDANT MOIRA DONEGAN'S MOTION FOR TARGETED SUMMARY JUDGMENT BASED ON IMMUNITY UNDER THE COMMUNICATIONS DECENCY ACT, 47 U.S.C. § 230

Sealed Version Filed Pursuant to Confidentiality Order.