UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEPHEN ELLIOTT,<br><br>                                *Plaintiff*,<br><br>- against -<br><br>MOIRA DONEGAN, and JANE DOES (1–30),<br>                                *Defendants*. | **Oral Argument Requested**<br><br>No. 1:18-cv-05680-LDH-SJB |

**DECLARATION OF JOSHUA MATZ**

JOSHUA MATZ declares as follows:

      1.      I am a partner at the law firm of Kaplan Hecker & Fink LLP and am counsel for Defendant Moira Donegan in this action.

      2.      I respectfully submit this declaration in further support of Ms. Donegan's Motion for Targeted Summary Judgment Based on Immunity Under the Communications Decency Act, 47 U.S.C. § 230.

      3.      The purpose of this declaration is to identify exhibits and other documents being presented to this Court in support of defendant's motion.

      4.      Attached hereto as Exhibit A is the Affidavit of Moira Donegan dated August 13, 2020.

      5.      Attached hereto as Exhibit B is the transcript of the Deposition of Moira Donegan taken on January 14, 2021 at 2:10 p.m.

      6.      Attached hereto as Exhibit C is DONEG00000029, a draft of an article emailed by Ms. Donegan on January 2, 2018.

7.  Attached hereto as Exhibit D is DONEG00000053, an email chain between Ms. Donegan and another person on October 11, 2017.

8.  Attached hereto as Exhibit E is DONEG00000054, an email chain between Ms. Donegan and another person on October 11, 2017.

9.  Attached hereto as Exhibit F is DONEG00000228, an email chain between Ms. Donegan and another person on October 11, 2017.

10. Attached hereto as Exhibit G is DONEG00000226, an email chain between Ms. Donegan and another person on October 12, 2017.

11. Attached hereto as Exhibit H is the Supplemental Affidavit of Moira Donegan dated November 17, 2020.

12. Attached hereto as Exhibit I is a letter from Nicholas Lewis to Joshua Matz (ECF 80-6) dated December 29, 2020.

In accordance with 28 U.S.C. § 1746, I hereby declare under penalty of perjury that the foregoing is true and correct.

Executed at:   New York, New York
               March 22, 2021

_____
Joshua Matz