# EXHIBIT B

CONFIDENTIAL

Page 1

1

2    UNITED STATES DISTRICT COURT

3    EASTERN DISTRICT OF NEW YORK

4    ----------------------------------------X

5    STEPHEN ELLIOTT,

6                          Plaintiff,

7

                  -against-              No.

8                              1:18-cv-05680-LDH-SJB

9    MOIRA DONEGAN, and JANE DOES (1-30),

10                       Defendants.

11   ----------------------------------------X

12                    January 14, 2021

13                    2:10 p.m.

14

15        ZOOM DEPOSITION of MOIRA DONEGAN, a

16   Defendant herein, taken by the Plaintiff,

17   pursuant to Federal Rules of Civil Procedure,

18   and Order, held at the above-mentioned time,

19   virtually before Edward Leto, a Notary Public of

20   the State of New York.

21

22

23

24

25

Page 2

```
 1

 2    A P P E A R A N C E S:

 3

 4        NESENOFF & MILTENBERG LLP
                Attorneys for Plaintiff
 5              363 Seventh Avenue, 5th Floor
                New York, New York 10001-3915

 6

          BY:  NICHOLAS E. LEWIS, ESQ.
 7             (via Zoom videoconference)

 8

 9        KAPLAN HECKER & FINK LLP
                Attorneys for Defendant Moira Donegan
10              350 Fifth Avenue, Suite 7110
                New York, New York 10118

11

          BY:  JOSHUA MATZ, ESQ.
12             (via Zoom videoconference)

13

14        ALSO PRESENT:

15        MARTHA E. FITZGERALD, ESQ.
            Kaplan Hecker & Fink LLP
16          (via Zoom videoconference)

17

          THEA RAYMOND-SIDEL, LAW CLERK
18          Kaplan Hecker & Fink LLP
            (via Zoom videoconference)

19

20

21

22

23

24

25
```

Page 3

1

2                    FEDERAL STIPULATIONS

3

4        IT IS HEREBY STIPULATED AND AGREED by

5    and between the parties hereto, through their

6    respective counsel, that the certification,

7    sealing and filing of the within examination

8    will be and the same are hereby waived;

9            IT IS FURTHER STIPULATED AND AGREED

10   that all objections, except as to the form of

11   the question, will be reserved to the time of

12   the trial;

13           IT IS FURTHER STIPULATED AND AGREED that

14   the within examination may be signed before any

15   Notary Public with the same force and effect as

16   if signed and sworn to before this Court.

17

18

19

20

21

22

23

24

25

Page 4

1              M. Donegan

2                   THE REPORTER:  Due to the

3              need for this deposition to take

4              place remotely because of the

5              Government's order for social

6              distancing, the parties will

7              stipulate that the court reporter

8              may swear in the witness over the

9              Zoom virtual videoconference and

10             that the witness has verified that

11             she is in fact Moira Donegan.

12                   Counsel, do you so

13             stipulate?

14                   MR. MATZ:  Yes.

15                   MR. LEWIS:  Yes.

16   M O I R A   D O N E G A N, the Witness herein,

17        having been first duly sworn by a Notary

18        Public in and of the State of New York,

19        was examined and testified as follows:

20   EXAMINATION BY

21   MR. LEWIS:

22        Q     Please state your full name for

23   the record.

24        A     Moira Donegan.

25        Q     What is your current address?

Page 5

```
1                    M. Donegan
2        A          ███████████████████████████
3    ████████████████████████
4                    MR. MATZ:  For the sake of
5            clarity, Ms. Donegan's address
6            will not be made public as part of
7            any record of the deposition,
8            correct?
9                    MR. LEWIS:  My
10           understanding as well.
11                   MR. MATZ:  Thank you,
12           Mr. Lewis.  I appreciate it.
13       Q          Good afternoon, Ms. Donegan.
14   Thank you for bearing with us with technical
15   difficulties.  As you know, I'm the attorney for
16   Stephen Elliot and I'm just going to ask you
17   some questions.  I'd just like to -- just a few
18   ground rules.
19                   The first is if there's ever a
20   point where you'd like to take a break for any
21   reason, I certainly have no problem with that.
22   However, take as many as you need to feel
23   comfortable.  I would just ask if there's a
24   question pending, you please answer it and then
25   I'll go on your schedule as far as breaks.
```

```
                                                 Page 6

 1                    M. Donegan

 2               I would also ask -- I'd just like

 3    to clarify, I do not intend and I do not plan to

 4    in any way ask you to reveal the identity of a

 5    third party, so if there's any confusion as to

 6    that, I certainly don't want to know anyone's

 7    names, and I'm sure your excellent counsel

 8    advised you the court told us that we should not

 9    be naming any names here.

10               I also am happy to rephrase any

11    questions if they're confusing or poorly worded.

12    Just let me know and I'd be happy to rephrase

13    any questions.  I also at no point want to know

14    about any communications between you and your

15    attorney or any attorneys, so I'm never looking

16    to get any information that was discussed

17    between you and your attorney, just for clarity

18    purposes.

19               And I will, of course, do my best

20    not to speak over you and let you finish your

21    answer.  I would ask for the same.  If you could

22    let me finish my question even if you know where

23    I'm going, it's just easier for the reporter, as

24    Mr. Court reporter has stated.

25               Are you able to hear me clearly at
```

CONFIDENTIAL

```
                                                      Page 7

 1                       M. Donegan
 2    the moment and everything I just said?
 3         A      Yeah.  It would be -- it might
 4    help me a bit if you could perhaps move closer
 5    to the microphone or speak a little more loudly.
 6         Q      Sure.  Let me make -- I will speak
 7    louder and, again, please let me know if you
 8    don't hear anything, I'm happy to repeat.
 9                Ms. Donegan, we're here obviously
10    to talk about the Google Spreadsheet entitled
11    "Shitty Media Men."  I'm going to refer to it
12    either as -- mostly like as "the List" the great
13    majority of the time or "the Spreadsheet."
14                So for purposes of looking at the
15    exhibits, the first exhibit I'm going to ask you
16    to look at is page Elliott 0001.  Do you have
17    that document in front of you, ma'am?
18         A      Yes, I do.
19                     MR. LEWIS:  Okay.  And for
20                     purposes of Mr. Reporter,
21                     Mr. Leto, for Elliott 000001, I'm
22                     going to ask that be marked as
23                     Plaintiff's 1.
24                     (Plaintiff's Exhibit 1,
25                     document Bates stamped ELLIOTT
```

Page 8

1                        M. Donegan

2                        00001, was marked for

3                        identification, as of this date.)

4          Q        So, Ms. Donegan, can you please --

5    for starters, do you recognize the document in

6    Elliott 001?

7          A        I do not know where this image

8    came from so I can't be sure, but it appears to

9    be an image of the Shitty Media Men Spreadsheet.

10         Q        Okay.  Thank you.  And it's my

11   understanding that you created the original

12   spreadsheet before there were entries made; is

13   that correct, ma'am?

14         A        I opened the Google document that

15   entries were later made onto, yes.

16         Q        Okay.  Can you please tell me

17   before the entries with individuals' names, can

18   you tell me what specifically you added to the

19   Spreadsheet?  You can start from the top if

20   that's easiest for you.

21         A        I'm sorry, I'm going to ask you to

22   clarify and maybe repeat your question.  The

23   microphone cut out just a little bit.

24         Q        Sure.  So starting from the top of

25   the document, we can start with say row one and

```
                                              Page 9

 1                      M. Donegan

 2    cell 1A is the Disclaimer, did you type that

 3    disclaimer into the List, ma'am?

 4          A       The row one, column A that reads

 5    "Disclaimer, this document is only a collection

 6    of misconduct allegations and rumors.  Take

 7    everything with a grain of salt.  If you see a

 8    man you're friends with, don't freak out."  Yes,

 9    I believe I did write that.

10          Q       Okay.  And then going over to

11    column B in row one, it reads "men accused of

12    physical sexual violence by multiple women are

13    highlighted in red."

14                  Did you input that information,

15    ma'am?

16          A       Yes, I believe I did input the

17    information in row one, column B.  However, as

18    it appears here, that text is colored, the

19    background is yellow, some of the text is blue

20    and some of the text is red, and I did not make

21    those formatting changes.

22          Q       Okay.  And do you know who did?

23          A       No.

24          Q       And how about for row one, column

25    C, the "** you can edit anonymously by logging
```

```
                                              Page 10
 1                      M. Donegan
 2   out of your gmail" instruction, did you input
 3   all that information in 1C, ma'am?
 4         A       No, I did not input all the
 5   information.
 6                      MR. MATZ:  Objection to
 7                  form.
 8         Q       Can you tell me what, if anything,
 9   you yourself input in 1C, ma'am?
10         A       To the best of my recollection, 1C
11   reads "** You can edit anonymously by logging
12   out of your gmail.  ** Please never name an
13   accuser, and please never share this document
14   with a man.  Please don't remove highlights or
15   names."
16                  I believe what I wrote was "you
17   can edit anonymously by logging out of your
18   gmail.  Please never name an accuser, and please
19   never share this document with a man."
20         Q       Okay.  And do you know who added
21   "please don't remove highlights or names"?
22         A       Do I know who added in 1C "please
23   don't remove highlights or names"?  Do I know
24   who added that text?
25         Q       Yes.
```

Page 11

1                    M. Donegan

2        A      No, I don't know.

3        Q      Okay. ████████████████████████

4   ████████████████████████████████████████

5   ████████████████████████████████████████

6   ████████████████████████████████

7                      ████████████   ████████████

8               █████████████████████████████████

9               ██████████████████████████████████

10              ██████████████████████████████████

11              ███████████████████████████████████

12              █████████████████████

13                    ████████████   ████████

14       Q      ██████████████████████████████████

15  █████████████████████████████████████████

16  ███████████████████████████████████████████

17  ████████████████████

18       A      "Added anything," are you

19  referring -- what are you referring to?

20       Q      So any information, any of the

21  words, any of the -- let's start with, for

22  example, row two has the headings -- 1A is Last

23  Name, 2B is First Name, 2C is Affiliation, 2D is

24  Alleged Misconduct, 2E is Notes, did you input

25  those headings?

Page 12

1                          M. Donegan

2          A        The text in row two, Last Name,

3    First Name, Affiliation, Alleged Misconduct, and

4    Notes, yes, I do believe that I inputted those.

5          Q        Okay.  And of course in your

6    affidavit you stated that there were -- you know

7    what, actually, why don't I do this --

8    withdrawn.  I'll come back to that.

9                   Do you have a specific

10   recollection of adding any other words beyond

11   what we've already discussed ████████████████

12   ████████████████████████████████████████████

13   ████████████████████████████████████████████████

14   ███████████████████████████████████ do you have a

15   recollection of adding any other words onto the

16   List specifically?

17         A        I know that I later typed more

18   words into the document.  I do not know which

19   words those are or where they can be found on

20   the document.

21         Q        Okay.  Fair enough.  Ms. Donegan,

22   I'd like to just take a step back.  Just from a

23   chronological standpoint, do you remember when

24   approximately you first decided you were going

25   to create the List?

Page 13

1                    M. Donegan

2          A       I couldn't quite hear you.  I'm

3    sorry.  You cut out just a bit.  Can you repeat

4    that?

5          Q       Yes, of course.  Do you remember

6    when you first decided you were going to create

7    the List --

8          A       Do --

9          Q       -- approximately?

10         A       -- I remember when I -- I'm sorry,

11   I interrupted you.  Could you repeat that?

12         Q       "Approximately" was the only word

13   I added to that question.  So do you know when

14   approximately you first decided I'm going to

15   create this Google Spreadsheet?

16         A       I don't remember making the choice

17   to create the document.

18         Q       Okay.  Can you tell me

19   approximately when you had the idea of creating

20   the document?

21         A       The question is when did I have

22   the idea to create this specific document?  What

23   do you mean "the idea"?  I'm sorry, I'm just

24   trying to be very precise here.

25         Q       Okay.  Can you tell me when you

Page 14

```
 1                    M. Donegan
 2   first thought of the Google Spreadsheet?
 3                         MR. MATZ:  Objection to
 4               form.  Ms. Donegan, you should
 5               feel free to answer the question.
 6        A     I'm sorry.  I can tell you
 7   approximately when I did create the document.
 8   When the idea arrived in my mind would have been
 9   soon before.
10        Q     Okay.  And are you talking hours
11   or days or minutes?  Was it the same day that
12   you thought of it?
13        A     Between -- this is a bit hard for
14   me to answer because I simply don't remember
15   having the initial thought.  There was not a
16   long period of time between the initial thought
17   and opening what became the document that we're
18   talking about.
19        Q     Okay.  Can you tell me what you
20   remember about your -- what you did during that
21   time period?
22        A     During which time period?
23        Q     From when you had the initial
24   thought to when the Google Spreadsheet was
25   posted and went live?
```

Page 15

1                        M. Donegan
2                             MR. MATZ:   Objection to
3                        form.
4          A        You know, I don't remember when I
5     had the idea.  So without a ton more
6     information, I couldn't tell you what activities
7     I was engaged in in that time.
8          Q        Okay.  Do you remember anything
9     that you did regarding the List before it was
10    posted and went live?
11         A        What do you mean by "was posted"?
12    What are you referring to there?
13         Q        At some point you put this
14    document, you put the Google Spreadsheet up and
15    had third parties enter information into it,
16    correct?
17                            MR. MATZ:   Objection to
18                       form.  It's a compound question.
19         A        So you're asking me whether the
20    document was ever able to be edited by third
21    parties, is that the question?
22         Q        No.  I just want to know what
23    steps you took from the time that you had the
24    idea of the Google Spreadsheet until up to and
25    including when you posted the Spreadsheet on

                                                      Page 16

1                          M. Donegan

2    your -- using your Google account?

3            A        I'm still unclear.  I'm sorry, I'm

4    still unclear on the information you're looking

5    for.  Are you wondering about what I did during

6    the day?

7            Q        Yes, ma'am.

8            A        Again, I don't remember when I had

9    the idea for the document, so I could tell you

10   in very general terms about what my life was

11   like at the time, what a typical day would have

12   been for me at the time.  But beyond that, I'm

13   just not entirely sure what you're asking.

14           Q        I think that's fair.  I think

15   that's a good starting point and I can ask you

16   questions from there.

17                          MR. MATZ:  Objection.  Is

18                    there a question?

19           Q        Well, if you'd like to tell me

20   just what your typical day was like, I can ask

21   you questions off of that, if that's easier,

22   Ms. Donegan.

23           A        Okay.  My typical day, at the time

24   I was residing in a shared house at ██████████

25   ████████████████████  I went to a Planet Fitness

```
                                          Page 17
 1                    M. Donegan
 2   most mornings on the corner of Nordstrom and
 3   Fulton Street in Brooklyn.  And after I
 4   exercised, I would shower and then take the A
 5   train to 14th Street where I had a job at a
 6   magazine that was based in Union Square.
 7        Q      What time of day -- I understand
 8   you don't know exactly what time you did things
 9   on this day, but can you tell me what part of
10   the day you posted the Google Spreadsheet?
11        A      What part of which day?
12        Q      The day that you posted the Google
13   Spreadsheet, October 11 of 2017?
14        A      You're asking what time of day --
15   and "posted" as you refer to it means make it
16   available for third parties to read and edit?
17        Q      Yes.  How would you refer to it?
18   How would you classify that making it available
19   to third parties?  I'd like to use language
20   that's comfortable for you.
21        A      I would say just that, that I made
22   it available to third parties.
23        Q      Okay.  So did you make it
24   available in the afternoon on October 10, 2017?
25                    MR. MATZ:  Objection.
```

Page 18

1            M. Donegan

2              Objection to form.

3       A        To the best of my recollection,

4    the document was not available to third parties

5    and may not have existed at all at any time on

6    October 10, 2017.

7       Q        On October 11, 2017?

8       A        At some time on October 11, 2017 I

9    made the document available to third parties to

10   read and edit.  I'm not exactly clear when in

11   the day.  It would have been sometime before

12   noon.

13      Q        I'm sorry, I missed that last

14   part, Ms. Donegan, it was sometime before noon

15   did you say?

16      A        Yes, before noon.  12 p.m.

17               MR. LEWIS:  Okay.  And just

18               off the record for one moment.

19               (Discussion held off the

20               record.)

21               MR. LEWIS:  Back on the

22               record.

23      Q        So, Ms. Donegan, did you speak

24   with anyone about your making the List available

25   for third parties prior to making it available?

Page 19

1                          M. Donegan

2          A        Did I speak with anyone about

3   making the document available to third parties

4   before I did so, is that the question?

5          Q        Did you speak with anyone about

6   the document before you made it available to

7   third parties?

8          A        Did I speak to anybody about the

9   document at all before I made it available to

10  third parties?

11         Q        Yes, ma'am.

12         A        I can't remember any conversation

13  like that, no.

14         Q        Did you communicate with anyone in

15  any way about the document before you made it

16  available to third parties on October 11, 2017?

17         A        You cut out a little bit.  I'm

18  sorry, can you repeat that?

19         Q        Did you communicate with anyone

20  about the document before you made it available

21  to third parties?

22         A        About the document at all?  What

23  about the document?

24         Q        Anything about the document.

25         A        The question is did I have any

Page 20

1                    M. Donegan

2    conversation with anyone regarding anything

3    about this document before I made it available

4    for third parties to read and edit it?

5         Q      Did you communicate with anyone?

6    So conversation it can be via email, text

7    message, any type of communications about the

8    document before you made it available to third

9    parties?

10        A      Not that I recall, no.

11        Q      How did you make this document

12   available to third parties?

13        A      How did I make it available to

14   third parties?

15        Q      Yes, ma'am.

16        A      I would need to have my memory

17   refreshed about the Google document user

18   interface in 2017 to give you the exact sequence

19   of actions that I took because I don't remember.

20        Q      Okay.  Do you remember any of the

21   steps you took?

22        A      Any of the steps I took for what?

23        Q      To make the document available to

24   third parties?

25        A      At some point I sent an email that

Page 21

1                      M. Donegan

2    contained a link to the document to other

3    people.

4         Q       Okay.  And do you remember

5    approximately how many people you sent that

6    email to?

7         A       I don't recall an exact number.

8    To the best of my recollection, and I want to

9    emphasize that this is an estimate, it was

10   somewhere between three people and 12 people.

11        Q       And again, I don't want to know

12   anyone's name, do you recall any of the people

13   specifically whom you sent it to in that email?

14        A       Do I recall the identities of

15   those people that I sent that email to?

16        Q       Yes, ma'am.

17        A       No, I do not.

18        Q       Okay.  Were the people you sent

19   the initial email to friends of yours?

20        A       I don't recall who they were.

21   They were not strangers.

22        Q       Okay.  Was that email, the initial

23   communication you sent, the email with the link,

24   was that the initial communication you sent

25   about the List?

```
                                             Page 22
 1                      M. Donegan
 2        A       Was the email I sent with the link
 3    the first you mean?
 4        Q       Yes.  I'm sorry, I'll try to speak
 5    English better.
 6        A       I'm just trying to make sure I
 7    absolutely understand you.
 8        Q       I understand.  I very much
 9    appreciate it.
10        A       So you're asking if the email I
11    initially sent to those three to 12 people was
12    the first time I had communicated with anyone
13    about this document?
14        Q       Yes, ma'am.
15        A       To the best of my recollection I
16    believe it was.
17        Q       Okay.  And did you communicate
18    with others about the existence of the List?
19    And so I'm referring to basically -- I
20    understand you had communications where there
21    were some of people asking about how to enter
22    stuff, etcetera.  I'm just talking about
23    communications where you're sending it out for
24    the first time to make others aware of it.
25                     Did you have any other means of
```

```
                                              Page 23
 1                        M. Donegan
 2     which you sent the link of the List out, whether
 3     on social media or otherwise?
 4                         MR. LEWIS:  And Joshua, I
 5                    recognize the form is not ideal.
 6                    I apologize for that.
 7                         MR. MATZ:  Objection to
 8                    form.  Can I ask you to restate
 9                    the question?
10                         MR. LEWIS:  Sure.
11          Q     Did you send the List out in any
12     other way in that initial circulation?
13          A     Did I send it out how?
14          Q     Did you send it out on any of your
15     social media platforms, for example?
16          A     No.
17          Q     Okay.  Did you circulate the link
18     in any other fashion other than that initial
19     email to the approximately three to 12 people?
20          A     Did I send the link to the
21     document ever again?
22          Q     Yes.
23          A     Yes.
24          Q     Okay.  And can you tell me how you
25     sent that link out in any of the subsequent
```

Page 24

1                          M. Donegan
2      times, and whether it be via your email, social
3      media, text message, the means of which you
4      communicated or circulated the link?
5          A      So my memory -- this was three and
6      a half years ago and my memory is --
7          Q      I understand.
8          A      To the best of my recollection,
9      there were occasions throughout the course of
10     the time that the link was active or rather when
11     the Spreadsheet was available to be written,
12     edited by third parties when people communicated
13     to me or reached out to me with requests for the
14     link to the document, and I complied with those
15     requests.
16         Q      Okay.  And with the exception --
17     aside from people requesting a link from you, do
18     you recall the manner in which you circulated
19     the link to -- aside from that email to the
20     three to 12 people, do you have any recollection
21     of circulating the link otherwise?
22                        MR. MATZ:  Objection to
23                 form.
24         A      Yeah, I'm going to ask you to
25     restate that question, Mr. Lewis.

Page 25

1                          M. Donegan

2          Q       Okay.  So, Ms. Donegan, you had a

3   Twitter account at the time?

4          A       Yes.

5          Q       Did you circulate the link to the

6   List via your Twitter account?

7          A       I don't remember how I received

8   those communications from people requesting the

9   link to the document.  It is possible that some

10  of those requests came to me via a direct

11  message on Twitter, but I don't recall.

12         Q       Okay.  Let's start with the

13  initial email that you sent to approximately

14  three to 12 people.  How did you describe the

15  List to those three to 12 people approximately

16  in your email?

17                          MR. MATZ:  Objection to

18                  form.

19         A       Are you asking me to describe --

20  I'm going to ask you to rephrase that question

21  because I'm unclear on it.

22         Q       Okay.  Can you tell me what you

23  wrote in that email, in the body of that email

24  to the three to 12 people?

25         A       I don't recall that I wrote

```
                                               Page 26

 1                      M. Donegan
 2      anything in the body of that email.
 3            Q      Okay.  So the email just contained
 4      the link for the Spreadsheet without further
 5      description or instruction?
 6            A      Again, you're asking about the
 7      content of that initial email?
 8            Q      Yes.
 9            A      I'm sorry I interrupted you.
10      Please finish.
11            Q      I just wanted to clarify,
12      Ms. Donegan, I of course understand it and
13      Mr. Matz and I discussed a significant amount of
14      time that you don't remember specifics.  Like, I
15      don't expect you to remember the exact sentences
16      you wrote in the email, so if you could describe
17      things in sort of sum and substance, if you're
18      able to do that, I certainly would be happy to
19      hear that answer as well.
20                   Just to clarify, I'm not expecting
21      you to remember just every single detail or
22      every single word you wrote, but if you have
23      recollection of some parts, I'd certainly like
24      to hear about that just for all my future
25      questions.  I'd very much appreciate it.  It's
```

Page 27

1                      M. Donegan

2    not easy to remember what you did three and a

3    half years ago.

4                      So just with that explanation, do

5    you remember anything that you included in the

6    body of that initial email other than the link,

7    if anything?

8         A       The question is do I remember what

9    I included in the body of the email that

10   circulated the link to those initial three to 12

11   people?

12        Q       The question is do you recall

13   anything that you included?  It doesn't have to

14   be -- just if you have a general recollection of

15   what you said to the three to 12 people when you

16   sent it.

17        A       Aside from the link, I have no

18   recollection of what was in the content of that

19   email or if there was any additional content to

20   that email.

21        Q       Okay.  Fair enough.  Did you

22   communicate with those approximately three to 12

23   people about the List in any form aside from

24   that email?  Was there a group text message, for

25   example?

Page 28

1                    M. Donegan

2        A       Again, I don't recall who these

3   people are, so I can't go into any detail about

4   what other conversations or communications I may

5   or may not have had with them then or at any

6   other time.

7        Q       Okay.  Do you recall where you

8   were when you first made the List -- withdrawn.

9   Do you recall where you were when you sent that

10  initial email to the approximately three to 12

11  people?

