# EXHIBIT E

Message

**From:** Moira Donegan ▮
on behalf of Moira Donegan ▮
**Sent:** 10/11/2017 12:32:48 PM
**To:** ▮
**Subject:** Re: your list via twitter

Hey ▮

Thanks for reaching out—I've been really touched by how much people want to help with this, and depressed by how many people need it. Anyone with a link can edit the spreadsheet—if you want to edit anonymously, just log out of your gmail and then follow the link. The standard disclaimer I'm giving people is that these are all accusations and rumors, that some of the information is second hand, and to not freak out if you see a man you're friends with on there. Any help you can give is really appreciated!

<3
Moira

The link is here:
https://docs.google.com/spreadsheets/d/1hMsJfGOtoyb8UueM1q-sT3LhUBjIk_fvE7x4njy0mTc/edit?ts=59dd8e21#gid=0


On Wed, Oct 11, 2017 at 12:28 PM, Moira Donegan ▮ wrote:

> ---------- Forwarded message ----------
> From: ▮
> Date: Wed, Oct 11, 2017 at 12:27 PM
> Subject: your list via twitter
> To: ▮
>
> Hey Moira,
>
> I saw your tweet, and it gave me all the feels (reminding me of some stuff I went through years ago, a bit today in ▮) https://twitter.com/MegaMoira/status/917861400579633154
>
> I'd love to be shared on the list so I'm aware of who I should look out for (I have a few names in mind, but I'm sure they're on there). Full disclosure ▮, but this is something I personally want to look at, not professionally.

CONFIDENTIAL

DONEG00000054