# EXHIBIT F

Message

_____

| | |
|---|---|
| **From:** on behalf of | ████████████████████████████████████████ |
| **Sent:** | 10/11/2017 3:52:08 PM |
| **To:** | Moira Donegan ███████████████████ |
| **Subject:** | Re: |

Thank you!!!

On Wed, Oct 11, 2017 at 3:49 PM, Moira Donegan ████████████████████ wrote:
  Oh I'm sorry I forgot you! Added now.

On Wed, Oct 11, 2017 at 3:47 PM, ████████████████████████████████ wrote:
  Literally "kicking ass and taking names"!!!! Can I join the media men Google doc? Okay if you want to keep
  it limited.

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER