# EXHIBIT G

| Message | |
|---|---|
| **From:** | Moira Donegan |
| on behalf of | Moira Donegan |
| **Sent:** | 10/12/2017 12:35:16 AM |
| **To:** | |
| **Subject:** | Re: I hope you are ok! |

Thanks for reaching out ▓▓▓▓ Your support means a lot—I really trust you on this stuff. I got advice from some lawyers that I and the other original non-anonymous commenters were open to libel suits, and one woman DM'ed me saying that her husband was on the sheet and she wasn't sure about her marriage anymore. People were starting to use the sheet for bad dates and creepy DMs, which are real violations but also not what I wanted to use the document for, which out me in a position of arbitrating whose trauma "counted" and whose didn't—which just felt so awful.

I guess I chickened out. I should have, but I honestly didn't, know that it would blow up the way it did. I think people have been bottling this stuff up for so long. I wish I'd established some community guidelines, and I wish I'd opened my (dummy account) DMs and (dummy account) email for submissions and posted people's accounts on my own.  If you want to take it over I'll send it to you, but please think about it—in retrospect the whole thing was bound to be a shitshow.

> On Thu, Oct 12, 2017 at 12:19 AM, ▓▓▓▓ wrote:
> Sorry if this is nosey, but I saw you locked your account & that the spreadsheet is private now too... you were doing a good thing and if you are getting heat for it I would happily take it over (?) if this is even a useful thing to do. ▓▓▓▓ <3

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER