## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEPHEN ELLIOTT<br><br>                              *Plaintiff*,<br><br>- against -<br><br>MOIRA DONEGAN, and JANE DOES (1–30),<br>                              *Defendants*. | **DECLARATION IN SUPPORT OF NOTICE OF WITHDRAWAL**<br><br>No. 1:18-cv-05680 |

### DECLARATION IN SUPPORT OF NOTICE OF WITHDRAWAL

Pursuant to 28 U.S.C. § 1746, I, Martha E. Fitzgerald, declare and state as follows:

1.    On October 17, 2018, I filed a motion to appear on behalf of Defendant Moira Donegan (ECF 8), which was granted on October 18, 2018.

2.    As of August 13, 2021, I will no longer be affiliated with Kaplan Hecker & Fink LLP. Therefore, and pursuant to Local Civil Rule 1.4, I respectfully request that the Court withdraw my individual appearance as counsel for Defendant Moira Donegan.

3.    Defendant Moira Donegan will continue to be represented by remaining counsel of record from Kaplan Hecker & Fink LLP. My withdrawal will not affect this action in any way, nor will it prejudice Plaintiff.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: August 11, 2021                    Respectfully submitted,

                                                                  /s/ Martha E. Fitzgerald
                                                                   Martha E. Fitzgerald