UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

STEPHEN ELLIOTT,

                  *Plaintiff*,

- against -

MOIRA DONEGAN, and JANE DOES (1–30),

                  *Defendants*.

No. 1:18-cv-05680-LDH-SJB

### NOTICE OF DEFENDANT MOIRA DONEGAN'S MOTION TO FILE A LATE ANSWER

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of Defendant Moira Donegan's Motion to File a Late Answer and proposed Answer to the Second Amended Complaint herein, Defendant Moira Donegan, by and through her counsel, will move this Court, before the Honorable Sanket J. Bulsara, United States Magistrate Judge, United States Courthouse, 225 Cadman Plaza East, Brooklyn, New York 11201, at a date and time to be determined by the Court, for an Order, granting Defendant's motion and allowing Defendant to file an Answer to the Second Amended Complaint.

Dated: April 4, 2022
       Washington, D.C.

Respectfully submitted,

*/s/ Joshua Matz*

Joshua Matz
KAPLAN HECKER & FINK LLP
1050 K Street NW, Suite 1040
Washington, DC 20001
(929) 294-2537
jmatz@kaplanhecker.com

2

        Roberta A. Kaplan
        KAPLAN HECKER & FINK LLP
        350 Fifth Avenue, 63rd Floor
        New York, New York 10118
        (212) 763-0883
        rkaplan@kaplanhecker.com

        *Attorneys for Defendant Moira Donegan*