**KAPLAN HECKER & FINK LLP**

350 FIFTH AVENUE | 63RD FLOOR
NEW YORK, NEW YORK 10118

1050 K STREET NW | SUITE 1040
WASHINGTON, DC 20001

TEL (212) 763-0883 | FAX (212) 564-0883
WWW.KAPLANHECKER.COM

DIRECT DIAL           929.294.2537
DIRECT EMAIL         jmatz@kaplanhecker.com

July 1, 2022

**BY CM/ECF**

The Chambers of the Honorable Judge Sanket J. Bulsara
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    *Elliott v. Donegan, et al.*, No. 1:18-cv-05680-LDH-SJB

Dear Judge Bulsara:

    I write on behalf of Plaintiff Stephen Elliott and Defendant Moira Donegan ("the parties"). The parties have agreed to undertake a mediation process pursuant to Your Honor's individual practices. Consistent with those practices, the parties respectfully write to ask if Your Honor would be available to serve as a mediator—and, if so, the parties respectfully propose July 28, September 8, and September 15 as dates on which they would be available for an in-person mediation.

                                                    Sincerely,

                                                   *Joshua Matz*
                                                   *Counsel for Defendant*

CC: Nick Lewis, Counsel for Plaintiff