KAPLAN HECKER & FINK LLP

350 FIFTH AVENUE | 63RD FLOOR
NEW YORK, NEW YORK 10118

1050 K STREET NW | SUITE 1040
WASHINGTON, DC 20001

TEL (212) 763-0883 | FAX (212) 564-0883

WWW.KAPLANHECKER.COM

DIRECT DIAL      929.294.2536
DIRECT EMAIL     gtenzer@kaplanhecker.com

October 31, 2022

**VIA ECF**

The Honorable Sanket J. Bulsara
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:     Elliott v. Donegan, No. 18-cv-5680-LDH-SJB (E.D.N.Y.)

Dear Judge Bulsara:

On behalf of Defendant Moira Donegan, and jointly with Plaintiff Stephen Elliott, we submit this joint letter respectfully requesting a second mediation conference. We thank Your Honor for providing the Court's availability and can confirm that the parties are available at each of the proposed dates and times: November 28 at 10:30 a.m.; November 29 at 2:30 p.m.; and December 15 at 2:30 p.m. The parties have a preference for one of the November dates if possible. Mr. Elliott, who resides in Louisiana, may need to attend via Zoom. The parties are amenable to all participating by Zoom, or proceeding in a hybrid mode (combined in-person and via Zoom), as the Court prefers.

We very much appreciate Your Honor's assistance with the parties' effort to resolve this case.

Respectfully submitted,

Gabrielle E. Tenzer