

| | Ira S. Nesenoff<br>Andrew T. Miltenberg | Barbara H. Trapasso<br>Gabrielle M. Vinci<br>Cindy A. Singh<br>Nicholas E. Lewis<br>Adrienne D. Levy<br>Regina M. Federico<br>Amy Zamir<br>Kristen E. Mohr<br>Suzanne Dooley | Philip A. Byler<br>Diana R. Warshow<br>Kara L. Gorycki<br>Susan E. Stark<br>Janine L. Peress<br>*Senior Litigation Counsel*<br><br>Jeffrey S. Berkowitz<br>Rebecca C. Nunberg<br>*Counsel*<br><br>Marybeth Sydor<br>*Title IX Consultant* |
|---|---|---|---|
| | Stuart Bernstein<br>Tara J. Davis | | |

**ATTORNEYS AT LAW**

**nmllplaw.com**

November 15, 2022

<u>**VIA ECF**</u>
The Honorable Sanket J. Bulsara
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re: <u>*Elliott v. Donegan, et al.*, 1:18-cv-05680-LDH-SJB</u>

Dear Judge Bulsara:

  We represent Plaintiff Stephen Elliott in the above-referenced matter. We write and submit this letter in accordance with Your Honor's Order dated November 1, 2022, (ECF No.: 107) regarding the in-person settlement conference scheduled on November 29, 2022. Plaintiff Stephen Elliott respectfully informs this Honorable Court that he will participate in the upcoming Settlement Conference remotely.

  We thank Your Honor for accommodating the request and the Court's consideration of this matter.

             **Respectfully submitted,**
             **NESENOFF & MILTENBERG LLP**

        **By:** */s/ Andrew T. Miltenberg*
             Andrew T. Miltenberg, Esq.
             363 Seventh Ave, 5th Floor
             New York, New York 10001
             **amiltenberg@nmllplaw.com**