UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

STEPHEN ELLIOTT,

        *Plaintiff*,

- against -

MOIRA DONEGAN, and JANE DOES (1–30),

        *Defendants*.

No. 1:18-cv-05680-LDH-SJB

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for Plaintiff Stephen Elliott and Defendant Moira Donegan, that the above-captioned action is voluntarily dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

Dated: March 3, 2023
      New York, New York

| | |
|---|---|
| *Andrew T. Miltenberg* | *[signature]* |
| Andrew T. Miltenberg | Gabrielle E. Tenzer |
| NESENOFF & MILTENBERG LLP | KAPLAN HECKER & FINK LLP |
| 363 Seventh Avenue, Fifth Floor | 350 Fifth Avenue, 63rd Floor |
| New York, New York 10001 | New York, New York 10118 |
| (212) 736-4500 | (212) 763-0883 |
| amiltenberg@nmllplaw.com | gtenzer@kaplanhecker.com |
| ***Attorneys for Plaintiff*** | ***Attorneys for Defendant*** |