UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

STEPHEN ELLIOTT,

                *Plaintiff*,

- against -

MOIRA DONEGAN, and JANE DOES (1–30),

                *Defendants*.

No. 1:18-cv-05680-LDH-SJB

### STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for Plaintiff Stephen Elliott and Defendant Moira Donegan, that the above-captioned action is voluntarily dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

Dated: March 3, 2023
       New York, New York

*Andrew T. Miltenberg*
Andrew T. Miltenberg

NESENOFF & MILTENBERG LLP
363 Seventh Avenue, Fifth Floor
New York, New York 10001
(212) 736-4500
amiltenberg@nmllplaw.com

*Attorneys for Plaintiff*

_____
Gabrielle E. Tenzer

KAPLAN HECKER & FINK LLP
350 Fifth Avenue, 63rd Floor
New York, New York 10118
(212) 763-0883
gtenzer@kaplanhecker.com

*Attorneys for Defendant*

**SO ORDERED:**

s/ LDH                3/7/2023
**Honorable LaShann DeArcy Hall, U.S.D.J.**