12       A       To the best of my recollection I

13  was at my home.

14       Q       Okay.  And was anyone with you at

15  your home when you sent that initial email

16  circulating the link?

17                    MR. MATZ:   Objection to

18                    form.

19       A       There were quite a number of

20  people in the building.  At the time I was

21  living with eight roommates.  Are you asking me

22  whether other people were in the room or were

23  witnessing me send the email?

24       Q       Yes, ma'am.

25       A       No, there were not any other

Page 29

1                    M. Donegan

2     people in the room with me.

3          Q     Okay.  Were there other people in

4     the building with you when you first circulated

5     the link?

6                         MR. MATZ:  Objection.

7                    Calls for speculation.

8          A     You know, when you live with eight

9     roommates, there's always someone else home more

10    or less.  It would have been very unusual for me

11    to be the only person in that building.

12         Q     At any point after you first

13    circulated the link, did you have any

14    conversations with anyone during the time the

15    List was active that you recall?

16                         MR. MATZ:  Objection on

17                    vagueness.  When you say "the List

18                    was active" --

19                         MR. LEWIS:  Noted.  Thank

20                    you, Joshua.

21         Q     When the List was accessible by

22    third parties?

23         A     Conversations, what kind of

24    conversations?

25         Q     So oral communications?

Page 30

```
 1                         M. Donegan
 2          A        On the day the document was
 3     active -- the question is on the day the
 4     document was active was I speaking or -- excuse
 5     me, on the day the document was available to be
 6     viewed and edited by third parties, did I have
 7     any in-person conversations with any other
 8     people?
 9          Q        About the List.
10          A        Specifically about the List?
11          Q        Yes.
12          A        Not that I know.  During the
13     evening of October 11 while the Spreadsheet was
14     available to be viewed and edited by third
15     parties, I walked to a friend's house where she
16     had invited me and another friend to have
17     dinner, and I believe while I was there we did
18     discuss the existence of the Spreadsheet.
19          Q        And can you tell me, in sum and
20     substance, what you guys discussed?
21          A        No, I don't really recall.
22          Q        Okay.  And Ms. Donegan, did you
23     tweet about the List on October 11 when the List
24     was accessible to third parties?
25          A        Did I tweet?  Could you clarify
```

Page 31

1                    M. Donegan

2      your question for me?  What do you mean?

3           Q      Sure.  Did you send -- I guess did

4      you post any tweets about the List while the

5      List was accessible by third parties?

6           A      To my recollection, I did not make

7      any public posts about the document or regarding

8      the document.

9           Q      Okay.  And does that include for

10     all of your social media platforms at the time?

11          A      I don't recall making any public

12     social media posts of any kind, be it on Twitter

13     or Instagram or Facebook or any other platform

14     about the document.

15                         MR. LEWIS:  And

16                         Ms. Donegan, I'd ask you to turn

17                         to Elliott 0002, please and,

18                         Mr. Leto, while Ms. Donegan is

19                         looking, I'd like to mark that as

20                         Plaintiff's Exhibit 2.

21                            (Plaintiff's Exhibit 2,

22                         document Bates stamped ELLIOTT

23                         000002, was marked for

24                         identification, as of this date.)

25                         MR. MATZ:  Is that Elliott

Page 32

1                    M. Donegan

2              2 or Donegan 2?

3                    MR. LEWIS:  Elliott 2.

4                    MR. MATZ:  Thank you.

5                    MR. LEWIS:  A screen shot.

6              And while Ms. Donegan is looking

7              at that, Mr. Leto, just to speed

8              things up, I'd like to mark

9              Elliott 0004 as Plaintiff's

10             Exhibit 3, and the Affidavit of

11             Moria Donegan dated August 13,

12             2020 as Plaintiff's Exhibit 4, and

13             Ms. Donegan's Response to

14             Plaintiff's Interrogatories as

15             Plaintiff's Exhibit 5.

16                    (Plaintiff's Exhibits 3, 4

17             and 5, Document Bates stamped

18             ELLIOTT 000004, Affidavit of Moira

19             Donegan dated August 13, 2020, and

20             Defendant Moira Donegan's

21             Responses and Objections to

22             Plaintiff's First Set of

23             Interrogatories, were marked for

24             identification, as of this date.)

25        Q    Ms. Donegan, regarding Elliott

```
                                              Page 33
 1                       M. Donegan
 2    0002 which is marked as Plaintiff's Exhibit 2,
 3    I'd like to -- Ms. Donegan, I don't know if
 4    you're -- can you guys hear me?
 5                    MR. MATZ:  I can generally
 6              hear you okay.
 7         Q     Ms. Donegan, may I ask you just to
 8    review the message above the Spreadsheet on
 9    Elliott 0002 and as well as the message
10    underneath the Spreadsheet.  It starts with "on
11    Thursday, October 12, 2017 at 10:06 a.m."
12    there's a message.  The person who sent it is
13    redacted?
14         A     Yes.
15         Q     And it reads "Moira took it
16    down/made it private."  Okay.  And, Ms. Donegan,
17    are you aware of the person who sent that
18    message -- again, I don't want to know any
19    names -- at the bottom of the page?
20         A     The person who sent a message on
21    Thursday, October 12, 2017, "Moira took it
22    down/made it private after it blew up last night
23    but I have a screen shot from about noon
24    yesterday I can find and send."
25                    MR. MATZ:  Objection to
```

                                                         Page 34

1                         M. Donegan

2                    form.  Lack of foundation and

3                    calls for speculation.

4          A        Mr. Lewis, is the question do I

5     know who wrote that message?

6          Q        Yes, ma'am.

7          A        I'm sorry?

8          Q        Yes, ma'am.

9          A        This message at the bottom, I do

10    not know who wrote that.

11         Q        Okay.  Can you explain to me, I

12    understand that you deleted the List at some

13    point approximately 12 hours after you created

14    it, was there a time prior to deleting it where

15    you restricted access to a small -- where you

16    restricted access to a specific amount of

17    people?

18         A        The question is if before I

19    deleted the document from my personal Google

20    account, if I ever restricted its access before

21    I deleted it, is that the question?

22         Q        Yes.  Yes.

23         A        Yes, there was a point that night

24    on the night of October 11, 2017 when I

25    restricted access to the document shortly before

Page 35

1                           M. Donegan

2    I deleted it.

3         Q       And, Ms. Donegan, can you tell me

4    approximately how much time there was between

5    when you restricted access and what time you

6    deleted it?

7         A       I don't recall very well.  Again,

8    this is three and a half years ago at this

9    point --

10        Q       Right.

11        A       -- but to the best of -- I'm

12    sorry?

13        Q       I just said "right."

14        A       To the best of --

15        Q       I apologize for interrupting.

16        A       To the best of my recollection, I

17    took those steps over a very short time span.

18        Q       And when you restricted access,

19    was anyone able -- did anyone have access to the

20    document aside from you?

21        A       There was a short period of time

22    when I restricted access to the document, but

23    people who were not me could still access it.  I

24    do not know what form that access took.  And

25    then following that, there was a short period of

CONFIDENTIAL

Page 36

1                    M. Donegan

2    time when only I could access the document.  And

3    then following that I deleted the document.

4          Q      Okay.  Can you tell me

5    approximately how many people had access when it

6    was restricted?

7          A      The question is if I can tell you

8    how many people had access to the document after

9    I restricted access?  I don't recall.

10         Q      Yes, approximately.

11         A      I don't recall.

12         Q      And how did you determine who

13   still had access after it was restricted?

14         A      I don't recall any specific

15   thought process or judgment process involved.  I

16   don't recall.

17         Q      Did you know the people that you

18   granted restricted access to?

19         A      I don't know.  You're asking if

20   the people I restricted access to were people I

21   knew during that time after I restricted access,

22   but before I removed access and then deleted the

23   document?

24         Q      I'm sorry, let me clarify.  I'm

25   not asking for the people that were restricted

Page 37

1                      M. Donegan

2      from accessing it, the people that were still

3      permitted to access it when it was restricted.

4      So were the people you gave restricted access to

5      after you made it not completely public, were

6      they your friends?

7            A      I'm afraid I don't quite

8      understand your question.  Are you referring to

9      people who could continue to access the document

10     or people who could no longer access the

11     document?

12           Q      The former, the people who still

13     had access to the document?

14           A      I don't know who was in that

15     group.  I don't know who could still access the

16     document during that time, so I can't go into

17     details about whether they were friends or

18     acquaintances or colleagues or mailmen.  I don't

19     remember.

20           Q      Okay.  Ms. Donegan, look at

21     Elliott 002. ████████████████████████████████

22     ████████████████████████████████████████ do

23     you recall entering any information into this

24     spreadsheet, whether words or highlights?

25           A      So the question is about document

CONFIDENTIAL

Page 38

1                    M. Donegan

2     Elliott 000002?

3          Q      Yes.

4          A      So this appears to be -- and

5     again, I don't know where this came from -- this

6     appears to be a screen shot of an email that

7     contained a screen shot of the Shitty Media

8     Men's Spreadsheet at some point in the day.

9     There is text that I know that I input on this

10    document such as what we discussed before.   I

11    would have to read it for a moment.

12         Q      I'm sorry, and you made a good

13    point.   In addition to what we described before.

14    So I apologize.   Thank you for clarifying that.

15         A      Give me a moment to review this.

16         Q      Yes, ma'am.

17         A      Okay.   Can you restate what your

18    question was?

19         Q      Sure.   Maybe you can tell me what

20    information, including not just words but also

21    highlights, that you yourself added to this

22    document -- this version of the Shitty Media

23    Men's Spreadsheet as you referred to it?

24         A      So the text in row one, column A

25    in exhibit Elliott 2 is a little bit different

CONFIDENTIAL

Page 39

1                    M. Donegan

2    from the text in row one, columns A, B and C in

3    Elliott 1.  It appears at some point that that

4    text was altered and I don't know if all of this

5    in -- all of this text in row one, column A is

6    mine.

7                    I recognize much of this language

8    and then that phrase "and then following the

9    spreadsheet link" in the second to last sentence

10   of row one, column A, I'm not sure that that was

11   my clause.  I don't recall.  But much of that

12   language was mine.  And the content of row two,

13   those columns reading Last Name, First Name,

14   Affiliation, Alleged Misconduct and Notes, those

15   were mine.

16        Q      Okay.  Ms. Donegan, do you recall

17   highlighting any of the rows on the List?

18        A      No, I don't recall highlighting

19   any of the rows on the List at any time.

20        Q      Okay.  And on the top of the

21   Spreadsheet of Elliott 002 there's a sentence

22   that is blocked that I'll just for the record

23   reads "last edit was made 7 minutes" and then

24   there's a rectangle that says "working," and the

25   letters after the "working" square seem to be

```
                                                     Page 40

 1                       M. Donegan

 2    O-N-E-G-A-N, do you see that, ma'am?

 3          A      Yes.

 4          Q      Okay.  Did you make edits to the

 5    List after you circulated it to the initial

 6    three to 12 people, approximately?

 7          A      The question is did I make edits

 8    to the List after it was available for third

 9    parties?

10          Q      That's fine.  Yes, I'll adopt your

11    question.

12          A      Yes.

13          Q      Okay.  And what edits did you

14    make, ma'am?

15          A      I don't recall specifically.

16          Q      In your affidavit -- do you have

17    your affidavit handy, Ms. Donegan?

18          A      Yes.

19          Q      On the third page --

20          A      Hang on.  Let me just pull it in

21    my binder.  I want to just make sure I'm looking

22    at it.

23                       MR. LEWIS:  Yes, ma'am.

24                 And Joshua, while Ms. Donegan is

25                 looking, just so I'm clear, the
```

Page 41

1                   M. Donegan

2                   starting time is 2:10 on your

3                   clock?

4                        MR. MATZ:  Our starting

5                   time was 2:10.  I have us at 58

6                   minutes, and I propose that we

7                   plan to take a short break in the

8                   next few minutes if you hit a

9                   natural stopping point.

10                       MR. LEWIS:  Sure.  You know

11                  what, we can break now if that

12                  works for you guys.  Off the

13                  record.

14                       (Time noted:  3:08 p.m.)

15                       (A break was taken.)

16                       (Time noted:  3:21 p.m.)

17                       MR. LEWIS:  Back on the

18                  record.  Mr. Leto, can you just

19                  please remind me what the last

20                  question was.

21                       (The requested portion of

22                  the record was read by the

23                  reporter.)

24       Q       Ms. Donegan, did you have the

25   opportunity to look at your affidavit?  I'm

Page 42

1                       M. Donegan

2       going to just ask you about paragraphs 17 and 18

3       and 19 in particular.

4              A       I would like a moment to read them

5       now, if that's okay.

6              Q       Yes, of course.

7                       MR. MATZ:  Nick, can you

8                       just say again where exactly are

9                       you directing her attention?

10                      MR. LEWIS:  Yes.  Of

11                      course, Joshua.  We're on page

12                      three of the August 13 Affidavit,

13                      paragraphs 17, 18, 19 --

14                      MR. MATZ:  Got it.

15                      MR. LEWIS:  -- would be

16                      where I'm asking questions.

17             A        Okay.

18             Q        And so, Ms. Donegan, just so I

19      have clarified for myself, it's my understanding

20      there was not -- withdrawn.  Am I correct that

21      you did not send sort of just a public tweet or

22      any social media post where you invited the

23      public to post the List; is that correct?

24             A        Could you be a little more

25      specific so I know what you're asking me?

Page 43

1                          M. Donegan

2          Q        Sure.  I'm just trying to -- I

3    know you sent the initial email to between three

4    and 12 people and, based on your answers, my

5    understanding is that there was not a more

6    general posting or advertising of the existence

7    of the List on your social media accounts.  So I

8    just want to make sure I have any of the

9    possible avenues in which your communications

10   resulted in people contacting you in response to

11   your communication.

12                 Based on these paragraphs, I

13   understand you had third parties, some amount of

14   third parties contact you to input information

15   into the List, so I guess my question would be

16   just do you know how these third parties or why

17   these third parties were reaching out to you

18   specifically?

19                        MR. MATZ:  Objection.

20                        Calls for speculation about third

21                        parties.

22          A        Yeah, I don't know what

23   information -- so the question is -- I'm

24   actually not entirely sure what the question is.

25   Can you rephrase for me?

Page 44

```
 1                    M. Donegan
 2       Q       Sure.   Okay, let me rephrase it.
 3  So, of course, according to paragraph 17 of this
 4  affidavit, some individuals reached out to you
 5  directly with information they wanted inputted
 6  into the List, correct?
 7       A       That's correct.
 8       Q       And do you know how these
 9  individuals came to reach out to you with the
10  information they had?
11                    MR. MATZ:   Again,
12              objection.   Calls for speculation.
13       A       I don't know how those people knew
14  that I could help them input information into
15  the document.   I don't know how they came to
16  know that.
17       Q       Okay.   Aside from what we've
18  discussed or what you've testified about
19  already, was there -- did you ask individuals to
20  contribute -- I'm sorry, to input information
21  into the List in any other fashion other than
22  what we've discussed already, mainly the one
23  email that you sent?
24                    MR. MATZ:   Objection to
25              form.
```

Page 45

1                         M. Donegan

2          A      I would not characterize the email

3    with the link to the document as asking people

4    to input it.

5          Q      Fair enough.  Did you ever ask --

6    withdrawn.  Did you distribute the link in any

7    way beyond the one email to the approximately

8    three to 12 people?

9          A      As I stated earlier, throughout

10   the time or during the time that the document

11   was available to be read and edited by third

12   parties, some individuals reached out to me

13   asking for the link and I complied with those

14   requests.

15         Q      Did those individuals tell you how

16   they knew to reach out to you specifically?

17         A      No, they did not.

18         Q      Okay.  And how did these

19   individuals contact you?

20         A      Again, the question is how did the

21   individuals who wanted the link to the document

22   contact me?

23         Q      I'm sorry, how did the individuals

24   who reached out to you to input information on

25   their behalf contact you?

                                                      Page 46

                              M. Donegan

1

2       A       So the question is how did the

3  people who wanted me to input information on

4  their behalf into the document, how did those

5  people get into contact with me?

6       Q       Yes, ma'am.

7       A       Again, this was a very long time

8  ago and my recollection is partial.  To the best

9  of my recollection, those people reached out to

10  me via email and Twitter direct message.  There

11  may have been other avenues of communication,

12  but if so, I don't remember them.

13      Q       Okay.  And obviously we keep

14  coming back to just this idea of course it's

15  three and a half years ago, so it's difficult to

16  remember all the actions, can you tell me

17  specifically what you do recall about that day

18  in general?

19                    MR. MATZ:  Objection to

20              form.  You asked her if she

21              specifically recalls in general.

22                    MR. LEWIS:  Okay.

23      Q       What do you recall in general --

24  thank you, Joshua -- if anything?

25      A       It was an autumn day.  I was in

Page 47

1                     M. Donegan

2     New York City.  I woke up at my home in Crown

3     Heights.  I went to work at my office in Union

4     Square.  I took a walk -- I came home to Crown

5     Heights.  I took a walk over to a friend's house

6     also in Crown Heights and ate dinner there, and

7     then I returned home and sometime after that

8     went to sleep.

9          Q     And so as far as in regarding any

10    conduct you took with regard to the List that

11    day, do you recall any conduct you took with

12    regard to the List beyond what we've spoken

13    about so far?

14         A     I'm sorry, Mr.  Lewis, your

15    microphone cut out just a bit.  Can you repeat

16    your question?

17         Q     Sure.  Do you recall any -- bless

18    you, Ms. Donegan -- do you recall any conduct

19    you took with regard to the List when it was

20    accessible to third parties that day other than

21    what we've discussed already?

22                    MR. MATZ:  Objection to

23                form.  Vagueness.

24         A     Yeah, I would like you to be more

25    specific in what you mean by "conduct,"

Page 48

1                     M. Donegan

2    Mr. Lewis, just so that I can answer you.

3         Q      Sure.  Do you recall explaining

4    the manner in which you can input information

5    into the List to third parties on that day?

6         A      I'm sorry, I'm still not clear on

7    what you're asking.

8         Q      Do you remember giving people

9    instructions on how to access the Google

10   Spreadsheet and input information on that day?

11        A      We may have produced some

12   documents in which language like that appears.

13   If you have one in particular you'd like to

14   address, we can turn to it.

15        Q      So I will very much do so but just

16   respectfully, I would like to know if there's

17   anything you have aside from those documents, do

18   you have just an independent recollection of

19   conversations like that or communications like

20   that where you were giving instructions on how

21   to access the List or input information?

22        A      I know that when some people

23   reached out to me and asked me for the link to

24   the document, I complied with those requests.

25        Q      Okay.

Page 49

1                    M. Donegan

2        A        If there's a particular statement

3    you're wondering about or referring to, we can

4    look at it.

5        Q        Okay.  But just aside from those

6    documents, did you have an independent

7    recollection, did you remember any specific

8    conversations you had aside from those

9    documents?

10       A        Again, this was more than three

11   and a half years ago.  I don't recall with a

12   great deal of certainty or completeness.

13       Q        Okay.  Fair enough.  So,

14   Ms. Donegan, in your affidavit the -- when

15   people -- I understand people contacted you via

16   email and Twitter.  Did you have any phone

17   conversations with third parties who wished to

18   see information added to the Google Spreadsheet?

19       A        The question is did I have a phone

20   conversation during the time it was available to

21   be edited and read by third parties with

22   somebody that requested that I add information

23   on their behalf?

24       Q        Right.

25       A        Not that I recall, no.

Page 50

1                           M. Donegan

2          Q        Did you remove any information

3    from the Spreadsheet during the time it was

4    active -- I'm sorry, during the time it was

5    accessible by third parties?

6          A        I know that at one point a user

7    who had previously wanted information to be put

8    on the document changed their mind and reached

9    out to me with a request that I remove it, and

10   to the best of my memory I complied with that

11   request.

12         Q        Okay.  And do you recall how that

13   individual reached out to you?

14         A        No, I don't.

15         Q        Do you recall who that individual

16   was specifically, and again, I don't want to

17   know their names?

18         A        Do I recall who the individual was

19   who wanted me to remove an accusation that they

20   had previously inputed on the document?

21                       MR. MATZ:  Objection.

22                       Asked and answered.  You

23                       previously asked if she knew the

24                       identity of individuals who

25                       communicated with her about

Page 51

```
 1                    M. Donegan

 2              information on the Spreadsheet.

 3              You can answer the question.

 4     A      I can't recall the identity of

 5   that person, no.

 6                 MR. LEWIS:  Okay.  So,

 7              Ms. Donegan, I'd like you to turn

 8              and I'll ask you to turn to

 9              Donegan 53, and Mr. Leto, if we

10              could mark this, I think we're at

11              Exhibit 6.  Page 53 from

12              Defendant's production is what I'm

13              referring to.

14                 (Plaintiff's Exhibit 6,

15              document Bates stamped

16              DONEG00000053, was marked for

17              identification, as of this date.)

18     Q      Ms. Donegan, if you can just give

19   me a head's up whenever you're done reviewing,

20   I'll ask you questions about that document.

21     A      Please give me a moment to review.

22   Thank you.

23     Q      Of course.

24     A      Okay.

25     Q      Okay.  So, Ms. Donegan, the first
```

```
                                              Page 52
 1                    M. Donegan
 2   sentence of your email appears to be October 11,
 3   2017 at 4:41 p.m., states "Yeah, I've been
 4   struggling with this too.  A lot of people have
 5   described to me, for instance" blank's "specific
 6   pattern of suggesting that you fuck him and then
 7   immediately suggesting that he can also get you
 8   a job -- not quid pro quo, but quid pro quo
 9   adjacent."
10              Do you recall approximately how
11   many people described this to you, and again, no
12   names or anything, just approximately how many
13   people reached out to you with this specific
14   allegation?
15                    MR. MATZ:  Objection to
16              form.
17        A       You're referring to -- are you
18   referring to the second sentence of this 4:41
19   p.m. email "a lot of people have described to
20   me, for instance," redacted "specific pattern of
21   suggesting that you fuck him and then
22   immediately suggesting that he can also get you
23   a job"?
24        Q       Yes, ma'am.
25        A       Is the question -- what's your
```

Page 53

1                          M. Donegan

2    question?

3         Q      I'm just trying to get a sense of

4    what a lot -- if you know, like approximately

5    how many people described this to you when you

6    say "a lot"?

7         A      Over what time period?

8                     MR. MATZ:  Objection.  Yes.

9                Objection to form.

10        Q      Okay.  Fair enough.  Fair enough.

11   I guess the first question is, is the a lot of

12   people describing to you, was that that specific

13   day or a longer time period?

14        A      I don't recall.

15        Q      Okay.  Can you recall just

16   approximately how many people we're talking

17   about here?  Is it more than 10 people for

18   example?

19        A      How many -- describe the category

20   of person you're asking about.

21        Q      The people that specifically

22   described to you this deplorable conduct.

23        A      How many people described to me

24   the conduct by this redacted person named in the

25   second sentence?

                                                      Page 54

1                        M. Donegan

2          Q        Yes, ma'am.

3          A        I don't recall.

4          Q        When you're describing that I've

5     been struggling with this, can you explain what

6     you were struggling with, please?

7          A        This person writes to me "looks

8     pretty damn accurate to me.  I know a couple

9     people who are thinking about adding but don't

10    know if their issue qualifies as "that bad"...do

11    you think it's worth adding a note in the doc

12    about criteria for inclusion (or deletion, if

13    everyone can edit)?  I think there are plenty of

14    sleazes or creeps who are not abusive but not

15    institutional (i.e. writers) so their

16    sleaziness/creepiness is more diffuse.  But

17    maybe creep/sleaze only warrant inclusion on

18    this list if it's in an institutional context

19    when you really can't be that way?"

20                   I'm sorry, what's your question?

21         Q        So I guess I'm trying to clarify

22    specifically what you were struggling with.

23    Like, for example, were you struggling with

24    whether or not that should be included or

25    whether or not you should be inputting that into

Page 55

1                         M. Donegan

2      the List?  I just want to know what you mean by

3      "yeah, I've been struggling with this too"?

4            A       I've read this 4:31 p.m. email.  I

5      think the word that -- the words that jump out

6      at me are "do you think it's worth adding a note

7      in the doc about criteria for inclusion (or

8      deletion, if everyone can edit)?  I think there

9      are plenty of sleazes or creeps who are not

10     abusive," etcetera.

11                  So I read this 4:31 email as

12     perhaps a request or an inquiry about adding

13     further instruction to or further text I imagine

14     to the top of the document, although I couldn't

15     testify precisely to what this person was

16     thinking and I ultimately declined to do so.

17           Q       Okay.  And, Ms. Donegan, after you

18     read this exchange, did this refresh your

19     recollection as to this interchange on that day?

20           A       Did it refresh my recollection as

21     to what?

22           Q       Like, when you read this, did you

23     then remember having this interchange on the day

24     the List was available to third parties?

25           A       Do I remember receiving the 4:31

                                                      Page 56

1                         M. Donegan

2      email or sending the 4:41 email?

3           Q       Right.

4           A       I don't recall receiving or

5      writing these emails.  If it's in my production,

6      I assume it was in my email account.

7           Q       Okay.  And the second paragraph,

8      Ms. Donegan, I could read it for the record, "on

9      the other hand," redacted "told me about a

10     similar attempt by poet women to catalog poet

11     men a couple years back that collapsed under the

12     weight of personal vendettas.  People with axes

13     to grind against their shitty ex boyfriends,

14     people out to protect boyfriends or friends who

15     were nice to them but predators to others.  It's

16     dicey."

17                  Ms. Donegan, do you remember that

18     conversation when you were told about the poet

19     women's list?

20          A       Do I remember the conversation

21     described in the second paragraph of this 4:41

22     email?

23          Q       Yes, thank you for clarifying

24     that.

25          A       I know I had it.  I couldn't tell

```
                                        Page 57
 1                   M. Donegan
 2  you when exactly I had that conversation or via
 3  what medium or its content.
 4       Q     Okay.  Do you remember if it was
 5  prior to the List being made accessible to third
 6  parties, that conversation?
 7       A     I don't.
 8       Q     Do you know who that redacted
 9  person is, and I don't want to know their name?
10       A     Which redacted person?  There's
11  several.
12       Q     The person who told you about the
13  similar attempt by poets?
14       A     Yes, I do know who that is.
15       Q     Okay.  And after you were told
16  about the attempt by poet women, did you input
17  any information into the List as a result of
18  that conversation about the poet women?  Did you
19  take any conduct -- I'm sorry, did you input
20  anything or alternatively take anything off of
21  the List after you had the conversation about
22  the poet women cataloging poet men's abuses?
23       A     I don't recall when the
24  conversation about the poets occurred, so I
25  can't accurately tell you whether any -- I was
```

Page 58

1                         M. Donegan

2    making any edits or deletions to the document

3    after.

4         Q      Did that conversation in any way

5    inform the disclaimers that you put in the first

6    row that we discussed previously?

7         A      Again, I don't know when this

8    conversation took place, so I don't know

9    whether -- whether it would have been in my mind

10   or would have happened yet at the time that I

11   initially wrote that disclaimer.  I would have

12   to know when it happened.  To the best of my

13   recollection, I don't recall having had this

14   conversation or thinking about this conversation

15   at the time that I wrote that text that I

16   believe you're referring to in row one, column A

17   on Elliott 1.

18        Q      Okay.  And, Ms. Donegan, just from

19   reading your article and the statements you made

20   about the -- I know that you had cited the

21   Harvey Weinstein -- the breaking of the Harvey

22   Weinstein story as an event which preceded your

23   idea to post the List, I know I asked you before

24   if you had any sort of recollection of

25   conversations you had immediately before posting

Page 59

1                            M. Donegan

2    or making the List accessible to third parties.

3                    Did you have any conversations

4    about the List or your idea, the nature of the

5    idea for the List right after reading the Harvey

6    Weinstein articles?

7         A       So the question is if immediately

8    after reading -- I assume you're referring to

9    articles about Harvey Weinstein's conduct that

10   were published in the New York Times and the New

11   Yorker?

12        Q       Yes, ma'am.

13        A       You're asking whether I read those

14   and then immediately had a conversation with a

15   third party about the idea to make this

16   document?

17        Q       So not necessarily immediately.  I

18   just want to make sure that I'm covering any

19   conversations you might have had about the List

20   because I know those articles came out a few

21   days before the List.  So it doesn't have to be

22   immediately after you read the article, but just

23   in the time period between when you read the

24   articles and when the List was made accessible

25   to third parties on your Google account.

Page 60

1                          M. Donegan

2                    Do you recall any conversations

3      you had during that time, that window of time

4      period which seems longer than the period we

5      were discussing earlier in the day?

6           A       Which period are you referring to

7      that we discussed earlier?

8           Q       So before we were talking about

9      you don't know specifically when you thought of

10     it, but I understood it to be shortly before you

11     actually did the List or posted the List.  Were

12     there any conversations you had from the time

13     you read the article, the articles that you just

14     referred to until the time that you actually

15     made the List accessible to third parties in

16     that few day period, did you have any

17     conversations about the List or your idea for

18     creating the List with anyone?

19                       MR. MATZ:  Objection.

20                    Asked and answered.

21          A       I don't quite know when I read

22     those articles.  I believe the Megan Twohey and

23     Jody Kantor piece in the New York Times was

24     published a few days before the Ronan Farrow

25     piece in the New Yorker, and I don't recall

Page 61

1                        M. Donegan

2    whether I read those immediately on the days

3    when they came out or whether I read them some

4    days later.

5                So I don't -- it's just hard for

6    me to nail down the time period that you're

7    referring to.  I don't recall any such

8    conversation but, again, it's difficult to

9    answer the question without knowing quite when

10   the time frame is.

11       Q     Right.  Right.  So let me just put

12   it like this and I'll move on from this, Joshua,

13   is it fair to say that you don't have

14   recollection of any conversations you had about

15   the -- your creating the List before it was made

16   accessible to third parties, as you sit here

17   today?

18                      MR. MATZ:  Objection.

19                 Asked and answered.

20       A     I don't recall having any

21   conversation about the idea for the List or the

22   existence of the document before I sent that

23   initial email to three to 12 people, which was

24   the first time I believe anybody other than me

25   had seen it.

                                                        Page 62

1                         M. Donegan

2          Q        Okay.  Perfect.  Thank you.  That

3    clarifies it for me.  Do you recall providing a

4    description of the list from the time you sent

5    the email to three to 12 people until it was

6    deleted from your account, do you recall any

7    specific descriptions you gave of the List to

8    anyone?

9          A        Do I recall giving -- do I recall

10   a specific description of the document that I

11   gave to anyone during the time that it was

12   available to be read and edited by third

13   parties, is that your question?

14         Q        Yes, ma'am.

15         A        I believe we may have produced

16   some documents that contained some of that

17   language.  If you had a specific one in mind,

18   I'd be happy to discuss it with you.

19                         MR. LEWIS:  Okay.  Can you

20                    please look at the next page,

21                    Ms. Donegan, which is Donegan 54

22                    and, Mr. Leto, if we can please

23                    mark that as Plaintiff's 7.

24                         (Plaintiff's Exhibit 7,

25                    document Bates stamped

Page 63

1               M. Donegan

2               DONEG00000054, was marked for

3               identification, as of this date.)

4      Q       Ms. Donegan, if you would just

5  take a look and whenever you're done, please

6  just let me know.

7                     MR. MATZ:  So this is

8               Donegan 54, Nick?

9                     MR. LEWIS:  Yes.

10                    MR. MATZ:  Sorry.  Your

11              sound cut in and out for a minute

12              there.

13                    MR. LEWIS:  Of course.

14     A       Okay.

15     Q       Ms. Donegan, the bottom email

16  dates Wednesday, October 11, 2017 at 12:27 p.m.,

17  Subject: Your list via Twitter.  I'll just read,

18  just for the record, the email.  "Hey Moira, I

19  saw your tweet and it gave me all the feels.

20  Reminding me of some stuff I went through years

21  ago, a bit today in" redacted.  A Twitter link.

22  "I'd love to be shared on the list so I'm aware

23  of who I should look out for (I have a few names

24  in mind, but I'm sure they're on there).  Full

25  disclosure" blank "but this is something I

Page 64

1                        M. Donegan
2    personally want to look at, not professionally."
3                Ms. Donegan, do you know what this
4    sender is referring to with "I saw your tweet
5    and it gave me all the feels," what tweet in
6    particular she's referring to?
7        A        The question is what tweet this --
8    the person who sent this List is referring to?
9        Q        Yes, ma'am.
10       A        No, I don't know what tweet she's
11   referring to.
12       Q        Okay.  Does this email refresh
13   your recollection on whether you circulated the
14   List via Twitter, if you did?
15       A        I did not circulate the List via
16   Twitter.
17       Q        Okay.
18       A        And this email reflects that.
19       Q        Okay.  And does this email refresh
20   your recollection if you mentioned the List on
21   your Twitter handle?
22       A        I do not recall mentioning the
23   List on my Twitter handle.
24       Q        Do you know why the subject is
25   "your list via Twitter"?

Page 65

1                    M. Donegan

2        A        No, I don't.  And that confused me

3    also at the time.

4        Q        Okay.

5                        MR. MATZ:  Just to

6                    register, I object to that

7                    question on grounds of

8                    speculation.

9                        MR. LEWIS:  Okay.

10       Q        In your response, Ms. Donegan, you

11   write "hey" blank, "thanks for reaching out.

12   I've been really touched by how many people want

13   to help with this, and depressed by how many

14   people need it.  Anyone with a link can edit the

15   Spreadsheet.  If you want to edit it

16   anonymously, just log out of your gmail and then

17   follow the link.  The standard disclaimer I'm

18   giving people is that these are all accusations

19   and rumors, that some of the information is

20   second hand, and to not freak out if you see a

21   man you're friends with on there.  Any help you

22   can give is greatly appreciated!"  I'm sorry,

23   "is really appreciated!"  And then you sign "the

24   link is here" with I presume the link to the

25   Google Spreadsheet.

Page 66

1                    M. Donegan

2              Ms. Donegan, first, is it safe to

3      say that the List was made accessible to third

4      parties prior to 12:27 p.m. on October 11?

5          A     I think the question is was the

6      List accessible to third parties prior to the

7      time that I received this email at 12:27 p.m.;

8      is that correct?

9          Q     Yes, ma'am.

10         A     Yes, I believe I mentioned earlier

11     that to the best of my recollection, I sent that

12     initial email to three to 12 people sometime

13     before noon on October 11, 2017.

14         Q     And the comment regarding you're

15     really touched by how much people wanted to help

16     with this, was there a point where you received

17     a lot of communications about the List from

18     other people?

19                    MR. MATZ:  Objection to

20                    form.

21         A     Was there a point at which I

22     received a lot of communications about the List

23     from other people is the question?

24         Q     Sure.  And I should have

25     clarified.  So by this point, had you received a

Page 67

```
 1                    M. Donegan
 2    lot of communications from others about wanting
 3    to help with the List?
 4          A       What do you mean by "a lot" and
 5    what do you mean by "help"?
 6          Q       So, I guess there's -- can you
 7    tell me approximately how many people contacted
 8    you by this point in time regarding the List?
 9          A       I can't tell you how many people
10    had contacted me by 12:32 p.m. regarding the
11    List on October 11.  I don't recall.
12          Q       Do you recall at any point after
13    you made the List accessible to third parties or
14    to any third-party individuals, do you remember
15    having sort of an influx of communications from
16    people or a sort of rush of people reaching out
17    to you?
18                       MR. MATZ:  Objection to
19                  form.
20          A       The day after I published my
21    article in The Cut, I received a large number of
22    emails regarding the article and, by extension,
23    regarding the Spreadsheet.  So I believe that's
24    January 11, 2018 would be that date, but I would
25    have to refresh my memory.
```

Page 68

1                          M. Donegan

2          Q        And how about on the actual day on

3     when the List was made public, did you have a

4     similar rush of people contacting you?

5                               MR. MATZ:  Objection to

6                          form again.

7          A        I don't quite know what you mean

8     by "a rush of people."  Could you be a bit more

9     specific?

10          Q        I guess maybe it's easier if I --

11     did more than 10 people contact you or do you

12     recall if more than 10 people contacted you by

13     12 -- by midday let's say on October 11, 2017?

14          A        Had I been in contact with more

15     than 10 people on that day?  I imagine so, but I

16     don't recall.

17          Q        So I'm talking about people

18     specifically reaching out to you, not whether

19     you'd been in contact but people like this

20     sender, did you receive more than 10 emails from

21     people like this sender inquiring about the List

22     that day?

23                               MR. MATZ:  Objection to

24                          form.

25          A        The question is whether I

Page 69

1                    M. Donegan
2  received -- okay, so you're jumping back and
3  forth between time frames a bit.  So are you
4  asking me about how many emails about this
5  document I had received by 12:27 p.m. or about
6  how many emails I received about the document
7  throughout the time that it was available to
8  third parties?
9         Q      Do you know approximately -- I
10 guess in the initial time it was posted, like,
11 when the List became accessible to third
12 parties, do you recall if there was a -- let's
13 say within the first hour of your posting, do
14 you recall if you received a lot of emails
15 inquiring about the List or how they could, you
16 know -- withdrawn.
17               Maybe we should start with do you
18 know what you were referring to by how much
19 people wanted to help with this?  Can you
20 explain what you meant by that?  That might be
21 easier to start with that.
22        A      I had received some communications
23 throughout the day and I assumed by this time at
24 12:32 p.m. expressing -- regarding the
25 Spreadsheet, expressing solidarity and empathy

Page 70

1                    M. Donegan

2   and concern for the plight of women who have

3   experienced sexual violence and sexual assault.

4   And that may be what I'm referring to, but

5   beyond that I don't really recall.  Pardon me

6   just a moment.  I'm going to turn on a light in

7   here.  It's getting dark.

8        Q    Sure.  I sit in the dark as well.

9   And can you tell me approximately how many

10  people reached out with those sentiments like

11  you were describing?

12       A    Which sentiments?

13       Q    The empathy and the -- everything

14  you were just discussing with how many people

15  reached out to you about empathy for the victims

16  and -- I'm just trying to get a handle on sort

17  of the amount of people that were contacting you

18  sort of early on when this went up.  That's

19  really the point of the question.

20       A    I don't recall the number of

21  empathetic emails that I received.

22       Q    The instruction you provided or

23  where you state "anyone with a link can edit the

24  spreadsheet, if you want to edit anonymously,

25  just log out of your gmail and then follow the

Page 71

1              M. Donegan

2    link," did you provide that direction or however

3    you want -- I'll call it instruction, did you

4    provide that instruction to multiple people that

5    day?

6                    MR. MATZ:  Objection to

7               form.

8         A     I would push back on the word

9    "instruction" a little just because I don't see

10   any command in this sentence.

11        Q     Okay.

12        A     I know that this language is

13   similar to language that appears in row one on

14   Elliott Exhibit 1.

15        Q     Right.  If you wouldn't call it

16   instruction, how would you qualify it just so I

17   can refer to it the same way you refer to the

18   sentence?  Did you send this sentence in more

19   emails than this specific one that day?

20        A     Which sentence are you referring

21   to?

22        Q     "Anyone with a link can edit the

23   spreadsheet, if you want to edit anonymously,

24   just log out of your gmail and then follow the

25   link."

Page 72

```
 1                      M. Donegan
 2        A      And what's the question?
 3        Q      Did you send that sentence in
 4   other emails that day?
 5        A      I don't immediately recall doing
 6   so.  I would have to refresh my memory --
 7        Q      Okay.
 8        A      -- and see if it's in another one
 9   of these documents.  I don't immediately recall
10   using that sentence in any other email but,
11   again, this was over three and a half years ago
12   and my memory of the exact content of
13   communications from that day is very partial.
14        Q      Okay.  And starting at the last
15   sentence, you wrote that "any help you can give
16   is really appreciated."  Can you explain to me
17   what you were referring to by "help," "any help
18   you can give"?
19        A      Let me just re-read this briefly.
20        Q      Sure.
21                     MR. LEWIS:  Joshua, while
22                Ms. Donegan's reading, if it's
23                okay with you guys, maybe at 4:21
24                perhaps if we can break for just
25                five minutes just for a quick
```

Page 73

1                    M. Donegan

2                bathroom break, if that's works

3                for you?

4                    MR. MATZ:  Let's say 10

5                minutes, if it's okay.

6                    MR. LEWIS:  Fine.

7        A      I imagine "any help you can give

8    is really appreciated" refers to the same sort

9    of help that's referenced in the first sentence

10   of that same email, "I've been really touched

11   how much people want to help with this, and

12   depressed by how many people need it."  I think

13   I'm referring, again, to the help that is

14   provided by solidarity and empathy, women who

15   have experienced sexual violence.  But, again,

16   my memory is very partial.

17       Q      Okay.  And the link to the

18   Spreadsheet, do you recall whether you forwarded

19   the link in emails like this to other third

20   parties that reached out to you that day?

21       A      Are you asking whether I forwarded

22   this email?

23       Q      No.  Do you recall whether you

24   circulated the link in other emails like this

25   where someone reached out to you about the List

Page 74

1                        M. Donegan

2    and you responded to them?  So not in that

3    initial email to the three to 12 people, but in

4    emails to other third parties who contacted you

5    about the List?

6         A        The question is during the time

7    when the document was available to be edited and

8    read by third parties, did I send the link to

9    people who requested it?

10        Q        Yes, ma'am.

11        A        Is that the question?

12        Q        Yes.

13        A        I believe I've already answered

14   this and the answer is that yes, when I received

15   these requests for the link to the document, I

16   provided them.  I don't recall a specific other

17   instance, but I would have to refresh my memory.

18        Q        Okay.  And just the tweet that --

19   the tweet that this sender saw, do you recall

20   the substance of any tweets that you sent on or

21   about October 11, 2017?

22                       MR. MATZ:  Objection.

23                  Relevance.

24        A        Is there a specific that you're

25   referring to?

Page 75

1                          M. Donegan

2           Q       No, I don't have any tweets

3     specifically of the day the List was active to

4     third parties.  I didn't know if you

5     specifically recalled any tweets you sent that

6     day or tweets you tweeted I guess or posted that

7     specific day pertaining to the List, of course?

8                            MR. MATZ:  Objection.

9                     Asked and answered.

10          A       Yeah, you're asking -- I'm sorry,

11    Mr. Lewis, are you asking if I recall the

12    content of any tweets that I posted to my

13    Twitter account on October 11, 2017?

14          Q       Or if it was -- I don't know if

15    this tweet was specifically that day or the day

16    before, but just if there were any tweets that

17    you recall posting in that time period

18    immediately before and during the time the List

19    was active or accessible by third parties?

20                           MR. MATZ:  Objection to

21                    form.

22          A       I'm afraid I'm going to have to

23    ask you to rephrase your question one more time.

24    I want to make sure that I understand you.

25          Q       I'm sorry, I lose steam here, but

```
                                          Page 76

 1                    M. Donegan

 2   I know you said you don't know what this

 3   sender -- the tweet this sender was specifically

 4   referring to, correct?

 5         A      That's correct.

 6         Q      And do you recall any tweets that

 7   you sent during this time period that either

 8   pertained to the List or -- I know you said you

 9   didn't send the link, but send anything about

10   the List or any of the allegations within the

11   List, any tweets that you posted in and around

12   that time, do you have any idea of the tweets

13   that you tweeted those days?

14                    MR. MATZ:  Objection to

15                    form.

16         A      This is quite a broad question.

17   Do I recall -- I'm still not totally clear on

18   what the question is.  Is the question do I

19   recall any tweet that I made about this document

20   or any allegations made on that document on

21   October 11, 2017, is that your question?

22         Q      Yes, or in the day or two before

23   that might have pertained to the document or the

24   allegations in the document or anything like

25   that.  So just the few days around when the List
```

Page 77

1                      M. Donegan

2   was active or the List was accessible to third

3   parties.

4         A      I know that there were

5   conversations happening on Twitter broadly about

6   the phenomenon of sexual violence and sexual

7   harassment.  I don't recall seeing tweets about

8   this document in particular and I don't recall

9   sending any tweets about this document or any

10  allegations made on this document during that

11  time frame.  The day that -- October 11, 2017 to

12  be specific.

13        Q     Okay.  And, Ms.  Donegan, do you

14  recall whether you -- after the List was

15  populated, do you recall -- withdrawn.  Did you

16  send any emails with the link to the List where

17  you made comment on any of the information that

18  was in the List, whether individuals'

19  allegations, do you recall sending any such

20  communications?

21                      MR. MATZ:  Objection to

22              form.

23        A      Do I recall -- what do you mean by

24  "comments"?  You mean a comment about what?

25  Like, what are the comments and what is the

Page 78

1              M. Donegan

2    content that you're wondering if I'm commenting

3    about?

4         Q     So the content being any content

5    that was input into the List by third parties.

6    In like this email, for example, you have the

7    link to the List but there's also -- I'm not

8    saying these are comments but there is just a

9    paragraph that you wrote.

10              So in any emails, do you recall

11   whether you sent any emails about the List where

12   you're making comment on any of the allegations,

13   individuals named, any of the content that was

14   input into the List?

15        A     Are you referring to specific

16   content or generalized like -- are you asking

17   me -- what are you asking me?  What content?

18        Q     ████████████████████████████

19   ████████████████████████████████████████████

20   ███████████████████████████████████████████

21   ███████████████████████████████

22              ████████████    ██████████████

23        ███████████████████████████████

24        ███████████████████████████████

25        ████████████████████████████████

Page 79

1              M. Donegan

2       ████████████████████████████████.

3       A        So the question is whether I sent

4   or -- whether I sent any emails that contained

5   both a link to the Spreadsheet and comments upon

6   specific accusations made in the Spreadsheet, is

7   that your question?

8       Q        Yes, I'll adopt that question.

9   That's perfectly fine.

10      A        Well, I want to make sure I'm

11  actually answering the question.

12              MR. LEWIS:  I understand.

13              You know what, I think it's -- I'm

14              trying to -- you know, how about

15              we take that break and perhaps

16              we'll come back and I can just ask

17              it more pointedly so we can

18              streamline this and move things

19              along.  Does that work for you

20              guys?

21              MR. MATZ:  Sounds good.  So

22              let's reconvene at 4:31 and then

23              proceed for one more hour at that

24              point.

25              MR. LEWIS:  Sounds good to

Page 80

1                    M. Donegan

2               me.

3                    MR. MATZ:  Thank you.

4               (Time noted:  4:22 p.m.)

5               (A break was taken.)

6               (Time noted:  4:32 p.m.)

7                    MR. LEWIS:  Back on the

8               record.

9      Q      So, Ms. Donegan, regarding your

10  inputting of information from third parties at

11  their request, you inputting information --

12  withdrawn.  Do you know approximately how many

13  entries you performed this task for?

14                   MR. MATZ:  Objection to

15              form.

16      A      Which task are you --

17      Q      Fair enough.

18      A      Rephrase, please.

19      Q      If we can go back to your

20  affidavit, back to where you discuss on page

21  three of your affidavit, paragraph 17 that you

22  reviewed before, 17, 18 and 19 --

23                   MR. MATZ:  Can we just take

24              a minute for Moria to actually

25              pull up that part of her

Page 81

1                         M. Donegan

2                    affidavit?

3                         MR. LEWIS:  Sure.

4          A         This is the affidavit page, I

5     believe it's page three that we're referring to?

6          Q         Correct.

7          A         And you said paragraph 17, 18 and

8     19?

9          Q         I'm sorry, page three.  I didn't

10    hear you.  You cut out when you said the page.

11    Yes, page three.

12         A         Yes, give me just a moment to read

13    these.

14         Q         Of course.

15         A         Yes.  What's your question?

16         Q         So do you know approximately how

17    many entries or how many individuals you

18    performed this task specifically for, inputting

19    information on behalf of a third party upon

20    their request?

21         A         Is the question how many

22    individuals' names I added to the Spreadsheet on

23    behalf of a third party or how many third

24    parties requested that I add names to or entries

25    to the document?

Page 82

1                        M. Donegan

2        Q       So I guess how many individuals or

3   how many entries did you add on behalf of third

4   parties, approximately?

5        A       I don't recall.

6        Q       And I'm fairly certain I asked but

7   just to confirm, it's my understanding you don't

8   have any specific independent recollection as to

9   any individual entry that you made on behalf of

10  third parties, correct?

11                      MR. MATZ:  Objection.

12                      Asked and answered, as you

13                      anticipated.

14       A       Could you rephrase that?

15       Q       Sure.  Am I correct in

16  understanding that you don't have an independent

17  recollection of the specific entries you made on

18  behalf of these individuals described in

19  paragraph 17; is that correct?

20       A       The question is do I -- is the

21  question do I recall what content third parties

22  asked me to add?

23       Q       That's a better -- yes, that's a

24  better version of my question.  That is the

25  question.

Page 83

1                    M. Donegan

2        A       I know that some people during the

3   course of the time the document was active

4   reached out to me directly with information that

5   they wanted to see added to the Google

6   Spreadsheet.  I don't remember what information

7   that was or how it is represented on Elliott

8   Exhibit 1.

9        Q       Do you remember how you were

10  communicating with these individuals?

11       A       How I?

12       Q       Email, text message, chat, G-chat,

13  anything like that, do you remember the means in

14  which you were communicating?

15       A       The question is what forms the

16  communication took or like what avenues it took,

17  is that your question?

18       Q       Right.  Right.  And also, if you

19  have your interrogatories handy, response number

20  two, that might be an easier way of going

21  through this, and I'm referring to page nine.

22       A       Give me a moment to review this.

23       Q       That was page nine, the middle of

24  the page.

25       A       Thank you.  I'm just reading now.

Page 84

M. Donegan

1

2          Q          Sure.

3          A          Okay, what was your question?

4          Q          So, Ms. Donegan, I'm sorry, can

5   you see me?  Ms. Donegan, I've lost -- okay,

6   sorry.  So do you recall of these different

7   accounts that you have, the personal Google

8   account -- I'm not going to put it on the

9   record -- personal Twitter account, personal

10  Facebook account, personal Instagram, Signal

11  application, texting application and the email

12  account provided by a former employer, do you

13  recall which of these accounts you were using to

14  communicate with these third parties that you

15  were inputting information in the Spreadsheet

16  for?

17         A          This was a long time ago and I

18  don't remember exhaustively every single avenue

19  that people may have reached out to me on.  I

20  believe most of -- to the best of my

21  recollection, most of my conversations about the

22  document in general during the time that it was

23  active were -- or that it was available for

24  third parties to read and edit were via email

25  and Twitter direct message.  But that's --

Page 85

1                         M. Donegan

2     again, my memory is quite partial.

3         Q     Okay.  And, Ms. Donegan, did you

4     have -- with Twitter specifically, do you have a

5     general practice for like a period of time you

6     keep tweets?

7                         MR. MATZ:  Objection.

8                         Judge Bulsara ruled out any

9                         inquiry into Ms. Donegan's

10                        practice of retaining or deleting

11                        electronic communications.

12                        MR. LEWIS:  Including the

13                        retaining?  You're objecting to

14                        directing her not to answer the

15                        question about the retaining,

16                        Joshua, just to be clear?

17                        MR. MATZ:  No.

18                        Ms. Donegan, my direction is that

19                        you can answer questions about the

20                        retention, but not the deletion of

21                        documents.

22                        MR. LEWIS:  Okay.  Thank

23                        you, Joshua.

24        A     So in that case, Mr. Lewis, first

25     I'm going to stand up and close this window

Page 86

1                    M. Donegan
2     because I'm feeling a little cold, and then I'm
3     going to ask you to rephrase your question for
4     me when I return.
5          Q        Sure.
6                    MR. MATZ:  I'm going to
7                    just pause the clock for 15
8                    seconds.
9                    MR. LEWIS:  Of course.
10                   MR. MATZ:  Okay, I'll start
11                   up again.
12         Q        Ms. Donegan, do you have a general
13    practice for how long you'll retain tweets for
14    in your personal Twitter account?
15         A        Do I have a general practice
16    for -- so for how long I retain -- what do you
17    mean by "retain"?
18         Q        How long you keep the tweets in
19    your account or on your account?  I don't know
20    if Twitter is time line.  I'm revealing how
21    washed up I am with social media in general, but
22    how long you'll keep tweets for on your account,
23    the tweets you tweeted?
24         A        Keep it how?
25         Q        Keep them is it on your -- I don't

Page 87

```
 1                      M. Donegan
 2    know if is it time line Twitter?  Is Twitter
 3    time line as well as like Facebook on the time
 4    line, keep these tweets?
 5           A      Are you referring to --
 6                      MR. MATZ:  I'm sorry,
 7                   objection.  So, Mr. Lewis,
 8                   anything that is tweeted
 9                   automatically continues to exist
10                   unless and until it is deleted.
11                   So you're necessarily asking about
12                   deletion which Judge Bulsara
13                   precluded.
14                      MR. LEWIS:  Okay.  Is that
15                   similar for the Twitter messages
16                   that Ms. Donegan -- is it your
17                   same understanding for the tweets
18                   that -- the Twitter direct
19                   messages?
20                      MR. MATZ:  Yes, I would
21                   object on the same grounds that
22                   all messages to my knowledge
23                   remain in your Twitter inbox
24                   unless and until they're deleted.
25                      MR. LEWIS:  Okay.
```

Page 88

1                      M. Donegan

2         Q       Ms. Donegan, in your

3    communications with third parties, did you have

4    sort of standard instructions you gave to third

5    parties or standard disclaimers, warnings,

6    anything that you provided to third parties who

7    asked you to post information to the list?  Do

8    you recall if you had -- did you provide the

9    same responses to third parties who inquired and

10   asked you to add information to the List on

11   their behalf?

12        A       Are you asking in terms of

13   response, are you asking about what

14   communication I sent back to them?

15        Q       Yes.  Yes.  So like just for by

16   way of example, if I may illuminate where you

17   say -- I'm sorry, the one we just referred I

18   think was 54 where you say "the standard

19   disclaimer I'm giving people is that these are

20   all accusations and rumors, that some of the

21   information is second hand, and to not freak out

22   if you see a man you're friends with on there.

23   Any help you can give is really appreciated,"

24   did you have any disclaimers or comments like

25   that that you provided to everyone who sought to

Page 89

1                          M. Donegan

2    have you input information on their behalf?

3          A       So the line in this email from

4    12:32 p.m. on October 10, 2017 and, again,

5    that's Donegan 54, that line reads "the standard

6    disclaimer I'm giving people is that these are

7    all accusations and rumors, and some of the

8    information is second hand, and not to freak out

9    if you see a man you're friends with on there."

10                 So is your question about this

11   line, Mr. Lewis?

12         Q       Well, yes, why don't we start with

13   this line.  Was this line -- did you give this

14   line -- was this line given in each

15   communication you had with third parties who

16   reached out about the List?

17         A       So the question is whether this

18   sentence, "the standard disclaimer I'm giving to

19   people," the sentence that begins that way, the

20   question is whether that sentence was included

21   in every response I sent back to a person who

22   requested that I add information to the document

23   on their behalf, is that your question?

24         Q       Yes.

25         A       I don't recall.

CONFIDENTIAL

Page 90

1                        M. Donegan

2         Q       Okay.  Do you recall did you have

3    any disclaimers or any instructions that you

4    provided to everyone who reached out to you as

5    third parties and asked you to input information

6    into the List?

7         A       You're asking if there was

8    language that I sent to every person who made

9    one of those requests that I believe are in item

10   17 of my affidavit?

11        Q       You got it.

12        A       If the question is whether I sent

13   the same language to all of those people, the

14   answer is that I don't recall.

15        Q       Okay.  So just like do you

16   remember, for example, at any point cutting and

17   pasting?  If you got multiple emails, for

18   example, did you do sort of some cutting and

19   pasting where you were providing any of the same

20   feedback or statements or responses to third

21   parties who were reaching out to you?

22        A       Are there specific documents

23   you're referring to?

24        Q       No, I'm asking if you have a

25   recollection of your practice of what you were

Page 91

1                        M. Donegan

2     doing that day.  I'll go through some more, but

3     I'm not referring to anything in particular.

4     I'm asking if you recall whether there was a

5     standard practice in the way you responded to

6     these people?

7          A     If you're asking if I specifically

8     remember cutting and pasting, some of the

9     language in this email is very similar to

10    language that appears in row one in Elliott

11    Exhibit 1.  I don't recall if I specifically

12    copied and pasted it or if I was using the same

13    language through a different input mechanism.

14         Q     Ms. Donegan, did you encourage

15    anyone to post -- I'm sorry -- to input any

16    information into the List?

17         A     I wouldn't say that I encouraged

18    or incited or invited or solicited.  I would say

19    that I made the document available for women to

20    put their experiences of sexual violence and

21    sexual harassment into it.

22         Q     Okay.  And do you have your

23    affidavit in front of you, Ms. Donegan?

24         A     I can turn to it.  Give me a

25    moment.

Page 92

1                    M. Donegan

2        Q       So the paragraphs regarding on

3    page two, paragraph 15 in particular, after you

4    get a chance to read it I'll --

5        A       Paragraph 15 in my affidavit on

6    page two at the bottom of the page?

7        Q       Yes, ma'am.

8        A       Okay.

9        Q       So, Ms. Donegan, I understand of

10   course -- and just for the record, paragraph 15

11   says "I have no recollection of soliciting or

12   encouraging anyone to add any information about

13   Mr. Elliott to the Google Spreadsheet."  In your

14   email -- I'm sorry, not email.  In any of your

15   communications, would you have any -- because I

16   understand your position is you didn't know

17   Mr. Elliott prior to the List, do you think

18   there's any reason you would have or a

19   communication about Mr. Elliott would have stood

20   out to you prior to the List being taken down or

21   deleted?

22       A       The question is is there a reason

23   why any communication about Mr. Elliott would

24   have stuck into my memory before the Spreadsheet

25   was deleted from my Google account?

Page 93

1                          M. Donegan

2          Q       Yes.

3          A       I'm going to have to ask you to

4     rephrase because I'm not sure I understand.

5          Q       So is it possible -- withdrawn.

6     I'm sorry.  Did you make a single highlight on

7     the List?

8          A       You're asking if I highlighted any

9     rows?

10         Q       Yes, ma'am.

11         A       On the Google document?

12         Q       Yes, ma'am.

13         A       I believe I already answered this

14    question and, as I stated previously, I have no

15    recollection of highlighting any rows on the

16    Spreadsheet.

17         Q       Okay.  And again, the instruction

18    of the men accused of physical sexual violence

19    by multiple women are highlighted in red, was

20    that your idea to include that in the

21    disclaimer?

22         A       So I believe you're referring -- I

23    want to make sure I have this exact language in

24    front of me.  I believe you are referring to

25    some text on Elliott Exhibit 1 in row one,

Page 94

                         M. Donegan

1

2    column B; is that correct?

3          Q       Yes, row one, column B.  Yes.

4          A       And the text is "men accused of

5    physical sexual violence by multiple women are

6    highlighted in red"?

7          Q       Yes.

8          A       And your question is whether I

9    wrote that or --

10         Q       Well, yes.  I believe you

11   testified you did write that, correct?

12         A       Yes, I did.

13         Q       And is that -- was there another

14   person that was sort of responsible for the

15   highlighting?

16         A       Are you asking me if I delegated

17   responsibility or if --

18         Q       That's a good question actually.

19   Did you delegate responsibility?

20         A       The question is did I delegate

21   responsibility for highlighting rows in red, is

22   that your question?

23         Q       Sure.  Did you delegate

24   responsibility for highlighting in red?  I'll

25   ask that first.

Page 95

```
 1                        M. Donegan
 2        A        Well, now I want to make sure we
 3   know about like the definition of "delegate."
 4                        MR. MATZ:  I'd just like to
 5                   object to form on grounds of
 6                   vagueness.
 7                        MR. LEWIS:  Okay.
 8        Q        So to clarify, Ms. Donegan, did
 9   you tell another individual to highlight the
10   selections or the entries that were men accused
11   of violence by multiple women?
12        A        Well, as I've previously
13   testified, I wrote that text.
14        Q        Okay.  But was there someone other
15   than people who were inputting into the List,
16   was there another individual who you directed or
17   told sort of if there are more than one people
18   making allegations, you highlight it?  Is there
19   a specific individual you told that to or was
20   that just something that I guess whoever was --
21   whoever was going on the List could have done
22   that?  I'm trying to figure out -- like,
23   withdrawn.
24                        Do you know who highlighted, made
25   any of the highlights?
```

Page 96

1                    M. Donegan

2         A       No.

3         Q       And of course you don't know,

4    therefore, who highlighted Mr. Elliott's entry,

5    correct?

6         A       No, I don't know.

7         Q       And it's my understanding that you

8    don't know who input any of the information into

9    Mr. Elliott's row, correct?

10        A       Mr. Elliott's row, I don't know

11   who input any of the alleged defamatory

12   statements into Mr. Elliott's row.

13        Q       ████████████████████████

14   ████████████████████████████████

15   ████████████████████████████

16        A       ████████████████████

17   █████████████████████████████████

18   ███████████████

19        Q       ████

20        A       ████

21        Q       ████████████████████

22        A       ████████████

23        Q       ██████████████████████

24   ████████████    ████████████████████

25        A       ██████████████████



Page 97

1        M. Donegan

2

3

4

5        Q

6        A

7

8

9

10       Q

11

12       A

13

14

15

16       Q        And did you review that entry on

17   October 11, 2017?

18       A        What do you mean by "review"?

19       Q        I'm sorry, you're right.  Did you

20   review Mr. Elliott's row and the information

21   that was input on October 11, 2017?

22                      MR. MATZ:  Objection to

23               form.

24       A        What do you mean by "review"?

25       Q        Well --

Page 98

1                    M. Donegan

2         A        I don't know what you're referring

3   to.

4         Q        Did you read each of the entries

5   whenever you signed back on the List on October

6   11, 2017?

7         A        When I viewed the document as it

8   was live and able to be edited by third parties,

9   I did read some of what was input.  I don't

10  remember going through it with a fine tooth

11  comb.

12        Q        And in your viewing of any of the

13  entries, did you yourself edit any of the

14  entries on October 11, 2017?

15        A        What do you mean by "edit"?

16        Q        In any way alter the entries when

17  you read them, take out any words, did you fix

18  the spelling, did you in any way manipulate

19  entries when you were reviewing them on October

20  11, 2017?

21                    MR. MATZ:  Objection to

22                    form.

23        A        By this definition of edit I --

24  yes, we could include -- I guess we could

25  include when I entered information at other

```
                                              Page 99

 1                    M. Donegan
 2   people's request, I guess we could include the
 3   time I deleted information at a accuser's
 4   request, ████████████████████████████████
 5   ████████████████████████████████████████████
 6   Beyond that I'm not sure what your question is.
 7         Q       Did you remove any allegations
 8   or -- did you remove any information aside from
 9   the one you just referred to where the
10   individual requested it?
11         A       Not that I recall, no.
12         Q       So right before we broke I was
13   asking you about whether you made any comment.
14   Do you recall making any statements whether
15   using your Google account, your Twitter account
16   or any of the Facebook, Instagram, do you recall
17   making a comment about any of the information
18   that was in the List on October 11, 2017 in any
19   way?
20                      MR. MATZ:  Objection to
21              form.
22         A       This is a very broad question.
23   I've already -- you're asking did I comment in
24   any way on any of the information on the List in
25   any communication I had at any point on October
```

Page 100

```
 1                    M. Donegan
 2   11?
 3        Q     On October 11 when the List was
 4   active, when the List was accessible by third
 5   parties?
 6                    MR. MATZ:  Objection to
 7                    form.
 8        A     I'm still not clear on what you're
 9   asking me, Mr. Lewis.
10        Q     You know what, why don't we --
11   Ms. Donegan, can you just look at page 225,
12   Donegan 225?
13        A     Yes.
14        Q     Can you please just review it and
15   let me know when I can ask you questions about
16   it.
17        A     Sure.
18                    (Plaintiff's Exhibit 8,
19                    document Bates stamped
20                    DONEG00000225 through
21                    DONEG00000226, was marked for
22                    identification, as of this date.)
23        A     Okay.
24        Q     So, Ms. Donegan, the first
25   sentence of 225 of the email October 12, 2017 at
```

Page 101

```
 1                    M. Donegan
 2   12:44 a.m. -- I'm sorry, I should read the first
 3   email.  The first email to you was October 11,
 4   2017.  "Hi Moira, when I signed out of gmail and
 5   forwarded to" redacted "who also wants access."
 6   I'm sorry, you know what, I think we have a -- I
 7   have a different email.  I'm sorry.  I'll come
 8   back to that.
 9              Just the comment, the first
10   sentence of your email, "thanks for reaching out
11   and for contributing to the Spreadsheet.  I got
12   advice from some lawyer friends that I and the
13   other original non-anonymous commenters were
14   open to libel suits.  People were starting to
15   use the sheet for calling out aggressive dates
16   and creepy DMs, which are real violations but
17   also not what I wanted to use the document for.
18   It put me in a position of arbitrating whose
19   trauma counted and whose didn't, which just felt
20   so awful.  I decided to shut it down."
21              Can you please explain to me what
22   you meant by "the other original non-anonymous
23   commenters"?
24        A       Other original non-anonymous
25   commenters.  I'm not exactly sure what I'm
```

Page 102

1                    M. Donegan

2  referring to.  It's possible maybe that some

3  people were editing the document while not

4  logged out of their Google account and it could

5  be that I'm expressing concern for those people.

6        Q      But as far as commenter goes, was

7  that a person who input into the actual List or

8  somebody that commented on the List is I guess

9  my confusion?

10       A      Could you refer to me -- refer me

11  to what statements you see as commenting on the

12  document?

13       Q      So when you use the commenter term

14  is what I'm -- is it that you're referring to

15  just people inputting within the actual List

16  versus commenting outside -- whether in some

17  other form, just not in the actual Spreadsheet?

18  The term "non-anonymous commenters" is really

19  what I'm not particularly clear on.  So do you

20  know what you specifically meant by

21  "commenters"?

22       A      Are you thinking of any, like,

23  extra textual commentary in particular?

24       Q      Well, you know what, actually, can

25  you look, please, at I guess 183, Donegan 183.

Page 103

```
 1                      M. Donegan
 2   I was going to ask you about that, too, but I
 3   guess now's as good a time as any.
 4         A      So we're changing documents now?
 5         Q      Just to answer your question.  I'm
 6   sorry, to point you to a comment or what I think
 7   might be a comment.
 8         A      Might be a comment?
 9         Q      Yes.  If you turn to 183 which I
10   guess I'll mark as Plaintiff's Exhibit 9.
11                      (Plaintiff's Exhibit 9,
12                document Bates stamped
13                DONEG00000183, was marked for
14                identification, as of this date.)
15         A      Mr. Lewis, do you have a question?
16         Q      Sure.  I'm sorry.  I didn't know
17   you were finished.  So for starters, at the
18   bottom of the page it appears that on October
19   12, at 12:07 a.m., you emailed the link and said
20   "idk if" blank "sent it to you yet.  I know you
21   have people to add, though.  Hope you're well."
22                And then the response, "wow" --
23   and this is at 12:22 a.m. on October 12, "wow,
24   nvm," never mind, "someone already told a dude
25   on it they were on it so it's gone.  Still I
```

Page 104

1                    M. Donegan

2     hope you're well and you feel less attacked by

3     your job now," and then your email on October

4     12, 2017, 12:35 and 51 minutes, "Subject: Re:

5     the burn book of garbage men.  Another one?  Let

6     them all go down.  I hope this stuff helps

7     people to feel less alone.  I definitely had

8     moments looking at the one I made where I was

9     like, 'shit, so it's not just me.'  Hope you're

10    well too and staying okay in this shitstorm of a

11    world."

12                    So, the "another one?  Let them

13    all go down," was that a comment on the

14    individuals in the List?

15         A       That was a comment on the

16    documents themselves.

17         Q       Okay.  And how so?

18         A       This exchange is a bit confusing,

19    in part, because I was confused when I received

20    it.

21         Q       Okay.

22         A       So what happened here, this is

23    October 12 at 12:17.  Somebody sent the document

24    to me unaware that I had created it and I

25    mistakenly thought that this person was sending

Page 105

1                     M. Donegan

2   me another similar document.  That's what I

3   believe occurred.  Again, it's quite confusing.

4          Q      Okay.  I see.  But to let them all

5   go down is about the Spreadsheet, for the

6   Spreadsheet to go down?  Like, you took the

7   Spreadsheet down is another way to describe

8   going down, right?

9          A      I'm sorry, what's your question?

10         Q      So when you say "go down," you're

11  talking about it's not the individuals on the

12  Spreadsheet, you're talking about the actual

13  Spreadsheets themselves?

14         A      Yes.

15         Q      Okay.  And so back to my question

16  for 225 --

17         A      Hang on.  Just let me pull up the

18  document.

19         Q      Okay.  Sorry to bounce around.

20         A      Okay, document 225.  Let me just

21  read this quickly once again.

22         Q      The first sentence we were talking

23  about.

24         A      The first sentence "hey" redacted,

25  "thanks for reaching out and for contributing to

Page 106

1                     M. Donegan

2    the Spreadsheet."

3         Q     Correct.  The first and second

4    sentence noted.

5         A     So what's your question?

6         Q     When you say "I and the other

7    original non-anonymous commenters were open to

8    libel suits," the non-anonymous commenters

9    you're referring to are people who input

10   information into the actual List, right?

11        A     I understand this sentence to be

12   expressing concern about potential retaliation

13   against women who describe their experiences of

14   sexual harassment and sexual violence in the

15   document.

16        Q     Okay.  In the document.  Got it.

17   And so my question, again, is do you have a

18   recollection of having emails where you were

19   making comments about the allegations in the

20   List, the individuals in the List, any of the

21   information inputted to the List, do you recall

22   sending any such email?

23                     MR. MATZ:  Objection.

24        Q     On October 11, 2017?

25                     MR. MATZ:  Objection.

Page 107

1                        M. Donegan
2                   Asked and answered.  But go ahead
3                   Ms. Donegan.
4        A        You know, so the question is did I
5   send any emails on October 11 about the content
6   of the document, is that the question?
7        Q        Yes.
8        A        Well, what do you -- what do you
9   mean by "the content"?
10        Q        Where you reference individuals or
11   allegations against specific individuals or you
12   make a statement about anything that's within
13   the List, whether the allegations or the people
14   that are listed, do you have any emails where
15   you're either forwarding the List or forwarding
16   a link to the List and making comments about the
17   List in such emails?
18                        MR. MATZ:  Objection to the
19                   form.
20        A        This is quite a broad question and
21   I don't feel like I quite grasp it well enough
22   to answer it.  Is there a specific document
23   you're thinking of?
24        Q        No, I'm not thinking of a specific
25   document.  Well, let me ask this, do you recall

Page 108

1                    M. Donegan
2    specifically soliciting information about a
3    particular individual that was on the List or
4    listed in the List?
5         A    As I've already said, I don't
6    characterize any of my communications regarding
7    this document as solicitations.
8         Q    Fair enough.  Did you request any
9    information about a particular individual within
10   the List?
11        A    What are you -- I don't understand
12   what you're imagining.
13        Q    Well, did you in any way ask other
14   individuals to input -- did you ask third
15   parties to input information about any of the
16   individuals on the List?
17        A    I made the document available to
18   women to input their own experiences of sexual
19   harassment and sexual violence.  It was very
20   important to me at the time that no women felt
21   pressured or as if there was an expectation for
22   them to disclose such sensitive information even
23   in an anonymous context.  If you're -- beyond
24   that, I'm not sure if that answers your
25   question.  Could you maybe elaborate a little

Page 109

1                     M. Donegan

2    bit further?

3         Q     That's fair enough.  Ms. Donegan,

4    just so I'm clear, when you say "I deleted the

5    list after approximately 12 hours," are you

6    including restricting it to the specific people,

7    is that included in deletion in your

8    description?

9         A     Let me pull up my Supplemental

10   Affidavit on this matter just to refresh my

11   memory a little bit.

12   ██████████████     ████████████████

13   ████████████████████████████

14   ████████████████████████████

15   ████████████████████████████

16   ██████████████████████████████

17   ███████████████████████████████

18   ████████████████████████████████

19   ██████████████████████████  ████

20   █████████████████████████████████

21   ██████████████████████████

22   ███████████████████████

23              MR. MATZ:  Sure.  If it's

24              okay with you, I'll put that on

25              the record and then you can

CONFIDENTIAL

```
                                           Page 110
 1                    M. Donegan
 2               correct anything that you need to.
 3                    MR. LEWIS:  Okay.  Fair
 4               enough.
 5                    MR. MATZ:  Thank you.
 6                    MR. LEWIS:  I meant to tell
 7               you that earlier.  I'm sorry.
 8               It's been a heck of a day.
 9                    MR. MATZ:  In 11 minutes
10               it'll be over.
11          Q     I'm sorry, Ms. Donegan, did you
12     refer to the Supplemental Affidavit that you
13     were mentioning?
14          A     Yes.
15          Q     Okay.  Can I trouble you to tell
16     me which paragraph you were referring to in the
17     Supplemental Affidavit?
18          A     You know, it's pretty short.
19          Q     Sure.  If you want to read it
20     first, that's perfectly fine, the reference you
21     were making that you wanted to reference.  Was
22     there a particular paragraph, Ms. Donegan, that
23     you were --
24          A     Could you restate your question,
25     please?
```

```
                                          Page 111
 1                 M. Donegan
 2                      MR. LEWIS:  Sure.
 3                 Mr. Leto, can you just read that
 4                 back, my last question, while I
 5                 get the Supplemental Affidavit
 6                 Ms. Donegan's referring to.
 7                      (The requested portion of
 8                 the record was read by the
 9                 reporter.)
10      Q      And, Ms. Donegan, you said you'd
11   like to refer to the Supplemental Affidavit, was
12   there a particular paragraph?
13      A      I would -- the whole Supplemental
14   Affidavit is about --
15      Q      Oh, I see what you're saying.  I
16   see.  I'm sorry, I misunderstood.  I thought you
17   wanted me to point to a particular paragraph.  I
18   understand what you're saying now.  But was
19   the -- I'm just for the -- when you restricted
20   it, was that like in your -- outside the
21   approximate 12 hours?  Like, was the restriction
22   at the approximate 12 hours, is that how the
23   time line went or we're working with here?
24      A      I don't understand your question.
25      Q      So like the List that was sent to
```

Page 112

1                    M. Donegan

2  you, the link of the List that was sent to you

3  in I think it was 183 that we just went over,

4  I'm sorry, 12:07 on October 12, is the List

5  restricted to the selected group at this point,

6  if you know?

7        A     I don't know at this point whether

8  the List is restricted to a smaller group of

9  people who can access it or whether it has been

10  completely removed from my personal Google

11  account.  I don't know.

12        Q     Okay.  And you made, Ms. Donegan,

13  in the manuscript turned over there was a line

14  about that you want to be -- the book to take

15  over for -- you know what, you refer to it as a

16  "yell network."  I just wanted to understand

17  what you meant by "yell network"?

18        A     Can you point me to the language

19  you're referring to so that I can read it?

20        Q     Yes, ma'am.  Okay, I can give this

21  to you later, Mr. Leto, if you don't have it.

22  It was on page 255, Donegan 255.

23        A     255?

24        Q     Yes, ma'am.  Third paragraph from

25  the top.  Third paragraph down I should say.

Page 113

1                    M. Donegan

2        A       On what page of 255?  Oh, page

3   255?

4        Q       Yes.

5        A       My page 255 --

6                    MR. MATZ:  Yeah, page 255

7                 is the cover page of a book

8                 proposal with no text on it.

9                    MR. LEWIS:  Oh, hang on one

10                second.  I'm sorry.  It says it on

11                top.

12                   MR. MATZ:  So this is our

13                page 255 (indicating).

14                   MR. LEWIS:  Okay.  Hang on.

15                Well, I don't know what this is.

16                It says 255 on mine.

17       Q       Okay, so on that one it would be

18  page 256 then, the third paragraph for the

19  record, "the book I want to write, Shitty Media

20  Men, will be, in part, a realization of the goal

21  I had in creating the spreadsheet in the first

22  place.  It will not be a whisper network, but a

23  yelling network, with the aim to study how our

24  industry got to this point of intolerable

25  misogyny, and how it has shaped the culture

Page 114

1                    M. Donegan

2      around it in its own sexist image."

3                         MR. MATZ:  Mr. Lewis, is

4                    there a question about that

5                    paragraph?

6                         MR. LEWIS:  Yes.  I didn't

7                    know if Ms. Donegan was looking at

8                    it.

9           Q      Can you please explain what you

10     mean by "yelling network," Ms. Donegan?

11          A      What do you mean?

12          Q      Well, when you say my goal was for

13     it to be a yelling network, like, just if you

14     could clarify what you mean by a yelling -- is

15     it just people I guess yelling allegations?  I

16     don't know if there's a -- is it just that on

17     its face, just you want the allegations to be

18     yelled?

19                         MR. MATZ:  Objection to

20                    form.  The question is vague.

21                    Mr. Lewis, would you please

22                    restate it?

23                         MR. LEWIS:  Sure.

24          Q      So, Ms. Donegan, was your goal you

25     had in creating this Spreadsheet to notify as

Page 115

1              M. Donegan

2    many people as possible of the allegations that

3    were placed in the Shitty Media Men Spreadsheet?

4         A      Was my goal in creating the

5    Spreadsheet to notify as many people as possible

6    about the allegations that were made in the

7    spreadsheet, is that your question?

8         Q      Yes.

9         A      You're asking if my goal in

10   creating the Spreadsheet was to make allegations

11   as public as possible, is that what you're

12   asking me?

13        Q      Yes.

14        A      The answer to that question is no.

15        Q      Can you tell me what your goal was

16   in creating the Spreadsheet in your own words?

17        A      I wanted a place where women could

18   warn each other about sexual harassment and

19   sexual assault without fear of retaliation or

20   punishment or violent retribution for doing so.

21        Q      Can you explain just what the

22   difference -- like, why is it that a yelling

23   network for that purpose versus a whisper

24   network as you write in your manuscript?

25        A      Why is what a yelling network?

Page 116

1                    M. Donegan

2        Q       Like, you refer to it that it will

3   be not a whisper network, but a yelling network,

4   can you explain what you mean by that statement?

5        A       This is a book proposal and I am

6   referring to my proposed book.

7        Q       And what do you mean by yelling

8   network versus a whisper network?

9        A       You know, that line was written by

10  my agent and I think it is supposed to be a

11  cheeky play on the phrase "whisper network."

12  The general idea that I understand to be

13  represented by this paragraph is that the book

14  that I am proposing to write in this text will

15  explicate more broadly the problem of misogyny

16  in the media industry.

17                    MR. MATZ:  So with

18                    apologies, that brings us to the

19                    end of our three-hour deposition.

20                    Mr. Lewis, we wanted to enter one

21                    final matter on to the record.

22                    MR. LEWIS:  Right.  So with

23                    regard to --

24                    MR. MATZ:  I can enter it

25                    on to the record, if that's okay?

Page 117

1          M. Donegan

2                MR. LEWIS:  Sure.

3                MR. MATZ:



19                MR. LEWIS:  And if I might

20    just put -- well, is it all right

21    with you, Joshua, if I put just

22    the page numbers on the record or

23    can we agree to -- it doesn't have

24    to be on this transcript, at some

25    point just so we have the specific

Page 118

1              M. Donegan
2         emails that we're talking about in
3         some fashion on the record?
4              Do you have a problem with
5         me listing just the numbers
6         without any further description?
7              MR. MATZ:  If you'd like to
8         put them on the record, that's
9         okay.  Recognizing that both the
10        transcript of this deposition and
11        those documents are subject to a
12        protective order.
13             MR. LEWIS:  Right.  So to
14        my understanding, the documents
15        that Ms. Donegan did not testify
16        to were from Defendant's
17        production of Donegan pages 13,
18        55, 77, 221, and 238 as topics
19        covered by the Nondisclosure
20        Agreement.
21             MR. MATZ:  Did I say
22        document 13?
23             MR. LEWIS:  Yes.
24             MR. MATZ:  Okay, I'll take
25        your word for that for these

Page 119

1              M. Donegan

2         purposes.

3              MR. LEWIS:  And just to be

4         clear, that was dated, just so you

5         know, January of 2018 was that

6         email.  And that was the only

7         point I thought we should just

8         address on the record.

9              So we did not go into that

10        and, as we saw, our time was

11        pretty tight anyway.  So thank you

12        guys for your time and I guess

13        that's my three hours.

14             MR. MATZ:  Yes, we're off

15        the record.

16             (Plaintiff's Exhibit 10,

17        document Bates stamped

18        DONEG00000255 through

19        DONEG00000318, was marked for

20        identification, as of this date.)

21             (Time noted:  5:36 p.m.)

22

23

24

25

Page 120

1

2                   A C K N O W L E D G M E N T

3

4    STATE OF NEW YORK    )

5                               :ss

6    COUNTY OF              )

7

8         I, MOIRA DONEGAN, hereby certify that I

9    have read the transcript of my testimony taken

10   under oath in my deposition of January 14, 2021;

11   that the transcript is a true and complete

12   record of my testimony, and that the answers on

13   the record as given by me are true and correct.

14

15

16                         MOIRA DONEGAN

17

18   Signed and subscribed to before me this

19            day                   , 2021.

20

21

22   Notary Public, State of New York

23

24

25

Page 121

1

2                    INDEX TO TESTIMONY
3    WITNESS                 EXAMINATION BY              PAGE
4    Moira Donegan          Mr. Lewis                    4
5
6                    INDEX TO EXHIBITS
7    PLAINTIFF'S
     EXHIBITS                  DESCRIPTION              PAGE
8
     EXHIBIT 1    Document Bates stamped ELLIOTT         7
9                 000001
     EXHIBIT 2    Document Bates stamped ELLIOTT         31
10                000002
     EXHIBIT 3    Document Bates stamped ELLIOTT         32
11                000004
     EXHIBIT 4    Affidavit of Moira Donegan dated       32
12                August 13, 2020
     EXHIBIT 5    Defendant Moira Donegan's              32
13                Responses and Objections to
                  Plaintiff's First Set of
14                Interrogatories
     EXHIBIT 6    Document Bates stamped                 51
15                DONEG00000053
     EXHIBIT 7    Document Bates stamped                 62
16                DONEG00000054
     EXHIBIT 8    Document Bates stamped                 100
17                DONEG00000225 through
                  DONEG00000226
18   EXHIBIT 9    Document Bates stamped                 103
                  DONEG00000183
19   EXHIBIT 10   Document Bates stamped                 119
                  DONEG00000255 through
20                DONEG00000318
21

22

23

24

25

Page 122

```
 1
 2          ERRATA SHEET FOR THE TRANSCRIPT OF:
 3    Case Name:  Elliott v. Donegan, et al.
 4    Deposition Date:  January 14, 2021
 5    Deponent:  Moira Donegan
 6    Place:  Virtual Zoom Videoconference
 7                     CORRECTIONS
 8    PG    LN    NOW READS        SHOULD READ   REASON FOR
      __    __    _____     _____  _____
 9
      __    __    _____     _____  _____
10
      __    __    _____     _____  _____
11
      __    __    _____     _____  _____
12
      __    __    _____     _____  _____
13
      __    __    _____     _____  _____
14
      __    __    _____     _____  _____
15
      __    __    _____     _____  _____
16
      __    __    _____     _____  _____
17
      __    __    _____     _____  _____
18
      __    __    _____     _____  _____
19
      __    __    _____     _____  _____
20
21
      _____        _____
22    Date           Signature
23    Subscribed and sworn to before me
      this        day of        2021.
24
      _____
25          (NOTARY PUBLIC)
```

Page 123

1

2                    C E R T I F I C A T E

3

4          I, EDWARD LETO, a Notary Public in and

5     for the State of New York, do hereby certify:

6          THAT the witness whose testimony is

7     hereinbefore set forth, was duly sworn by me;

8     and

9          THAT the within transcript is a true

10    record of the testimony given by said witness.

11         I further certify that I am not related,

12    either by blood or marriage, to any of the

13    parties in this action; and

14         THAT I am in no way interested in the

15    outcome of this matter.

16         IN WITNESS WHEREOF, I have hereunto set

17    my hand this 25th day of January, 2021.

18

19

20

21                    EDWARD LETO

22

23

24

25

[& - able]                                                                    Page 1

**&**

**&**   2:4,9,15,18

**0**

**000001**   7:21 121:9
**000002**   31:23 38:2
  121:10
**000004**   32:18
  121:11
**00001**   8:2
**0001**   7:16
**0002**   31:17 33:2,9
**0004**   32:9
**001**   8:6
**002**   37:21 39:21
**05680**   1:8

**1**

**1**   7:23,24 39:3
  58:17 71:14 83:8
  91:11 93:25 121:8
**1-30**   1:9
**10**   17:24 18:6
  53:17 68:11,12,15
  68:20 73:4 89:4
  119:16 121:19
**100**   121:16
**10001-3915**   2:5
**10118**   2:10
**103**   121:18
**10:06**   33:11
**11**   17:13 18:7,8
  19:16 30:13,23
  34:24 52:2 63:16
  66:4,13 67:11,24
  68:13 74:21 75:13
  76:21 77:11 97:11
  97:17,21 98:6,14
  98:20 99:18 100:2
  100:3 101:3
  106:24 107:5
  110:9

**11210**   5:3
**119**   121:19
**12**   18:16 21:10
  22:11 23:19 24:20
  25:14,15,24 27:10
  27:15,22 28:10
  33:11,21 34:13
  40:6 43:4 45:8
  61:23 62:5 66:12
  68:13 74:3 100:25
  103:19,23 104:4
  104:23 109:5
  111:21,22 112:4
**1214**   16:24
**12:07**   103:19
  112:4
**12:17**   104:23
**12:22**   103:23
**12:27**   63:16 66:4,7
  69:5
**12:32**   67:10 69:24
  89:4
**12:35**   104:4
**12:44**   101:2
**13**   32:11,19 42:12
  118:17,22 121:12
**14**   1:12 97:7,13
  120:10 122:4
**14th**   17:5
**15**   86:7 92:3,5,10
**17**   42:2,13 44:3
  80:21,22 81:7
  82:19 90:10
**18**   42:2,13 80:22
  81:7
**183**   102:25,25
  103:9 112:3
**19**   42:3,13 80:22
  81:8
**19809**   123:20

**1:18**   1:8
**1a**   9:2 11:22
**1c**   10:3,9,10,22

**2**

**2**   5:2 31:20,21
  32:2,2,3 33:2
  38:25 121:9
**2017**   17:13,24 18:6
  18:7,8 19:16
  20:18 33:11,21
  34:24 52:3 63:16
  66:13 68:13 74:21
  75:13 76:21 77:11
  89:4 97:11,17,21
  98:6,14,20 99:18
  100:25 101:4
  104:4 106:24
**2018**   67:24 119:5
**2020**   32:12,19
  121:12
**2021**   1:12 120:10
  120:19 122:4,23
  123:17
**221**   118:18
**225**   100:11,12,25
  105:16,20
**238**   118:18
**255**   112:22,22,23
  113:2,3,5,6,13,16
**256**   113:18
**25th**   123:17
**2:10**   1:13 41:2,5
**2b**   11:23
**2c**   11:23
**2d**   11:23
**2e**   11:24

**3**

**3**   32:10,16 121:10
**304**   5:2

**31**   121:9
**32**   121:10,11,12
**350**   2:10
**363**   2:5
**3:08**   41:14
**3:21**   41:16

**4**

**4**   32:12,16 121:4
  121:11
**4:22**   80:4
**4:32**   80:6

**5**

**5**   32:15,17 121:12
**51**   104:4 121:14
**53**   51:9,11
**54**   62:21 63:8
  88:18 89:5
**55**   118:18
**58**   41:5
**5:36**   119:21
**5th**   2:5

**6**

**6**   51:11,14 121:14
**62**   121:15

**7**

**7**   39:23 62:23,24
  121:8,15
**7110**   2:10
**77**   118:18

**8**

**8**   100:18 121:16

**9**

**9**   103:10,11 121:18

**a**

**a.m.**   33:11 101:2
  103:19,23
**able**   6:25 15:20
  26:18 35:19 98:8

[absolutely - approximately]                                                              Page 2

absolutely  22:7
abuses  57:22
abusive  54:14
  55:10
access  34:15,16,20
  34:25 35:5,18,19
  35:22,23,24 36:2,5
  36:8,9,13,18,20,21
  36:22 37:3,4,9,10
  37:13,15 48:9,21
  101:5 112:9
accessible  29:21
  30:24 31:5 47:20
  50:5 57:5 59:2,24
  60:15 61:16 66:3
  66:6 67:13 69:11
  75:19 77:2 100:4
accessing  37:2
account  16:2 25:3
  25:6 34:20 56:6
  59:25 62:6 75:13
  84:8,9,10,12 86:14
  86:19,19,22 92:25
  99:15,15 102:4
  112:11
accounts  43:7 84:7
  84:13
accurate  54:8
accurately  57:25
accusation  50:19
accusations  65:18
  79:6 88:20 89:7
accused  9:11
  93:18 94:4 95:10
accuser  10:13,18
accuser's  99:3
acquaintances
  37:18
action  123:13
actions  20:19
  46:16

active  24:10 29:15
  29:18 30:3,4 50:4
  75:3,19 77:2 83:3
  84:23 100:4
activities  15:6
actual  68:2 102:7
  102:15,17 105:12
  106:10
add  49:22 81:24
  82:3,22 88:10
  89:22 92:12
  103:21
added  8:18 10:20
  10:22,24 11:5,16
  11:18 13:13 38:21
  49:18 81:22 83:5
adding  12:10,15
  54:9,11 55:6,12
addition  38:13
additional  27:19
address  4:25 5:5
  48:14 119:8
addressed  117:9
adjacent  52:9
adopt  40:10 79:8
advertising  43:6
advice  101:12
advised  6:8
affidavit  12:6
  32:10,18 40:16,17
  41:25 42:12 44:4
  49:14 80:20,21
  81:2,4 90:10
  91:23 92:5 109:10
  110:12,17 111:5
  111:11,14 121:11
affiliation  11:23
  12:3 39:14
afraid  37:7 75:22
afternoon  5:13
  17:24

agent  116:10
aggressive  101:15
ago  24:6 27:3 35:8
  46:8,15 49:11
  63:21 72:11 84:17
agree  117:23
agreed  3:4,9,13
  117:13,14
agreement  118:20
ahead  107:2
aim  113:23
al  122:3
allegation  52:14
allegations  9:6
  76:10,20,24 77:10
  77:19 78:12 95:18
  99:7 106:19
  107:11,13 114:15
  114:17 115:2,6,10
alleged  11:24 12:3
  39:14 96:11
alter  98:16
altered  39:4
alternatively
  57:20
amount  26:13
  34:16 43:13 70:17
anonymous
  101:13,22,24
  102:18 106:7,8
  108:23
anonymously  9:25
  10:11,17 65:16
  70:24 71:23
answer  5:24 6:21
  11:12 14:5,14
  26:19 48:2 51:3
  61:9 74:14 85:14
  85:19 90:14 103:5
  107:22 115:14

answered  50:22
  60:20 61:19 74:13
  75:9 82:12 93:13
  107:2
answering  79:11
answers  43:4
  108:24 120:12
anticipated  82:13
anybody  19:8
  61:24
anyone's  6:6 21:12
anyway  119:11
apartment  5:2
apologies  116:18
apologize  23:6
  35:15 38:14
appears  8:8 9:18
  38:4,6 39:3 48:12
  52:2 71:13 91:10
  103:18
application  84:11
  84:11
apply  117:12
appreciate  5:12
  22:9 26:25
appreciated  65:22
  65:23 72:16 73:8
  88:23
approximate
  111:21,22
approximately
  12:24 13:9,12,14
  13:19 14:7 21:5
  23:19 25:13,15
  27:22 28:10 34:13
  35:4 36:5,10 40:6
  45:7 52:10,12
  53:4,16 67:7 69:9
  70:9 80:12 81:16
  82:4 109:5

arbitrating  101:18
arrived  14:8
article  58:19 59:22
  60:13 67:21,22
articles  59:6,9,20
  59:24 60:13,22
aside  24:17,19
  27:17,23 35:20
  44:17 48:17 49:5
  49:8 99:8
asked  46:20 48:23
  50:22,23 58:23
  60:20 61:19 75:9
  82:6,12,22 88:7,10
  90:5 107:2
asking  15:19
  16:13 17:14 22:10
  22:21 25:19 26:6
  28:21 36:19,25
  42:16,25 45:3,13
  48:7 53:20 59:13
  69:4 73:21 75:10
  75:11 78:16,17
  87:11 88:12,13
  90:7,24 91:4,7
  93:8 94:16 96:14
  96:25 97:2 99:13
  99:23 100:9 115:9
  115:12
assault  70:3
  115:19
assume  56:6 59:8
assumed  69:23
ate  47:6
attacked  104:2
attempt  56:10
  57:13,16
attention  42:9
attorney  5:15 6:15
  6:17

attorneys  2:4,9
  6:15
august  32:11,19
  42:12 121:12
automatically
  87:9
autumn  46:25
available  17:16,18
  17:22,24 18:4,9,24
  18:25 19:3,6,9,16
  19:20 20:3,8,12,13
  20:23 24:11 30:5
  30:14 40:8 45:11
  49:20 55:24 62:12
  69:7 74:7 84:23
  91:19 108:17
avenue  2:5,10
  84:18
avenues  43:9
  46:11 83:16
aware  22:24 33:17
  63:22
awful  101:20
axes  56:12

**b**

b  9:11,17 39:2
  94:2,3 97:7
back  12:8,22
  18:21 41:17 46:14
  56:11 69:2 71:8
  79:16 80:7,19,20
  88:14 89:21 98:5
  101:8 105:15
  111:4
background  9:19
bad  54:10
based  17:6 43:4,12
basically  22:19
basis  117:13
bates  7:25 31:22
  32:17 51:15 62:25

100:19 103:12
  119:17 121:8,9,10
  121:14,15,16,18
  121:19
bathroom  73:2
bearing  5:14
begins  89:19
behalf  45:25 46:4
  49:23 81:19,23
  82:3,9,18 88:11
  89:2,23
believe  9:9,16
  10:16 12:4 22:16
  30:17 58:16 60:22
  61:24 62:15 66:10
  67:23 74:13 81:5
  84:20 90:9 93:13
  93:22,24 94:10
  105:3
best  6:19 10:10
  18:3 21:8 22:15
  24:8 28:12 35:11
  35:14,16 46:8
  50:10 58:12 66:11
  84:20
better  22:5 82:23
  82:24
beyond  11:5,16
  12:10,14 16:12
  45:7 47:12 70:5
  99:6 108:23
binder  40:21
binders  97:7,13
bit  7:4 8:23 13:3
  14:13 19:17 38:25
  47:15 63:21 68:8
  69:3 104:18 109:2
  109:11
blank  63:25 65:11
  103:20

blank's  52:5
bless  47:17
blew  33:22
blocked  39:22
blood  123:12
blue  9:19
body  25:23 26:2
  27:6,9
book  104:5 112:14
  113:7,19 116:5,6
  116:13
bottom  33:19 34:9
  63:15 92:6 103:18
bounce  105:19
boyfriends  56:13
  56:14
break  5:20 41:7,11
  41:15 72:24 73:2
  79:15 80:5
breaking  58:21
breaks  5:25
briefly  72:19
brings  116:18
broad  76:16 99:22
  107:20
broadly  77:5
  116:15
broke  99:12
brooklyn  5:3
  16:25 17:3
building  28:20
  29:4,11
bulsara  11:10
  78:23 85:8 87:12
buren  5:2
burn  104:5

**c**

c  2:2 9:25 39:2
  120:2 123:2,2
call  11:9 71:3,15

calling  101:15
calls  29:7 34:3
  43:20 44:12
case  85:24 122:3
catalog  56:10
cataloging  57:22
category  53:19
cell  9:2
certain  82:6
certainly  5:21 6:6
  26:18,23
certainty  49:12
certification  3:6
certify  120:8
  123:5,11
chance  92:4
changed  50:8
changes  9:21
changing  103:4
characterize  45:2
  108:6
chat  83:12,12
cheeky  116:11
choice  13:16
chronological
  12:23
circulate  23:17
  25:5 64:15
circulated  24:4,18
  27:10 29:4,13
  40:5 64:13 73:24
circulating  24:21
  28:16 78:21
circulation  23:12
cited  58:20
city  47:2
civil  1:17
claims  97:4,8
clarified  42:19
  66:25

clarifies  62:3
clarify  6:3 8:22
  26:11,20 30:25
  36:24 54:21 95:8
  114:14
clarifying  38:14
  56:23
clarity  5:5 6:17
classify  17:18
clause  39:11
clear  11:10 12:12
  18:10 40:25 48:6
  76:17 85:16 96:24
  100:8 102:19
  109:4 119:4
clearly  6:25
clerk  2:17
clock  41:3 86:7
close  85:25
closer  7:4
cold  86:2
collapsed  56:11
colleagues  37:18
collection  9:5
colored  9:18
column  9:4,11,17
  9:24 38:24 39:5
  39:10 58:16 94:2
  94:3 97:7,13
columns  39:2,13
comb  98:11
come  12:8 79:16
  101:7
comfortable  5:23
  17:20
coming  46:14
command  71:10
comment  66:14
  77:17,24 78:12
  97:13 99:13,17,23
  101:9 103:6,7,8

104:13,15 109:17
commentary
  102:23
commented  102:8
commenter  102:6
  102:13
commenters
  101:13,23,25
  102:18,21 106:7,8
commenting  78:2
  102:11,16
comments  77:24
  77:25 78:8,21
  79:5 88:24 106:19
  107:16
communicate
  19:14,19 20:5
  22:17 27:22 84:14
communicated
  22:12 24:4,12
  50:25
communicating
  83:10,14
communication
  21:23,24 43:11
  46:11 83:16 88:14
  89:15 92:19,23
  99:25
communications
  6:14 20:7 22:20
  22:23 25:8 28:4
  29:25 43:9 48:19
  66:17,22 67:2,15
  69:22 72:13 77:20
  85:11 88:3 92:15
  108:6
complete  120:11
completely  37:5
  112:10
completeness
  49:12

complied  24:14
  45:13 48:24 50:10
compound  15:18
concern  70:2
  102:5 106:12
concerning  117:10
conduct  47:10,11
  47:18,25 53:22,24
  57:19 59:9
confirm  82:7
confused  65:2
  104:19
confusing  6:11
  104:18 105:3
confusion  6:5
  102:9
contact  43:14
  45:19,22,25 46:5
  68:11,14,19
contacted  49:15
  67:7,10 68:12
  74:4
contacting  43:10
  68:4 70:17
contained  21:2
  26:3 38:7 62:16
  79:4
content  26:7 27:18
  27:19 39:12 57:3
  72:12 75:12 78:2
  78:4,4,13,16,17
  82:21 107:5,9
context  54:18
  108:23
continue  37:9
continues  87:9
contribute  44:20
contributing
  101:11 105:25
conversation
  19:12 20:2,6

49:20 56:18,20
57:2,6,18,21,24
58:4,8,14,14 59:14
61:8,21 117:4
**conversations**
28:4 29:14,23,24
30:7 48:19 49:8
49:17 58:25 59:3
59:19 60:2,12,17
61:14 77:5 84:21
**copied** 91:12
**corner** 17:2
**correct** 5:8 8:13
15:16 42:20,23
44:6,7 66:8 76:4,5
81:6 82:10,15,19
94:2,11 96:5,9
106:3 110:2
120:13
**corrections** 122:7
**counsel** 3:6 4:12
6:7 99:5
**counted** 101:19
**county** 120:6
**couple** 54:8 56:11
**course** 6:19 12:5
13:5 24:9 26:12
42:6,11 44:3
46:14 51:23 63:13
75:7 81:14 83:3
86:9 92:10 96:3
**court** 1:2 3:16 4:7
6:8,24
**cover** 113:7
**covered** 117:11
118:19
**covering** 59:18
**create** 12:25 13:6
13:15,17,22 14:7
**created** 8:11 34:13
104:24

**creating** 13:19
60:18 61:15
113:21 114:25
115:4,10,16
**creep** 54:17
**creepiness** 54:16
**creeps** 54:14 55:9
**creepy** 101:16
**criteria** 54:12 55:7
**crown** 47:2,4,6
**culture** 113:25
**current** 4:25
**cut** 8:23 13:3
19:17 47:15 63:11
67:21 81:10
**cutting** 90:16,18
91:8
**cv** 1:8

**d**

**d** 4:16 97:13 120:2
**damn** 54:8
**dark** 70:7,8
**date** 8:3 31:24
32:24 51:17 63:3
67:24 100:22
103:14 119:20
122:4,22
**dated** 32:11,19
119:4 121:11
**dates** 63:16 101:15
**day** 14:11 16:6,11
16:20,23 17:7,9,10
17:11,12,14 18:11
30:2,3,5 38:8
46:17,25 47:11,20
48:5,10 53:13
55:19,23 60:5,16
67:20 68:2,15,22
69:23 71:5,19
72:4,13 73:20
75:3,6,7,15,15

76:22 77:11 91:2
110:8 120:19
122:23 123:17
**days** 14:11 59:21
60:24 61:2,4
76:13,25
**deal** 49:12
**decided** 12:24
13:6,14 101:20
**declined** 55:16
**defamatory** 96:11
**defendant** 1:16
2:9 32:20 121:12
**defendant's** 51:12
118:16
**defendants** 1:10
**definitely** 104:7
**definition** 95:3
98:23
**delegate** 94:19,20
94:23 95:3
**delegated** 94:16
**deleted** 34:12,19
34:21 35:2,6 36:3
36:22 62:6 87:10
87:24 92:21,25
99:3 109:4
**deleting** 34:14
85:10
**deletion** 54:12
55:8 85:20 87:12
109:7
**deletions** 58:2
**deplorable** 53:22
**deponent** 122:5
**deposition** 1:15
4:3 5:7 116:19
118:10 120:10
122:4
**depressed** 65:13
73:12

**describe** 25:14,19
26:16 53:19 105:7
106:13
**described** 38:13
52:5,11,19 53:5,22
53:23 56:21 82:18
**describing** 53:12
54:4 70:11
**description** 26:5
62:4,10 109:8
118:6 121:7
**descriptions** 62:7
**detail** 26:21 28:3
**details** 37:17
**determine** 36:12
**dicey** 56:16
**difference** 115:22
**different** 38:25
84:6 91:13 101:7
**difficult** 46:15
61:8
**difficulties** 5:15
**diffuse** 54:16
**dinner** 30:17 47:6
**direct** 25:10 46:10
84:25 87:18
**directed** 95:16
**directing** 42:9
85:14
**direction** 71:2
85:18
**directly** 44:5 83:4
**disclaimer** 9:2,3,5
58:11 65:17 88:19
89:6,18 93:21
**disclaimers** 58:5
88:5,24 90:3
**disclose** 108:22
**disclosure** 63:25
**discuss** 30:18
62:18 80:20

[discussed - effect]                                                        Page 6

discussed  6:16
11:6,8,15,17 12:11
12:13 26:13 30:20
37:22 38:10 44:18
44:22 47:21 58:6
60:7 109:18 117:8
discussing  60:5
70:14
discussion  18:19
distancing  4:6
distribute  45:6
district  1:2,3
dms  101:16
doc  54:11 55:7
document  7:17,25
8:5,14,25 9:5
10:13,19 12:18,20
13:17,20,22 14:7
14:17 15:14,20
16:9 18:4,9 19:3,6
19:9,15,20,22,23
19:24 20:3,8,11,17
20:23 21:2 22:13
23:21 24:14 25:9
30:2,4,5 31:7,8,14
31:22 32:17 34:19
34:25 35:20,22
36:2,3,8,23 37:9
37:11,13,16,25
38:10,22 44:15
45:3,10,21 46:4
48:24 50:8,20
51:15,20 55:14
58:2 59:16 61:22
62:10,25 69:5,6
74:7,15 76:19,20
76:23,24 77:8,9,10
81:25 83:3 84:22
89:22 91:19 93:11
98:7 100:19
101:17 102:3,12

103:12 104:23
105:2,18,20
106:15,16 107:6
107:22,25 108:7
108:17 118:22
119:17 121:8,9,10
121:14,15,16,18
121:19
documents  48:12
48:17 49:6,9
62:16 72:9 85:21
90:22 103:4
104:16 117:6,16
118:11,14
doing  72:5 91:2
115:20
doneg00000053
51:16 121:15
doneg00000054
63:2 121:16
doneg00000183
103:13 121:18
doneg00000225
100:20 121:17
doneg00000226
100:21 121:17
doneg00000255
119:18 121:19
doneg00000318
119:19 121:20
donegan  1:9,15
2:9 4:1,11,24 5:1
5:13 6:1 7:1,9 8:1
8:4 9:1 10:1 11:1
11:3 12:1,21 13:1
14:1,4 15:1 16:1
16:22 17:1 18:1
18:14,23 19:1
20:1 21:1 22:1
23:1 24:1 25:1,2
26:1,12 27:1 28:1

29:1 30:1,22 31:1
31:16,18 32:1,2,6
32:11,19,25 33:1,3
33:7,16 34:1 35:1
35:3 36:1 37:1,20
38:1 39:1,16 40:1
40:17,24 41:1,24
42:1,18 43:1 44:1
45:1 46:1 47:1,18
48:1 49:1,14 50:1
51:1,7,9,18,25
52:1 53:1 54:1
55:1,17 56:1,8,17
57:1 58:1,18 59:1
60:1 61:1 62:1,21
62:21 63:1,4,8,15
64:1,3 65:1,10
66:1,2 67:1 68:1
69:1 70:1 71:1
72:1 73:1 74:1
75:1 76:1 77:1,13
78:1,23 79:1 80:1
80:9 81:1 82:1
83:1 84:1,4,5 85:1
85:3,18 86:1,12
87:1,16 88:1,2
89:1,5 90:1 91:1
91:14,23 92:1,9
93:1 94:1 95:1,8
96:1 97:1 98:1
99:1 100:1,11,12
100:24 101:1
102:1,25 103:1
104:1 105:1 106:1
107:1,3 108:1
109:1,3,14 110:1
110:11,22 111:1
111:10 112:1,12
112:22 113:1
114:1,7,10,24
115:1 116:1 117:1

117:10,18 118:1
118:15,17 119:1
120:8,16 121:4,11
122:3,5
donegan's  5:5
32:13 72:22 85:9
111:6 121:12
donegan's  32:20
dude  97:7 103:24
due  4:2
duly  4:17 123:7

                e

e  2:2,2,6,15 4:16
40:2 120:2,2
123:2,2
earlier  37:22 45:9
60:5,7 66:10
110:7 117:3
early  70:18
easier  6:23 16:21
68:10 69:21 83:20
easiest  8:20
eastern  1:3
easy  27:2
edit  9:25 10:11,17
17:16 18:10 20:4
39:23 54:13 55:8
65:14,15 70:23,24
71:22,23 84:24
98:13,15,23
edited  15:20 24:12
30:6,14 45:11
49:21 62:12 74:7
98:8
editing  102:3
edits  40:4,7,13
58:2
edward  1:19 123:4
123:21
effect  3:15

eight   28:21 29:8
either   7:12 76:7
  107:15 123:12
elaborate   108:25
electronic   85:11
elliot   5:16
elliott   1:5 7:16,21
  7:25 8:6 31:17,22
  31:25 32:3,9,18,25
  33:9 37:21 38:2
  38:25 39:3,21
  58:17 71:14 83:7
  91:10 92:13,17,19
  92:23 93:25 121:8
  121:9,10 122:3
elliott's   96:4,9,10
  96:12,15,18 97:3
  97:20
email   20:6,25 21:6
  21:13,15,19,22,23
  22:2,10 23:19
  24:2,19 25:13,16
  25:23,23 26:2,3,7
  26:16 27:6,9,19,20
  27:24 28:10,15,23
  38:6 43:3 44:23
  45:2,7 46:10
  49:16 52:2,19
  55:4,11 56:2,2,6
  56:22 61:23 62:5
  63:15,18 64:12,18
  64:19 66:7,12
  72:10 73:10,22
  74:3 78:6 83:12
  84:11,24 89:3
  91:9 92:14,14
  100:25 101:3,3,7
  101:10 104:3
  106:22 119:6
emailed   103:19

emails   56:5 67:22
  68:20 69:4,6,14
  70:21 71:19 72:4
  73:19,24 74:4
  77:16 78:10,11
  79:4 90:17 106:18
  107:5,14,17
  109:21 118:2
empathetic   70:21
empathy   69:25
  70:13,15 73:14
emphasize   21:9
employer   84:12
  117:11
encourage   91:14
encouraged   91:17
encouraging   92:12
engaged   15:7
english   22:5
enter   15:15 22:21
  116:20,24
entered   98:25
entering   37:23
entirely   16:13
  43:24
entitled   7:10
entries   8:12,15,17
  80:13 81:17,24
  82:3,17 95:10
  98:4,13,14,16,19
entry   78:19 82:9
  96:4 97:16
errata   122:2
esq   2:6,11,15
estimate   21:9
et   122:3
etcetera   22:22
  55:10
evening   30:13
event   58:22

ex   56:13
exact   20:18 21:7
  26:15 72:12 93:23
exactly   17:8 18:10
  42:8 57:2 101:25
examination   3:7
  3:14 4:20 121:3
examined   4:19
example   11:22
  23:15 27:25 53:18
  54:23 78:6 88:16
  90:16,18
excellent   6:7
exception   11:14
  24:16 37:21
exchange   55:18
  104:18
excuse   30:4
exercised   17:4
exhaustively
  84:18
exhibit   7:15,24
  31:20,21 32:10,12
  32:15 33:2 38:25
  51:11,14 62:24
  71:14 83:8 91:11
  93:25 100:18
  103:10,11 119:16
  121:8,9,10,11,12
  121:14,15,16,18
  121:19
exhibits   7:15
  32:16 117:7 121:6
  121:7
exist   87:9
existed   18:5
existence   22:18
  30:18 43:6 61:22
expect   26:15
expectation
  108:21

expecting   26:20
experienced   70:3
  73:15
experiences   91:20
  106:13 108:18
explain   34:11 54:5
  69:20 72:16
  101:21 114:9
  115:21 116:4
explaining   48:3
  117:5
explanation   27:4
explicate   116:15
expressing   69:24
  69:25 102:5
  106:12
extension   67:22
extra   102:23

## f

f   123:2
face   114:17
facebook   31:13
  84:10 87:3 99:16
fact   4:11
fair   12:21 16:14
  27:21 45:5 49:13
  53:10,10 61:13
  80:17 108:8 109:3
  110:3
fairly   82:6
far   5:25 47:9,13
  102:6
farrow   60:24
fashion   23:18
  44:21 118:3
fear   115:19
federal   1:17 3:2
feedback   90:20
feel   5:22 14:5
  104:2,7 107:21

feeling  86:2
feels  63:19 64:5
felt  101:19 108:20
fifth  2:10
figure  95:22
filing  3:7
final  116:21
find  33:24
fine  40:10 73:6
  79:9 98:10 110:20
finish  6:20,22
  26:10
finished  103:17
fink  2:9,15,18
first  4:17 5:19
  7:15 11:23 12:3
  12:24 13:6,14
  14:2 22:3,12,24
  28:8 29:4,12
  32:22 39:13 51:25
  53:11 58:5 61:24
  66:2 69:13 73:9
  85:24 94:25
  100:24 101:2,3,9
  105:22,24 106:3
  110:20 113:21
  121:13
fitness  16:25
fitzgerald  2:15
five  72:25
fix  98:17
floor  2:5
follow  65:17 70:25
  71:24
following  35:25
  36:3 39:8
follows  4:19
force  3:15
form  3:10 10:7
  14:4 15:3,18 18:2
  23:5,8 24:23

25:18 27:23 28:18
  34:2 35:24 44:25
  46:20 47:23 52:16
  53:9 66:20 67:19
  68:6,24 71:7
  75:21 76:15 77:22
  80:15 95:5 97:23
  98:22 99:21 100:7
  102:17 107:19
  114:20
formatting  9:21
former  37:12
  78:18 84:12
  117:11
forms  83:15
forth  69:3 123:7
forwarded  73:18
  73:21 101:5
forwarding
  107:15,15
found  12:19
foundation  34:2
frame  61:10 77:11
frames  69:3
freak  9:8 65:20
  88:21 89:8
free  14:5
friend  30:16
friend's  30:15
  47:5
friends  9:8 21:19
  37:6,17 56:14
  65:21 88:22 89:9
  101:12
front  7:17 91:23
  93:24
fuck  52:6,21
full  4:22 63:24
fulton  17:3
further  3:9,13
  26:4 55:13,13

109:2 118:6
  123:11
future  26:24

**g**

g  4:16 40:2 83:12
  120:2
garbage  104:5
general  11:4 16:10
  27:14 43:6 46:18
  46:21,23 84:22
  85:5 86:12,15,21
  116:12
generalized  78:16
generally  33:5
getting  70:7
give  20:18 38:15
  51:18,21 65:22
  72:15,18 73:7
  81:12 83:22 88:23
  89:13 91:24
  112:20
given  89:14
  120:13 123:10
giving  48:8,20
  62:9 65:18 88:19
  89:6,18
gmail  10:2,12,18
  65:16 70:25 71:24
  101:4
go  5:25 28:3 37:16
  80:19 91:2 104:6
  104:13 105:5,6,10
  107:2 119:9
goal  113:20
  114:12,24 115:4,9
  115:15
goes  102:6
going  5:16 6:23
  7:11,15,22 8:21
  9:10 11:11 12:24
  13:6,14 24:24

25:20 42:2 70:6
  75:22 83:20 84:8
  85:25 86:3,6 93:3
  95:21 98:10 103:2
  105:8 109:20
good  5:13 16:15
  38:12 79:21,25
  94:18 103:3
google  7:10 8:14
  13:15 14:2,24
  15:14,24 16:2
  17:10,12 20:17
  34:19 48:9 49:18
  59:25 65:25 83:5
  84:7 92:13,25
  93:11 97:14 99:15
  102:4 112:10
government's  4:5
grain  9:7
granted  36:18
grasp  107:21
grateful  117:18
great  7:12 49:12
greatly  65:22
grind  56:13
ground  5:18
grounds  65:7
  87:21 95:5
group  27:24 37:15
  112:5,8
guess  31:3 43:15
  53:11 54:21 67:6
  68:10 69:10 75:6
  82:2 95:20 98:24
  99:2,4 102:8,25
  103:3,10 114:15
  119:12
guys  30:20 33:4
  41:12 72:23 79:20
  119:12

| h | | | |
|---|---|---|---|

**half** 24:6 27:3 35:8 46:15 49:11 72:11
**hand** 56:9 65:20 88:21 89:8 123:17
**handle** 64:21,23 70:16
**handy** 40:17 83:19
**hang** 40:20 105:17 113:9,14
**happened** 58:10 58:12 104:22
**happening** 77:5
**happy** 6:10,12 7:8 26:18 62:18
**harassment** 77:7 91:21 106:14 108:19 115:18
**hard** 14:13 61:5
**harvey** 58:21,21 59:5,9
**head's** 51:19
**headings** 11:22,25
**hear** 6:25 7:8 13:2 26:19,24 33:4,6 81:10
**heck** 110:8
**hecker** 2:9,15,18
**heights** 47:3,5,6
**held** 1:18 18:19
**help** 7:4 44:14 65:13,21 66:15 67:3,5 69:19 72:15,17,17 73:7,9 73:11,13 88:23
**helps** 104:6
**hereinbefore** 123:7
**hereto** 3:5
**hereunto** 123:16

**hey** 63:18 65:11 105:24
**hi** 101:4
**highlight** 93:6 95:9,18
**highlighted** 9:13 93:8,19 94:6 95:24 96:4
**highlighting** 39:17 39:18 93:15 94:15 94:21,24
**highlights** 10:14 10:21,23 37:24 38:21 95:25
**hit** 41:8
**home** 28:13,15 29:9 47:2,4,7
**hope** 103:21 104:2 104:6,9
**hour** 69:13 79:23 116:19
**hours** 14:10 34:13 109:5 111:21,22 119:13
**house** 16:24 30:15 47:5

| i | | | |
|---|---|---|---|

**i.e.** 54:15
**ian** 16:24
**idea** 13:19,22,23 14:8 15:5,24 16:9 46:14 58:23 59:4 59:5,15 60:17 61:21 76:12 93:20 116:12
**ideal** 23:5
**identification** 8:3 31:24 32:24 51:17 63:3 100:22 103:14 119:20

**identities** 21:14
**identity** 6:4 50:24 51:4
**idk** 103:20
**illuminate** 88:16
**image** 8:7,9 114:2
**imagine** 55:13 68:15 73:7
**imagining** 108:12
**immediately** 52:7 52:22 58:25 59:7 59:14,17,22 61:2 72:5,9 75:18
**implicate** 117:17
**important** 108:20
**inbox** 87:23
**incited** 91:18
**include** 31:9 93:20 98:24,25 99:2,4
**included** 27:5,9,13 54:24 89:20 109:7 117:7
**including** 15:25 38:20 85:12 109:6
**inclusion** 54:12,17 55:7
**independent** 48:18 49:6 82:8,16
**index** 121:2,6
**indicating** 113:13
**individual** 50:13 50:15,18 82:9 95:9,16,19 96:13 96:17 99:10 108:3 108:9
**individual's** 78:19
**individuals** 8:17 44:4,9,19 45:12,15 45:19,21,23 50:24 67:14 77:18 78:13 81:17,22 82:2,18

83:10 104:14 105:11 106:20 107:10,11 108:14 108:16
**industry** 113:24 116:16
**influx** 67:15
**inform** 58:5
**information** 6:16 9:14,17 10:3,5 11:20 15:6,15 16:4 37:23 38:20 43:14,23 44:5,10 44:14,20 45:24 46:3 48:4,10,21 49:18,22 50:2,7 51:2 57:17 65:19 77:17 80:10,11 81:19 83:4,6 84:15 88:7,10,21 89:2,8,22 90:5 91:16 92:12 96:8 96:15,17,21,24 97:2,3,9,10,20 98:25 99:3,8,17,24 106:10,21 108:2,9 108:15,22
**initial** 14:15,16,23 21:19,22,24 23:12 23:18 25:13 26:7 27:6,10 28:10,15 40:5 43:3 61:23 66:12 69:10 74:3
**initially** 22:11 58:11
**input** 9:14,16 10:2 10:4,9 11:24 38:9 43:14 44:14,20 45:4,24 46:3 48:4 48:10,21 57:16,19 78:5,14 89:2 90:5

[input - line]                                                                Page 10

91:13,15 96:8,11
96:14,17 97:8,21
98:9 102:7 106:9
108:14,15,18
**inputted**   12:4 44:5
50:20 97:4,12
106:21
**inputting**   54:25
80:10,11 81:18
84:15 95:15
102:15
**inquired**   88:9
**inquiring**   68:21
69:15
**inquiry**   55:12
78:25 85:9
**instagram**   31:13
84:10 99:16
**instance**   52:5,20
74:17
**institutional**   54:15
54:18
**instruct**   11:11
**instruction**   10:2
26:5 55:13 70:22
71:3,4,9,16 93:17
**instructions**   48:9
48:20 88:4 90:3
**intend**   6:3
**interchange**   55:19
55:23
**interested**   123:14
**interface**   20:18
**interrogatories**
32:14,23 83:19
121:14
**interrupt**   109:15
**interrupted**   13:11
26:9
**interrupting**   35:15

**intolerable**   113:24
**invited**   30:16
42:22 91:18
**involved**   36:15
**involving**   78:25
**issue**   11:9 54:10
117:17
**it'll**   110:10
**item**   90:9 97:6

**j**

**jane**   1:9
**january**   1:12
67:24 119:5
120:10 122:4
123:17
**job**   17:5 52:8,23
104:3
**jody**   60:23
**joshua**   2:11 11:15
11:16 12:13 23:4
29:20 40:24 42:11
46:24 61:12 72:21
85:16,23 109:12
109:15 117:21
**judge**   11:10 78:23
85:8 87:12
**judgment**   36:15
**jump**   55:5
**jumping**   69:2

**k**

**k**   120:2
**kantor**   60:23
**kaplan**   2:9,15,18
**keep**   46:13 85:6
86:18,22,24,25
87:4
**kind**   29:23 31:12
**knew**   36:21 44:13
45:16 50:23

**know**   5:15 6:6,12
6:13,22 7:7 8:7
9:22 10:20,22,23
11:2 12:6,17,18
13:13 15:4,22
17:8 21:11 29:8
30:12 33:3,18
34:5,10 35:24
36:17,19 37:14,15
38:5,9 39:4 41:10
42:25 43:3,16,22
44:8,13,15,16
48:16,22 50:6,17
53:4 54:8,10 55:2
56:25 57:8,9,14
58:7,8,12,20,23
59:20 60:9,21
63:6 64:3,10,24
68:7 69:9,16,18
71:12 75:4,14
76:2,2,8 77:4
79:13,14 80:12
81:16 83:2 86:19
87:2 92:16 95:3
95:24 96:3,6,8,10
96:13,16 97:4,8,10
97:12,15 98:2
100:10,15 101:6
102:20,24 103:16
103:20 107:4
110:18 112:6,7,11
112:15 113:15
114:7,16 116:9
119:5
**knowing**   61:9
**knowledge**   87:22

**l**

**l**   120:2
**lack**   34:2
**language**   17:19
39:7,12 48:12

62:17 71:12,13
90:8,13 91:9,10,13
93:23 112:18
**large**   67:21
**law**   2:17
**lawyer**   101:12
**ldh**   1:8
**leto**   1:19 7:21
31:18 32:7 41:18
51:9 62:22 111:3
112:21 123:4,21
**letters**   39:25
**lewis**   2:6 4:15,21
5:9,12 7:19 11:8
11:13 18:17,21
23:4,10 24:25
29:19 31:15 32:3
32:5 34:4 40:23
41:10,17 42:10,15
46:22 47:14 48:2
51:6 62:19 63:9
63:13 65:9 72:21
73:6 75:11 79:12
79:25 80:7 81:3
85:12,22,24 86:9
87:7,14,25 89:11
95:7 100:9 103:15
109:12 110:3,6
111:2 113:9,14
114:3,6,21,23
116:20,22 117:2,5
117:19 118:13,23
119:3 121:4
**libel**   101:14 106:8
**life**   16:10
**light**   70:6
**line**   86:20 87:2,3,4
89:3,5,11,13,13,14
89:14 111:23
112:13 116:9

[link - marked]                                                                                    Page 11

**link**  21:2,23 22:2
  23:2,17,20,25 24:4
  24:10,14,17,19,21
  25:5,9 26:4 27:6
  27:10,17 28:16
  29:5,13 39:9 45:3
  45:6,13,21 48:23
  63:21 65:14,17,24
  65:24 70:23 71:2
  71:22,25 73:17,19
  73:24 74:8,15
  76:9 77:16 78:7
  79:5 103:19
  107:16 112:2
**list**  7:12 9:3 12:14
  12:16,25 13:7
  15:9 18:24 21:25
  22:18 23:2,11
  25:6,15 27:23
  28:8 29:15,17,21
  30:9,10,23,23 31:4
  31:5 34:12 39:17
  39:19 40:5,8
  42:23 43:7,15
  44:6,21 47:10,12
  47:19 48:5,21
  54:18 55:2,24
  56:19 57:5,17,21
  58:23 59:2,4,5,19
  59:21,24 60:11,11
  60:15,17,18 61:15
  61:21 62:4,7
  63:17,22 64:8,14
  64:15,20,23,25
  66:3,6,17,22 67:3
  67:8,11,13 68:3,21
  69:11,15 73:25
  74:5 75:3,7,18
  76:8,10,11,25 77:2
  77:14,16,18 78:5,7
  78:11,14,20,21

88:7,10 89:16
  90:6 91:16 92:17
  92:20 93:7 95:15
  95:21 98:5 99:18
  99:24 100:3,4
  102:7,8,15 104:14
  106:10,20,20,21
  107:13,15,16,17
  108:3,4,10,16
  109:5 111:25
  112:2,4,8 117:7
**listed**  107:14
  108:4
**listing**  118:5
**little**  7:5 8:23
  19:17 38:25 42:24
  71:9 86:2 108:25
  109:11
**live**  14:25 15:10
  29:8 97:14 98:8
**living**  28:21
**llp**  2:4,9,15,18
**ln**  122:8
**log**  65:16 70:25
  71:24
**logged**  102:4
**logging**  9:25 10:11
  10:17
**long**  14:16 46:7
  84:17 86:13,16,18
  86:22
**longer**  37:10 53:13
  60:4
**look**  7:16 37:20
  41:25 49:4 62:20
  63:5,23 64:2
  100:11 102:25
**looking**  6:15 7:14
  16:4 31:19 32:6
  40:21,25 104:8
  114:7

**looks**  54:7
**lose**  75:25
**lost**  84:5
**lot**  52:4,19 53:4,6
  53:11 66:17,22
  67:2,4 69:14
**louder**  7:7
**loudly**  7:5
**love**  63:22

**m**

**m**  4:1,16 5:1 6:1
  7:1 8:1 9:1 10:1
  11:1 12:1 13:1
  14:1 15:1 16:1
  17:1 18:1 19:1
  20:1 21:1 22:1
  23:1 24:1 25:1
  26:1 27:1 28:1
  29:1 30:1 31:1
  32:1 33:1 34:1
  35:1 36:1 37:1
  38:1 39:1 40:1
  41:1 42:1 43:1
  44:1 45:1 46:1
  47:1 48:1 49:1
  50:1 51:1 52:1
  53:1 54:1 55:1
  56:1 57:1 58:1
  59:1 60:1 61:1
  62:1 63:1 64:1
  65:1 66:1 67:1
  68:1 69:1 70:1
  71:1 72:1 73:1
  74:1 75:1 76:1
  77:1 78:1 79:1
  80:1 81:1 82:1
  83:1 84:1 85:1
  86:1 87:1 88:1
  89:1 90:1 91:1
  92:1 93:1 94:1
  95:1 96:1 97:1

98:1 99:1 100:1
  101:1 102:1 103:1
  104:1 105:1 106:1
  107:1 108:1 109:1
  110:1 111:1 112:1
  113:1 114:1 115:1
  116:1 117:1 118:1
  119:1 120:2
**ma'am**  7:17 8:13
  9:3,15 10:3,9 16:7
  19:11 20:15 21:16
  22:14 28:24 34:6
  34:8 38:16 40:2
  40:14,23 46:6
  52:24 54:2 59:12
  62:14 64:9 66:9
  74:10 92:7 93:10
  93:12 112:20,24
**magazine**  17:6
**mailmen**  37:18
**majority**  7:13
**making**  13:16
  17:18 18:24,25
  19:3 31:11 58:2
  59:2 78:12 95:18
  99:14,17 106:19
  107:16 110:21
**man**  9:8 10:14,19
  65:21 88:22 89:9
**manipulate**  98:18
**manner**  24:18
  48:4
**manuscript**
  112:13 115:24
**mark**  31:19 32:8
  51:10 62:23
  103:10
**marked**  7:22 8:2
  31:23 32:23 33:2
  51:16 63:2 100:21
  103:13 119:19

**marriage** 123:12
**martha** 2:15
**matter** 109:10
  116:21 117:9
  123:15
**matz** 2:11 4:14 5:4
  5:11 10:6 11:7
  14:3 15:2,17
  16:17 17:25 23:7
  24:22 25:17 26:13
  28:17 29:6,16
  31:25 32:4 33:5
  33:25 37:22 41:4
  42:7,14 43:19
  44:11,24 46:19
  47:22 50:21 52:15
  53:8 60:19 61:18
  63:7,10 65:5
  66:19 67:18 68:5
  68:23 71:6 73:4
  74:22 75:8,20
  76:14 77:21 78:22
  79:21 80:3,14,23
  82:11 85:7,17
  86:6,10 87:6,20
  95:4 97:22 98:21
  99:20 100:6
  106:23,25 107:18
  109:23 110:5,9
  113:6,12 114:3,19
  116:17,24 117:3
  118:7,21,24
  119:14
**mean** 13:23 15:11
  22:3 31:2 47:25
  55:2 67:4,5 68:7
  77:23,24 86:17
  97:18,24 98:15
  107:9 109:14
  114:10,11,14
  116:4,7

**means** 17:15 22:25
  24:3 83:13
**meant** 69:20
  101:22 102:20
  110:6 112:17
**mechanism** 91:13
**media** 7:11 8:9
  23:3,15 24:3
  31:10,12 38:7,22
  42:22 43:7 86:21
  113:19 115:3
  116:16
**medium** 57:3
**megan** 60:22
**memory** 20:16
  24:5,6 50:10
  67:25 72:6,12
  73:16 74:17 85:2
  92:24 109:11
**men** 7:11 8:9 9:11
  56:11 93:18 94:4
  95:10 104:5
  113:20 115:3
**men's** 38:8,23
  57:22
**mentioned** 1:18
  64:20 66:10
**mentioning** 64:22
  110:13
**message** 20:7 24:3
  25:11 27:24 33:8
  33:9,12,18,20 34:5
  34:9 46:10 83:12
  84:25
**messages** 87:15,19
  87:22
**microphone** 7:5
  8:23 47:15
**midday** 68:13
**middle** 83:23

**miltenberg** 2:4
**mind** 14:8 50:8
  58:9 62:17 63:24
  103:24
**mine** 39:6,12,15
  113:16
**minute** 63:11
  80:24
**minutes** 14:11
  39:23 41:6,8
  72:25 73:5 104:4
  110:9
**misconduct** 9:6
  11:24 12:3 39:14
**misogyny** 113:25
  116:15
**missed** 18:13
**mistakenly** 104:25
**misunderstood**
  111:16
**moira** 1:9,15 2:9
  4:11,24 32:18,20
  33:15,21 63:18
  101:4 120:8,16
  121:4,11,12 122:5
**moment** 7:2 18:18
  38:11,15 42:4
  51:21 70:6 81:12
  83:22 91:25
**moments** 104:8
**moria** 32:11 80:24
**morning** 12:13
  99:5 109:18 117:4
**mornings** 17:2
**move** 7:4 61:12
  79:18
**multiple** 9:12 71:4
  90:17 93:19 94:5
  95:11

**n**

**n** 2:2 4:16,16 40:2
  40:2 120:2,2
**nail** 61:6
**name** 4:22 10:12
  10:18 11:23,23
  12:2,3 21:12
  39:13,13 57:9
  96:23 122:3
**named** 53:24
  78:13
**names** 6:7,9 8:17
  10:15,21,23 33:19
  50:17 52:12 63:23
  81:22,24 96:14
**naming** 6:9
**natural** 41:9
**nature** 59:4
**nda** 109:21 117:11
  117:12
**necessarily** 59:17
  87:11
**need** 4:3 5:22
  20:16 65:14 73:12
  110:2
**nesenoff** 2:4
**network** 112:16
  112:17 113:22,23
  114:10,13 115:23
  115:24,25 116:3,3
  116:8,8,11
**never** 6:15 10:12
  10:13,18,19
  103:24
**new** 1:3,20 2:5,5
  2:10,10 4:18 5:3
  47:2 59:10,10
  60:23,25 120:4,22
  123:5
**nice** 56:15

**nicholas** 2:6
**nick** 42:7 63:8
**night** 33:22 34:23
  34:24
**nine** 83:21,23
**non** 101:13,22,24
  102:18 106:7,8
**nondisclosure**
  118:19
**noon** 18:12,14,16
  33:23 66:13
**nordstrom** 17:2
**notary** 1:19 3:15
  4:17 120:22
  122:25 123:4
**note** 54:11 55:6
  109:16,19
**noted** 29:19 41:14
  41:16 80:4,6
  106:4 119:21
**notes** 11:24 12:4
  39:14
**notify** 114:25
  115:5
**now's** 103:3
**number** 21:7
  28:19 67:21 70:20
  83:19
**numbers** 117:22
  118:5
**nvm** 103:24

**o**

**o** 4:16,16 40:2
  120:2
**oath** 120:10
**object** 65:6 87:21
  95:5
**objecting** 85:13
**objection** 10:6
  11:7 14:3 15:2,17
  16:17 17:25 18:2

23:7 24:22 25:17
28:17 29:6,16
33:25 43:19 44:12
44:24 46:19 47:22
50:21 52:15 53:8
53:9 60:19 61:18
66:19 67:18 68:5
68:23 71:6 74:22
75:8,20 76:14
77:21 80:14 82:11
85:7 87:7 97:22
98:21 99:20 100:6
106:23,25 107:18
114:19
**objections** 3:10
  32:21 121:13
**obviously** 7:9
  46:13
**occasions** 24:9
**occurred** 57:24
  105:3
**october** 17:13,24
  18:6,7,8 19:16
  30:13,23 33:11,21
  34:24 52:2 63:16
  66:4,13 67:11
  68:13 74:21 75:13
  76:21 77:11 89:4
  97:11,17,21 98:5
  98:14,19 99:18,25
  100:3,25 101:3
  103:18,23 104:3
  104:23 106:24
  107:5 112:4
**office** 47:3
**oh** 111:15 113:2,9
**okay** 7:19 8:10,16
  9:10,22 10:20
  11:3,13 12:5,21
  13:18,25 14:10,19
  15:8 16:23 17:23

18:17 20:20 21:4
21:18,22 22:17
23:17,24 24:16
25:2,12,22 26:3
27:21 28:7,14
29:3 30:22 31:9
33:6,16 34:11
36:4 37:20 38:17
39:16,20 40:4,13
42:5,17 44:2,17
45:18 46:13,22
48:25 49:5,13
50:12 51:6,24,25
53:10,15 55:17
56:7 57:4,15
58:18 62:2,19
63:14 64:12,17,19
65:4,9 69:2 71:11
72:7,14,23 73:5,17
74:18 77:13 84:3
84:5 85:3,22
86:10 87:14,25
90:2,15 91:22
92:8 93:17 95:7
95:14 100:23
104:10,17,21
105:4,15,19,20
106:16 109:24
110:3,15 112:12
112:20 113:14,17
116:25 118:9,24
**once** 105:21
**open** 101:14 106:7
**opened** 8:14
**opening** 14:17
**opportunity** 41:25
**oral** 29:25
**order** 1:18 4:5
  118:12
**original** 8:11
  101:13,22,24

106:7
**outcome** 123:15
**outside** 102:16
  111:20

**p**

**p** 2:2,2
**p.m.** 1:13 18:16
  41:14,16 52:3,19
  55:4 63:16 66:4,7
  67:10 69:5,24
  80:4,6 89:4
  119:21
**page** 7:16 33:19
  40:19 42:11 51:11
  62:20 80:20 81:4
  81:5,9,10,11 83:21
  83:23,24 92:3,6,6
  100:11 103:18
  112:22 113:2,2,5,6
  113:7,13,18
  117:22 121:3,7
**pages** 118:17
**paragraph** 44:3
  56:7,21 78:9
  80:21 81:7 82:19
  92:3,5,10 110:16
  110:22 111:12,17
  112:24,25 113:18
  114:5 116:13
**paragraphs** 42:2
  42:13 43:12 92:2
**pardon** 70:5
**part** 5:6 17:9,11
  18:14 80:25
  104:19 113:20
**partial** 46:8 72:13
  73:16 85:2
**particular** 42:3
  48:13 49:2 64:6
  77:8 91:3 92:3
  102:23 108:3,9

110:22 111:12,17
**particularly**
102:19
**parties**  3:5 4:6
15:15,21 17:16,19
17:22 18:4,9,25
19:3,7,10,16,21
20:4,9,12,14,24
24:12 29:22 30:6
30:15,24 31:5
40:9 43:13,14,16
43:17,21 45:12
47:20 48:5 49:17
49:21 50:5 55:24
57:6 59:2,25
60:15 61:16 62:13
66:4,6 67:13 69:8
69:12 73:20 74:4
74:8 75:4,19 77:3
78:5 80:10 81:24
82:4,10,21 84:14
84:24 88:3,5,6,9
89:15 90:5,21
98:8 100:5 108:15
123:13
**parts**  26:23
**party**  6:5 59:15
67:14 81:19,23
**pasted**  91:12
**pasting**  90:17,19
91:8
**pattern**  52:6,20
**pause**  86:7
**pending**  5:24
**people**  21:3,5,10
21:10,12,15,18
22:11,21 23:19
24:12,17,20 25:8
25:14,15,24 27:11
27:15,23 28:3,11
28:20,22 29:2,3

30:8 34:17 35:23
36:5,8,17,20,20,25
37:2,4,9,10,12
40:6 43:4,10
44:13 45:3,8 46:3
46:5,9 48:8,22
49:15,15 52:4,11
52:13,19 53:5,12
53:16,17,21,23
54:9 56:12,14
61:23 62:5 65:12
65:14,18 66:12,15
66:18,23 67:7,9,16
67:16 68:4,8,11,12
68:15,17,19,21
69:19 70:10,14,17
71:4 73:11,12
74:3,9 83:2 84:19
88:19 89:6,19
90:13 91:6 95:15
95:17 101:14
102:3,5,15 103:21
104:7 106:9
107:13 109:6
112:9 114:15
115:2,5
**people's**  99:2
**perfect**  62:2
**perfectly**  79:9
110:20
**performed**  80:13
81:18
**period**  14:16,21,22
35:21,25 53:7,13
59:23 60:4,4,6,16
61:6 75:17 76:7
85:5
**permitted**  37:3
**person**  29:11 30:7
33:12,17,20 51:5
53:20,24 54:7

55:15 57:9,10,12
64:8 89:21 90:8
94:14 96:22,23
97:4,12 102:7
104:25
**personal**  34:19
56:12 84:7,9,9,10
86:14 112:10
**personally**  64:2
**pertained**  76:8,23
**pertaining**  75:7
**pg**  122:8
**phenomenon**  77:6
**phone**  49:16,19
**phrase**  39:8
116:11
**physical**  9:12
93:18 94:5
**piece**  60:23,25
**place**  4:4 58:8
113:22 115:17
122:6
**placed**  115:3
**plaintiff**  1:6,16 2:4
**plaintiff's**  7:23,24
31:20,21 32:9,12
32:14,15,16 33:2
51:14 62:23,24
100:18 103:10,11
119:16 121:7,13
**plaintiff's**  32:22
**plan**  6:3 41:7
**planet**  16:25
**platform**  31:13
**platforms**  23:15
31:10
**play**  116:11
**please**  4:22 5:24
7:7 8:4,16 10:12
10:13,14,18,18,21
10:22 26:10 31:17

41:19 51:21 54:6
62:20,22 63:5
80:18 100:14
101:21 102:25
110:25 114:9,21
**plenty**  54:13 55:9
**plight**  70:2
**poet**  56:10,10,18
57:16,18,22,22
**poets**  57:13,24
**point**  5:20 6:13
11:11 15:13 16:15
20:25 29:12 34:13
34:23 35:9 38:8
38:13 39:3 41:9
50:6 66:16,21,25
67:8,12 70:19
79:24 90:16 99:25
103:6 111:17
112:5,7,18 113:24
117:25 119:7
**pointedly**  79:17
**poorly**  6:11
**populated**  77:15
**portion**  41:21
111:7
**portions**  12:14
**position**  92:16
101:18
**possible**  25:9 43:9
93:5 102:2 115:2
115:5,11
**post**  31:4 42:22,23
58:23 88:7 91:15
**posted**  14:25
15:10,11,25 17:10
17:12,15 60:11
69:10 75:6,12
76:11
**posting**  43:6 58:25
69:13 75:17

**[posts - really]**                                                          Page 15

| | | | |
|---|---|---|---|
| **posts** 31:7,12 | **protect** 56:14 | 34:21 36:7 37:8 | **r** |
| **potential** 106:12 | **protective** 118:12 | 37:25 38:18 40:7 | |
| **practice** 85:5,10 | **provide** 71:2,4 | 40:11 41:20 43:15 | **r** 2:2 4:16 123:2 |
| 86:13,15 90:25 | 88:8 | 43:23,24 45:20 | **raymond** 2:17 |
| 91:5 | **provided** 70:22 | 46:2 47:16 49:19 | **reach** 44:9 45:16 |
| **preceded** 58:22 | 73:14 74:16 84:12 | 51:3 52:25 53:2 | **reached** 24:13 |
| **precise** 13:24 | 88:6,25 90:4 | 53:11 54:20 59:7 | 44:4 45:12,24 |
| **precisely** 55:15 | **providing** 62:3 | 61:9 62:13 64:7 | 46:9 48:23 50:8 |
| **precluded** 87:13 | 90:19 | 65:7 66:5,23 | 50:13 52:13 70:10 |
| **predators** 56:15 | **public** 1:19 3:15 | 68:25 70:19 72:2 | 70:15 73:20,25 |
| **present** 2:14 | 4:18 5:6 31:7,11 | 74:6,11 75:23 | 83:4 84:19 89:16 |
| **pressured** 108:21 | 37:5 42:21,23 | 76:16,18,18,21 | 90:4 |
| **presume** 65:24 | 68:3 115:11 | 79:3,7,8,11 81:15 | **reaching** 43:17 |
| **pretty** 54:8 110:18 | 120:22 122:25 | 81:21 82:20,21,24 | 65:11 67:16 68:18 |
| 119:11 | 123:4 | 82:25 83:15,17 | 90:21 101:10 |
| **previously** 50:7,20 | **published** 59:10 | 84:3 85:15 86:3 | 105:25 |
| 50:23 58:6 93:14 | 60:24 67:20 | 89:10,17,20,23 | **read** 17:16 18:10 |
| 95:12 | **pull** 40:20 80:25 | 90:12 92:22 93:14 | 20:4 38:11 41:22 |
| **prior** 18:25 34:14 | 105:17 109:9 | 94:8,18,20,22 | 42:4 45:11 49:21 |
| 57:5 66:4,6 92:17 | **punishment** | 96:16 99:6,22 | 55:4,11,18,22 56:8 |
| 92:20 | 115:20 | 103:5,15 105:9,15 | 59:13,22,23 60:13 |
| **private** 33:16,22 | **purpose** 115:23 | 106:5,17 107:4,6 | 60:21 61:2,3 |
| **pro** 52:8,8 | **purposes** 6:18 | 107:20 108:25 | 62:12 63:17 72:19 |
| **problem** 5:21 | 7:14,20 119:2 | 110:24 111:4,24 | 74:8 81:12 84:24 |
| 116:15 118:4 | **pursuant** 1:17 | 114:4,20 115:7,14 | 92:4 98:4,9,17 |
| **procedure** 1:17 | **push** 71:8 | 117:14 | 101:2 105:21 |
| **proceed** 79:23 | **put** 15:13,14 50:7 | **questions** 5:17 | 110:19 111:3,8 |
| **process** 36:15,15 | 58:5 61:11 84:8 | 6:11,13 16:16,21 | 112:19 120:9 |
| **produced** 48:11 | 91:20 101:18 | 26:25 42:16 51:20 | 122:8 |
| 62:15 | 109:22,24 117:20 | 78:24 85:19 | **reading** 39:13 |
| **production** 51:12 | 117:21 118:8 | 100:15 109:20 | 58:19 59:5,8 |
| 56:5 118:17 | | 117:15 | 72:22 83:25 |
| **professionally** | **q** | **quick** 72:25 | 109:13 |
| 64:2 | **qualifies** 54:10 | **quickly** 105:21 | **reads** 9:4,11 10:11 |
| **prohibited** 78:24 | **qualify** 71:16 | **quid** 52:8,8 | 33:15 39:23 89:5 |
| **proposal** 113:8 | **question** 3:11 5:24 | **quite** 13:2 28:19 | 122:8 |
| 116:5 | 6:22 8:22 13:13 | 37:7 60:21 61:9 | **real** 101:16 |
| **propose** 41:6 | 13:21 14:5 15:18 | 68:7 76:16 85:2 | **realization** 113:20 |
| **proposed** 116:6 | 15:21 16:18 19:4 | 105:3 107:20,21 | **really** 30:21 54:19 |
| **proposing** 116:14 | 19:25 23:9 24:25 | **quo** 52:8,8 | 65:12,23 66:15 |
| | 25:20 27:8,12 | | 70:5,19 72:16 |
| | 30:3 31:2 34:4,18 | | 73:8,10 88:23 |

102:18
**reason**  5:21 92:18
  92:22 122:8
**recall**  11:15 20:10
  21:7,12,14,20
  24:18 25:11,25
  27:12 28:2,7,9
  29:15 30:21 31:11
  35:7 36:9,11,14,16
  37:23 39:11,16,18
  40:15 46:17,23
  47:11,17,18 48:3
  49:11,25 50:12,15
  50:18 51:4 52:10
  53:14,15 54:3
  56:4 57:23 58:13
  60:2,25 61:7,20
  62:3,6,9,9 64:22
  67:11,12 68:12,16
  69:12,14 70:5,20
  72:5,9 73:18,23
  74:16,19 75:11,17
  76:6,17,19 77:7,8
  77:14,15,19,23
  78:10,20 82:5,21
  84:6,13 88:8
  89:25 90:2,14
  91:4,11 99:11,14
  99:16 106:21
  107:25
**recalled**  75:5
**recalls**  46:21
**receive**  68:20
**received**  25:7 66:7
  66:16,22,25 67:21
  69:2,5,6,14,22
  70:21 74:14
  104:19
**receiving**  55:25
  56:4

**recognize**  8:5 23:5
  39:7
**recognizing**  118:9
**recollection**  10:10
  11:4 12:10,15
  18:3 21:8 22:15
  24:8,20 26:23
  27:14,18 28:12
  31:6 35:16 46:8,9
  48:18 49:7 55:19
  55:20 58:13,24
  61:14 64:13,20
  66:11 82:8,17
  84:21 90:25 92:11
  93:15 106:18
**reconvene**  79:22
**record**  4:23 5:7
  18:18,20,22 39:22
  41:13,18,22 56:8
  63:18 80:8 84:9
  92:10 109:19,22
  109:25 111:8
  113:19 116:21,25
  117:22 118:3,8
  119:8,15 120:12
  120:13 123:10
**rectangle**  39:24
**red**  9:13,20 93:19
  94:6,21,24
**redacted**  33:13
  52:20 53:24 56:9
  57:8,10 63:21
  101:5 105:24
**refer**  7:11 17:15
  17:17 71:17,17
  102:10,10 110:12
  111:11 112:15
  116:2
**reference**  78:19
  107:10 110:20,21

**referenced**  73:9
**referred**  38:23
  60:14 88:17 99:9
**referring**  11:19,19
  15:12 22:19 37:8
  49:3 51:13 52:17
  52:18 58:16 59:8
  60:6 61:7 64:4,6,8
  64:11 69:18 70:4
  71:20 72:17 73:13
  74:25 76:4 78:15
  81:5 83:21 87:5
  90:23 91:3 93:22
  93:24 98:2 102:2
  102:14 106:9
  110:16 111:6
  112:19 116:6
**refers**  73:8
**reflects**  64:18
**refresh**  55:18,20
  64:12,19 67:25
  72:6 74:17 109:10
**refreshed**  20:17
**regard**  47:10,12
  47:19 116:23
**regarding**  15:9
  20:2 31:7 32:25
  47:9 66:14 67:8
  67:10,22,23 69:24
  80:9 92:2 108:6
**register**  65:6
**related**  123:11
**relating**  117:15
**relevance**  74:23
**remain**  87:23
**remember**  12:23
  13:5,10,16 14:14
  14:20 15:4,8 16:8
  19:12 20:19,20
  21:4 25:7 26:14
  26:15,21 27:2,5,8

37:19 46:12,16
  48:8 49:7 55:23
  55:25 56:17,20
  57:4 67:14 83:6,9
  83:13 84:18 90:16
  91:8 98:10
**remind**  41:19
  78:22
**reminding**  63:20
**remotely**  4:4
**remove**  10:14,21
  10:23 50:2,9,19
  99:7,8
**removed**  36:22
  112:10
**repeat**  7:8 8:22
  13:3,11 19:18
  47:15
**rephrase**  6:10,12
  25:20 43:25 44:2
  75:23 80:18 82:14
  86:3 93:4
**reporter**  4:2,7
  6:23,24 7:20
  41:23 111:9
**represented**  83:7
  116:13
**request**  50:9,11
  55:12 80:11 81:20
  99:2,4 108:8
**requested**  41:21
  49:22 74:9 81:24
  89:22 99:10 111:7
**requesting**  24:17
  25:8
**requests**  24:13,15
  25:10 45:14 48:24
  74:15 90:9
**reserved**  3:11
**residing**  16:24

| | | | |
|---|---|---|---|
| **respectfully** 48:16 | **reviewed** 80:22 | **schedule** 5:25 | 88:14 89:21 90:8 |
| **respective** 3:6 | **reviewing** 51:19 | **screen** 32:5 33:23 | 90:12 103:20 |
| **responded** 74:2 | 98:19 | 38:6,7 | 104:23 111:25 |
| 91:5 | **right** 35:10,13 | **sealing** 3:7 | 112:2 |
| **response** 32:13 | 49:24 56:3 59:5 | **second** 39:9 52:18 | **sentence** 39:9,21 |
| 43:10 65:10 83:19 | 61:11,11 71:15 | 53:25 56:7,21 | 52:2,18 53:25 |
| 88:13 89:21 | 83:18,18 97:19 | 65:20 88:21 89:8 | 71:10,18,18,20 |
| 103:22 | 99:12 105:8 | 106:3 113:10 | 72:3,10,15 73:9 |
| **responses** 32:21 | 106:10 116:22 | **seconds** 86:8 | 89:18,19,20 |
| 88:9 90:20 121:13 | 117:20 118:13 | **sections** 11:6 | 100:25 101:10 |
| **responsibility** | **ronan** 60:24 | **see** 9:7 40:2 49:18 | 105:22,24 106:4 |
| 94:17,19,21,24 | **room** 28:22 29:2 | 65:20 71:9 72:8 | 106:11 |
| **responsible** 94:14 | **roommates** 28:21 | 83:5 84:5 88:22 | **sentences** 26:15 |
| **restate** 23:8 24:25 | 29:9 | 89:9 102:11 105:4 | **sentiments** 70:10 |
| 38:17 110:24 | **row** 8:25 9:4,11,17 | 111:15,16 | 70:12 |
| 114:22 | 9:24 11:15,16,22 | **seeing** 77:7 | **separate** 117:9 |
| **restricted** 34:15 | 12:2,11,13 37:21 | **seen** 61:25 | **sequence** 20:18 |
| 34:16,20,25 35:5 | 38:24 39:2,5,10,12 | **selected** 112:5 | **set** 32:22 121:13 |
| 35:18,22 36:6,9,13 | 58:6,16 71:13 | **selections** 95:10 | 123:7,16 |
| 36:18,20,21,25 | 78:20 91:10 93:25 | **send** 23:11,13,14 | **seventh** 2:5 |
| 37:3,4 111:19 | 94:3 96:9,10,12,18 | 23:20 28:23 31:3 | **sexist** 114:2 |
| 112:5,8 | 97:3,6,13,20 99:4 | 33:24 42:21 71:18 | **sexual** 9:12 70:3,3 |
| **restricting** 109:6 | **rows** 39:17,19 | 72:3 74:8 76:9,9 | 73:15 77:6,6 |
| **restriction** 111:21 | 93:9,15 94:21 | 77:16 107:5 | 91:20,21 93:18 |
| **result** 57:17 | 96:15 | **sender** 64:4 68:20 | 94:5 106:14,14 |
| **resulted** 43:10 | **ruled** 85:8 | 68:21 74:19 76:3 | 108:18,19 115:18 |
| **retain** 86:13,16,17 | **rules** 1:17 5:18 | 76:3 | 115:19 |
| **retaining** 85:10,13 | **rumors** 9:6 65:19 | **sending** 22:23 | **shaped** 113:25 |
| 85:15 | 88:20 89:7 | 56:2 77:9,19 | **share** 10:13,19 |
| **retaliation** 106:12 | **rush** 67:16 68:4,8 | 104:25 106:22 | **shared** 16:24 |
| 115:19 | | **sense** 53:3 | 63:22 |
| **retention** 85:20 | **s** | **sensitive** 108:22 | **sheet** 101:15 122:2 |
| **retribution** 115:20 | **s** 2:2 | **sent** 20:25 21:5,13 | **shit** 104:9 |
| **return** 86:4 | **safe** 66:2 | 21:15,18,23,24 | **shitstorm** 104:10 |
| **returned** 47:7 | **sake** 5:4 | 22:2,11 23:2,25 | **shitty** 7:11 8:9 |
| **reveal** 6:4 | **salt** 9:7 | 25:13 27:16 28:9 | 38:7,22 56:13 |
| **revealing** 86:20 | **saw** 63:19 64:4 | 28:15 33:12,17,20 | 113:19 115:3 |
| **review** 33:8 38:15 | 74:19 119:10 | 43:3 44:23 61:22 | **short** 35:17,21,25 |
| 51:21 83:22 97:16 | **saying** 78:8 111:15 | 62:4 64:8 66:11 | 41:7 110:18 |
| 97:18,20,24 | 111:18 | 74:20 75:5 76:7 | **shortly** 34:25 |
| 100:14 | **says** 39:24 92:11 | 78:11 79:3,4 | 60:10 |
| | 113:10,16 | | |

**[shot - story]**                                                      Page 18

shot  32:5 33:23
  38:6,7
shower  17:4
shut  101:20
sidel  2:17
sign  65:23
signal  84:10
signature  122:22
  123:20
signed  3:14,16
  98:5 101:4 120:18
significant  26:13
similar  56:10
  57:13 68:4 71:13
  87:15 91:9 105:2
simply  14:14
single  26:21,22
  84:18 93:6
sit  61:16 70:8
sjb  1:8
sleaze  54:17
sleazes  54:14 55:9
sleaziness  54:16
sleep  47:8
small  34:15
smaller  112:8
snuck  97:7
social  4:5 23:3,15
  24:2 31:10,12
  42:22 43:7 86:21
solicitations  108:7
solicited  91:18
soliciting  92:11
  108:2
solidarity  69:25
  73:14
somebody  49:22
  102:8 104:23
soon  14:9
sorry  8:21 13:3,10
  13:23 14:6 16:3

18:13 19:18 22:4
  26:9 34:7 35:12
  36:24 38:12 44:20
  45:23 47:14 48:6
  50:4 54:20 57:19
  63:10 65:22 75:10
  75:25 81:9 84:4,6
  87:6 88:17 91:15
  92:14 93:6 97:19
  101:2,6,7 103:6,16
  105:9,19 110:7,11
  111:16 112:4
  113:10
sort  26:17 42:21
  58:24 67:15,16
  70:16,18 73:8
  88:4 90:18 94:14
  95:17
sought  88:25
sound  63:11
sounds  79:21,25
span  35:17
speak  6:20 7:5,6
  18:23 19:2,5,8
  22:4
speaking  30:4
specific  12:9 13:22
  34:16 36:14 42:25
  47:25 49:7 52:5
  52:13,20 53:12
  62:7,10,17 68:9
  71:19 74:16,24
  75:7 77:12 78:15
  78:19 79:6 82:8
  82:17 90:22 95:19
  96:24,25 97:3
  107:11,22,24
  109:6 117:25
specifically  8:18
  12:16 21:13 30:10
  40:15 43:18 45:16

46:17,21 50:16
  53:21 54:22 60:9
  68:18 75:3,5,15
  76:3 81:18 85:4
  91:7,11 102:20
  108:2
specifics  26:14
speculation  29:7
  34:3 43:20 44:12
  65:8
speed  32:7
spelling  98:18
spoke  99:5
spoken  47:12
spreadsheet  7:10
  7:13 8:9,12,19
  11:5 13:15 14:2
  14:24 15:14,24,25
  17:10,13 24:11
  26:4 30:13,18
  33:8,10 37:24
  38:8,23 39:9,21
  48:10 49:18 50:3
  51:2 65:15,25
  67:23 69:25 70:24
  71:23 73:18 79:2
  79:5,6 81:22 83:6
  84:15 92:13,24
  93:16 97:14
  101:11 102:17
  105:5,6,7,12 106:2
  113:21 114:25
  115:3,5,7,10,16
spreadsheets
  105:13
square  17:6 39:25
  47:4
ss  120:5
stamped  7:25
  31:22 32:17 51:15
  62:25 100:19

103:12 119:17
  121:8,9,10,14,15
  121:16,18,19
stand  85:25
standard  65:17
  88:4,5,18 89:5,18
  91:5
standpoint  12:23
start  8:19,25 11:21
  25:12 69:17,21
  86:10 89:12
starters  8:5
  103:17
starting  8:24
  16:15 41:2,4
  72:14 101:14
starts  33:10
state  1:20 4:18,22
  70:23 120:4,22
  123:5
stated  6:24 12:6
  45:9 93:14
statement  49:2
  107:12 116:4
statements  58:19
  79:2 90:20 96:12
  99:14 102:11
states  1:2 52:3
staying  104:10
steam  75:25
step  12:22
stephen  1:5 5:16
steps  15:23 20:21
  20:22 35:17
stipulate  4:7,13
stipulated  3:4,9,13
stipulations  3:2
stood  92:19
stopping  41:9
story  58:22

strangers 21:21
streamline 79:18
street 5:2 16:25
17:3,5
struggling 52:4
54:5,6,22,23 55:3
stuck 92:24
study 113:23
stuff 22:22 63:20
104:6
subject 63:17
64:24 104:4
118:11
subscribed 120:18
122:23
subsequent 23:25
substance 26:17
30:20 74:20
suggesting 52:6,7
52:21,22
suite 2:10
suits 101:14 106:8
sum 26:17 30:19
supplemental
109:9 110:12,17
111:5,11,13
supposed 116:10
sure 6:7 7:6 8:8,24
16:13 22:6 23:10
31:3 38:19 39:10
40:21 41:10 43:2
43:8,24 44:2
47:17 48:3 59:18
63:24 66:24 70:8
72:20 75:24 79:10
81:3 82:15 84:2
86:5 93:4,23
94:23 95:2 99:6
100:17 101:25
103:16 108:24
109:23 110:19

111:2 114:23
117:2
swear 4:8
sworn 3:16 4:17
122:23 123:7

t

t 120:2 123:2,2
take 4:3 5:20,22
9:6 12:22 17:4
41:7 57:19,20
63:5 79:15 80:23
98:17 112:14
118:24
taken 1:16 41:15
80:5 92:20 120:9
talk 7:10
talking 14:10,18
22:22 53:16 60:8
68:17 105:11,12
105:22 118:2
task 80:13,16
81:18
technical 5:14
tell 8:16,18 10:8
13:18,25 14:6,19
15:6 16:9,19 17:9
23:24 25:22 30:19
35:3 36:4,7 38:19
45:15 46:16 56:25
57:25 67:7,9 70:9
95:9 110:6,15
115:15
term 102:13,18
terms 16:10 88:12
testified 4:19
44:18 94:11 95:13
testify 55:15
118:15
testimony 120:9
120:12 121:2
123:6,10

text 9:18,19,20
10:24 12:2 20:6
24:3 27:24 38:9
38:24 39:2,4,5
55:13 58:15 83:12
93:25 94:4 95:13
113:8 116:14
texting 84:11
textual 102:23
thank 5:11,14 8:10
29:19 32:4 38:14
46:24 51:22 56:23
62:2 80:3 83:25
85:22 110:5
119:11
thanks 65:11
101:10 105:25
thea 2:17
things 17:8 26:17
32:8 79:18
think 16:14,14
51:10 54:11,13
55:5,6,8 66:5
73:12 79:13 88:18
92:17 101:6 103:6
112:3 116:10
thinking 54:9
55:16 58:14
102:22 107:23,24
third 6:5 15:15,20
17:16,19,22 18:4,9
18:25 19:3,7,10,16
19:21 20:4,8,12,14
20:24 24:12 29:22
30:6,14,24 31:5
40:8,19 43:13,14
43:16,17,20 45:11
47:20 48:5 49:17
49:21 50:5 55:24
57:5 59:2,15,25
60:15 61:16 62:12

66:3,6 67:13,14
69:8,11 73:19
74:4,8 75:4,19
77:2 78:5 80:10
81:19,23,23 82:3
82:10,21 84:14,24
88:3,4,6,9 89:15
90:5,20 98:8
100:4 108:14
109:17 112:24,25
113:18
thought 14:2,12
14:15,16,24 36:15
60:9 104:25
111:16 119:7
three 11:6 21:10
22:11 23:19 24:5
24:20 25:14,15,24
27:2,10,15,22
28:10 35:8 40:6
42:12 43:3 45:8
46:15 49:10 61:23
62:5 66:12 72:11
74:3 80:21 81:5,9
81:11 116:19
119:13
thursday 33:11,21
tight 119:11
time 1:18 3:11
7:13 14:16,21,22
15:7,23 16:11,12
16:23 17:7,8,14
18:5,8 22:12,24
24:10 25:3 26:14
28:6,20 29:14
31:10 34:14 35:4
35:5,17,21 36:2,21
37:16 39:19 41:2
41:5,14,16 45:10
45:10 46:7 49:20
50:3,4 53:7,13

58:10,15 59:23
60:3,3,12,14 61:6
61:10,24 62:4,11
65:3 66:7 67:8
69:3,7,10,23 74:6
75:17,18,23 76:7
76:12 77:11 80:4
80:6 83:3 84:17
84:22 85:5 86:20
87:2,3,3 97:14,15
99:3 103:3 108:20
111:23 119:10,12
119:21
**times**  24:2 59:10
60:23
**today**  37:22 61:17
63:21
**told**  6:8 56:9,18
57:12,15 95:17,19
103:24
**ton**  15:5
**tooth**  98:10
**top**  8:19,24 39:20
55:14 112:25
113:11
**topics**  118:18
**totally**  76:17
**touched**  65:12
66:15 73:10
**train**  17:5
**transcript**  117:24
118:10 120:9,11
122:2 123:9
**trauma**  101:19
**trial**  3:12
**trouble**  110:15
**true**  120:11,13
123:9
**try**  22:4
**trying**  13:24 22:6
43:2 53:3 54:21

70:16 79:14 95:22
**turn**  31:16 48:14
51:7,8 70:6 91:24
103:9
**turned**  112:13
**tweet**  30:23,25
42:21 63:19 64:4
64:5,7,10 74:18,19
75:15 76:3,19
**tweeted**  75:6
76:13 86:23 87:8
**tweets**  31:4 74:20
75:2,5,6,12,16
76:6,11,12 77:7,9
85:6 86:13,18,22
86:23 87:4,17
**twitter**  25:3,6,11
31:12 46:10 49:16
63:17,21 64:14,16
64:21,23,25 75:13
77:5 84:9,25 85:4
86:14,20 87:2,2,15
87:18,23 99:15
**two**  11:22 12:2
39:12 76:22 83:20
92:3,6
**twohey**  60:22
**type**  9:2 20:7
**typed**  12:17
**typical**  16:11,20
16:23

**u**

**ultimately**  55:16
**unaware**  104:24
**unclear**  16:3,4
25:21
**underneath**  33:10
**understand**  17:7
22:7,8,20 24:7
26:12 34:12 37:8
43:13 49:15 75:24

79:12 92:9,16
93:4 106:11
108:11 111:18,24
112:16 116:12
**understanding**
5:10 8:11 42:19
43:5 82:7,16
87:17 96:7 118:14
**understood**  60:10
**union**  17:6 47:3
**united**  1:2
**unusual**  29:10
**use**  17:19 101:15
101:17 102:13
**user**  20:17 50:6

**v**

**v**  122:3
**vague**  114:20
**vagueness**  29:17
47:23 95:6
**van**  5:2
**vendettas**  56:12
**verified**  4:10
**version**  38:22
82:24
**versus**  102:16
115:23 116:8
**victims**  70:15
**videoconference**
2:7,12,16,18 4:9
122:6
**viewed**  30:6,14
98:7
**viewing**  98:12
**violations**  101:16
**violence**  9:12 70:3
73:15 77:6 91:20
93:18 94:5 95:11
106:14 108:19
**violent**  115:20

**virtual**  4:9 122:6
**virtually**  1:19
**voracity**  78:25

**w**

**w**  120:2
**waived**  3:8
**walk**  47:4,5
**walked**  30:15
**want**  6:6,13 12:12
15:22 21:8,11
33:18 40:21 43:8
50:16 55:2 57:9
59:18 64:2 65:12
65:15 70:24 71:3
71:23 73:11 75:24
79:10 93:23 95:2
110:19 112:14
113:19 114:17
**wanted**  26:11 44:5
45:21 46:3 50:7
50:19 66:15 69:19
83:5 101:17
110:21 111:17
112:16 115:17
116:20
**wanting**  67:2
**wants**  101:5
**warn**  115:18
**warnings**  88:5
**warrant**  54:17
**washed**  86:21
**way**  6:4 19:15
23:12 45:7 54:19
58:4 71:17 83:20
88:16 89:19 91:5
98:16,18 99:19,24
105:7 108:13
123:14
**we've**  12:11 44:17
44:22 47:12,21

| | | **z** |
|---|---|---|

**wednesday** 63:16
**weight** 56:12
**weinstein** 58:21,22 59:6
**weinstein's** 59:9
**went** 14:25 15:10 16:25 47:3,8 63:20 70:18 111:23 112:3
**whereof** 123:16
**whisper** 113:22 115:23 116:3,8,11
**window** 60:3 85:25
**wished** 49:17
**withdrawn** 12:8 28:8 42:20 45:6 69:16 77:15 80:12 93:5 95:23
**witness** 4:8,10,16 121:3 123:6,10,16
**witnessing** 28:23
**woke** 47:2
**women** 9:12 56:10 57:16,18,22 70:2 73:14 91:19 93:19 94:5 95:11 106:13 108:18,20 115:17
**women's** 56:19
**wondering** 16:5 49:3 78:2
**word** 13:12 26:22 55:5 71:8 118:25
**worded** 6:11
**words** 11:21 12:10 12:15,18,19 37:24 38:20 55:5 98:17 115:16
**work** 47:3 79:19
**working** 39:24,25 111:23

**works** 41:12 73:2
**world** 104:11
**worth** 54:11 55:6
**wow** 103:22,23
**write** 9:9 65:11 94:11 113:19 115:24 116:14
**writers** 54:15
**writes** 54:7
**writing** 56:5
**written** 24:11 116:9
**wrote** 10:16 25:23 25:25 26:16,22 34:5,10 58:11,15 72:15 78:9 94:9 95:13

**x**

**x** 1:4,11

**y**

**yeah** 7:3 24:24 43:22 47:24 52:3 55:3 75:10 113:6
**years** 24:6 27:3 35:8 46:15 49:11 56:11 63:20 72:11
**yell** 112:16,17
**yelled** 114:18
**yelling** 113:23 114:10,13,14,15 115:22,25 116:3,7
**yellow** 9:19
**yesterday** 33:24
**york** 1:3,20 2:5,5 2:10,10 4:18 5:3 47:2 59:10 60:23 120:4,22 123:5
**yorker** 59:11 60:25

**zoom** 1:15 2:7,12 2:16,18 4:9 122:6

Federal Rules of Civil Procedure

Rule 30


(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the
deponent or a party before the deposition is
completed, the deponent must be allowed 30 days
after being notified by the officer that the
transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to
sign a statement listing the changes and the
reasons for making them.

(2) Changes Indicated in the Officer's Certificate.
The officer must note in the certificate prescribed
by Rule 30(f)(1) whether a review was requested
and, if so, must attach any changes the deponent
makes during the 30-day period.



DISCLAIMER:  THE FOREGOING FEDERAL PROCEDURE RULES
ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY.
THE ABOVE RULES ARE CURRENT AS OF APRIL 1,
2019.  PLEASE REFER TO THE APPLICABLE FEDERAL RULES
OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

CONFIDENTIAL

VERITEXT LEGAL SOLUTIONS
COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the
foregoing transcript is a true, correct and complete
transcript of the colloquies, questions and answers
as submitted by the court reporter. Veritext Legal
Solutions further represents that the attached
exhibits, if any, are true, correct and complete
documents as submitted by the court reporter and/or
attorneys in relation to this deposition and that
the documents were processed in accordance with
our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining
the confidentiality of client and witness information,
in accordance with the regulations promulgated under
the Health Insurance Portability and Accountability
Act (HIPAA), as amended with respect to protected
health information and the Gramm-Leach-Bliley Act, as
amended, with respect to Personally Identifiable
Information (PII). Physical transcripts and exhibits
are managed under strict facility and personnel access
controls. Electronic files of documents are stored
in encrypted form and are transmitted in an encrypted
fashion to authenticated parties who are permitted to
access the material. Our data is hosted in a Tier 4
SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and
State regulations with respect to the provision of
court reporting services, and maintains its neutrality
and independence regardless of relationship or the
financial outcome of any litigation. Veritext requires
adherence to the foregoing professional and ethical
standards from all of its subcontractors in their
independent contractor agreements.

Inquiries about Veritext Legal Solutions'
confidentiality and security policies and practices
should be directed to Veritext's Client Services
Associates indicated on the cover of this document or
at www.veritext.com.

CONFIDENTIAL